UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                     Case

**JOSE ANDREU**
v.                                                                                              07 C 06132
**UNITED PARCEL SERVICE, INC.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**UNITED PARCEL SERVICE, INC., Defendant**

| SIGNATURE |  |
|---|---|
| /s/John A. Klages |  |
| FIRM |  |
| Quarles & Brady LLP |  |
| STREET ADDRESS |  |
| 500 West Madison Street, Suite 3700 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL  60661 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06196781 | (312) 715-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES ☒           NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐           NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES ☒           NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐           APPOINTED COUNSEL ☐ | |

QBCHI\920018.00936\550462.1