## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice as* provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case |
|---|---|
| **JOSE ANDREU**<br>      v.<br>**UNITED PARCEL SERVICE, INC.** | **07 C 06132** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**UNITED PARCEL SERVICE, INC., Defendant**

| |
|---|
| Name (Type or print)<br>**Ellen M. Girard** |
| SIGNATURE<br>**/s/ Ellen M. Girard** |
| FIRM<br>**Quarles & Brady LLP** |
| STREET ADDRESS<br>**500 West Madison Street, Suite 3700** |
| CITY/STATE/ZIP<br>**Chicago, IL  60661** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>      **06276507** | TELEPHONE NUMBER<br>**312.715.5000** |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ❑ | | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ❑ | | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ❑ | | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ❑ | | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ❑          APPOINTED COUNSEL ❑