**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSE ANDREU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED PARCEL SERVICE, INC., ) <br> ) <br> Defendant. ) | Case No. 07 C 06132 <br><br> Judge Der-Yeghiayan |

**DEFENDANT'S LOCAL RULE 3.2
CORPORATE DISCLOSURE STATEMENT**

Defendant, United Parcel Service, Inc. ("UPS"), submits its Corporate Disclosure Statement pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois.

UPS states that its proper identity is United Parcel Service, Inc. and that it has no parent corporations. UPS further states that no publicly held company owns 5% or more of UPS stock.

Dated:  November 9, 2007          UNITED PARCEL SERVICE, INC.


                              By: /s/ D. Scott Watson
                                   One of Its Attorneys

John A. Klages (ARDC #06196781)
D. Scott Watson (ARDC # 06230488)
Ellen M. Girard (ARDC #06276507)
Meghan E. Riley (ARDC #06288548)
Quarles & Brady LLP
500 West Madison, Suite 3700
Chicago, IL 60661
312/715-5000
312/715-5155 (fax)
dsw@quarles.com

QBCHI\920018.00936\550473.1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 9, 2007, a copy of the foregoing Defendant's Local Rule 3.2 Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Timothy J. Coffey
>The Coffey Law Office, P.C.
>1403 East Forest Avenue
>Wheaton, Illinois  60187
>Email: tcofflaw@sbcglobal.net


>/s/ D. Scott Watson