IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE ANDREU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 07 C 06132 |
| UNITED PARCEL SERVICE, INC., | ) ) Judge Samuel Der-Yeghiayan |
| Defendant. | ) ) Magistrate Judge Mason |

## NOTICE OF AGREED MOTION

TO:  D. Scott Watson
Quarles & Brady LLP
500 W. Madison Street
Suite 3700
Chicago, IL   60661

**YOU ARE HEREBY NOTIFIED** that on December 5, 2007, at 9:00 a.m., counsel for Plaintiff shall appear before the Honorable Judge Samuel Der-Yeghiayan in Courtroom 1903 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Plaintiff's Agreed Motion to Set a Summary Judgment Briefing Schedule.

By:    s/ Timothy J. Coffey
Timothy J. Coffey, Esq.
THE COFFEY LAW OFFICE, P.C.
Attorneys for JOSE ANDREU
1403 E. Forest Avenue
Wheaton, IL  60187
(630) 534-6300

## **CERTIFICATE OF SERVICE**

     I certify that I served a true and complete copy of the foregoing Notice and Plaintiff's Agreed Motion to Set a Summary Judgment Briefing Schedule, on the above-named attorneys of record in this matter, properly addressed to the above-named, by first class U.S. mail, postage pre-paid on November 28, 2007.

By:    <u>s/ Timothy J. Coffey</u>
Timothy J. Coffey, Esq.
THE COFFEY LAW OFFICE, P.C.
Attorneys for JOSE ANDREU
1403 E. Forest Avenue
Wheaton, IL 60187
(630) 534-6300