**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jose Andreu
                           Plaintiff,

v.                                       Case No.: 1:07−cv−06132
                                            Honorable Samuel Der−Yeghiayan

United Parcel Service, Inc.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 5, 2007:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Plaintiff's agreed motion to set a briefing schedule [11] is granted as follows: Dispositive motions are to be filed by 01/07/08. Responses to the dispositive motions are to be filed by 01/28/08 and replies are to be filed by 02/11/08. Status hearing reset to 04/02/08 at 9:00 a.m. Status hearing set for 12/19/07 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.