IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE ANDREU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 06132 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT UNITED PARCEL SERVICE'S
MEMORANDUM OF CLARIFICATION OF
UPS'S PRINCIPAL PLACE OF BUSINESS**

Defendant United Parcel Service ("UPS") submits this Memorandum of Clarification of UPS's Principal Place of Business requested by this Court and states as follows:

On or about October 30, 2007, UPS filed its Notice of Removal of this action from the Circuit Court of the Eighteenth Judicial District, County of DuPage, Illinois to this United States District Court. In paragraph 3 of its Notice of Removal, UPS referred to itself as "an Ohio corporation (Complaint ¶ 3) with its home office in Atlanta, Georgia, therefore UPS is a citizen of Ohio and Georgia."

In recognition of the requirements of diversity jurisdiction recognized by the U.S. Court of Appeals for the Seventh Circuit, UPS should have further identified Atlanta, Georgia as its principal place of business and does so now.

WHEREFORE, Defendant United Parcel Service clarifies its previous filings by affirmatively stating that its principal place of business is Atlanta, Georgia.

QBCHI\920018.00936\555098.1

DATED:   December 6, 2007								UNITED PARCEL SERVICE, INC.


										By:   /s/ D. Scott Watson
											One of Its Attorneys

John A. Klages, #06196781
D. Scott Watson, #06230488
Gary R. Clark, #06271092
Ellen M. Girard, #06276507
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL  60661-2511
312/715-5000


### CERTIFICATE OF SERVICE

The undersigned attorney certifies that on December 6, 2007, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> Timothy J. Coffey
> The Coffey Law Office, P.C.
> 1403 East Forest Avenue
> Wheaton, Illinois  60187
> Email: tcofflaw@sbcglobal.net


										/s/ D. Scott Watson