IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE ANDREU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6132 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:   Timothy J. Coffey
      The Coffey Law Office, P.C.
      1403 East Forest Avenue
      Wheaton, Illinois 60187

**PLEASE TAKE NOTICE** that on Wednesday, January 16, 1008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Samuel Der-Yeghiayan in Courtroom 1903 at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant United Parcel Service's Motion to Amend Memorandum of Law in Support of Motion for Summary Judgment to Correct Citation, a copy of which is hereby served upon you.

Dated: January 10, 2008                UNITED PARCEL SERVICE, INC.


                                       By: /s/ D. Scott Watson
                                           One of Its Attorneys


John A. Klages (ARDC #06196781)
D. Scott Watson (ARDC # 06230488)
Ellen M. Girard (ARDC #06276507)
Quarles & Brady LLP
500 West Madison, Suite 3700
Chicago, IL 60661
312/715-5000
312/715-5155 (fax)

QBACTIVE\920018.00936\5925624.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on January 10, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Timothy J. Coffey
> The Coffey Law Office, P.C.
> 1403 East Forest Avenue
> Wheaton, Illinois  60187
> Email: tcofflaw@sbcglobal.net

/s/ D. Scott Watson