**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE ANDREU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 06132 |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| Defendant. | ) | Magistrate Judge Mason |

<u>**NOTICE OF FILING**</u>

TO:[1]   D. Scott Watson, John A. Klegas and Ellen M. Girard
Quarles & Brady LLP
Attorneys for United Parcel Service, Inc.
500 West Madison
Suite 3700
Chicago, IL 60661

Please take notice that on January 28, 2007, Plaintiff caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois the Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Local Rule 56.1(b)(3) Response to Defendant's Rule 56.1 Statement of Allegedly Uncontested Material Facts in connection with the above captioned matter, copies of which have been served upon you through the Court's Electronic Case Filing System.

By:    s/ Timothy J. Coffey
Timothy J. Coffey, Esq.
THE COFFEY LAW OFFICE, P.C.
Attorneys for JOSE ANDREU
1403 E. Forest Avenue
Wheaton, IL  60187
(630) 534-6300

---

[1] Pursuant to Local Rules 5.5 and 5.9 of the Northern District of Illinois, all parties of record served via the Notice of Electronic Filing issued though the Court's Electronic Case Filing System.