IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE ANDREU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 06132 |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | Judge Samuel Der-Yeghiayan |
| ) | |
| Defendant. ) | Magistrate Judge Mason |

**PLAINTIFF'S UNCONTESTED MOTION FOR LEAVE TO FILE
HARD COPIES OF EXHIBITS IN SUPPORT OF LOCAL RULE 56.1(b)(3)
RESPONSE TO DEFENDANT'S RULE 56.1 STATEMENT OF ALLEGEDLY
UNCONTESTED MATERIAL FACTS**

Plaintiff, JOSE ANDREU, by and through his attorneys, THE COFFEY LAW OFFICE, P.C., respectfully moves this Honorable Court fort leave to file hard copies of his exhibits in support of his Local Rule 56.1(b)(3) response to Defendant's Rule 56.1 Statement of Allegedly Uncontested Material Facts, and in support thereof states as follows:

1. On January 7, 2008, Defendant filed its Motion for Summary Judgment and Rule 56.1 Statement of Uncontested Material Facts in ths matter.

2. Per this Court's Order, Plaintiff's materials under Local Rule 56.1 in response to Defendant's motion were due yesterday, January 28, 2008.

3. On January 28, 2008, Plaintiff electronically filed his Local Rule 56.1(b)(3) Response to Defendant's Rule 56.1 Statement of Allegedly Uncontested Material Facts, his Local Rule 56.1(b)(3)( C) Statement of Additional Facts Requiring Denial

of Defendant's Motion, and his Memorandum of Law in Opposition to Defendant's Motion.

4. On January 28, 2008, however, Plaintiff's attempts to electronically file his supporting Exhibits were not successful. He received error messages. Plaintiff's counsel has been in contact with the ECF help desk in an effort to identify and remedy the problem, but at the time of filing this motion, he has not been able to identify the problem(s).

5. Plaintiff has served the Exhibits on Defendant's counsel via e-mail attachments.

6. Plaintiff respectfully requests leave to file hard copies of his supporting Exhibits instanter.

7. This motion is not brought for any improper purpose.

8. Counsel for Defendant United Parcel Service, Inc., Attorney D. Scott Watson has advised that he has no objection to this Motion.

Wherefore, Plaintiff, JOSE ANDREU, respectfully requests that this Honorable Court grant him leave to file hard copies of his Exhibits in support of his Local Rule 56.1(b)(3) response to Defendant's Rule 56.1 Statement of Allegedly Uncontested Material Facts instanter.

    Respectfully submitted,
    Plaintiff, JOSE ANDREU,

By:    s/ Timothy J. Coffey
    Timothy J. Coffey
    THE COFFEY LAW OFFICE, P.C.
    Attorneys for JOSE ANDREU
    1403 E. Forest Avenue
    Wheaton, IL 60187
    (630) 534-6300