IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE ANDREU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 06132 |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | Judge Samuel Der-Yeghiayan |
| ) | |
| Defendant. ) | Magistrate Judge Mason |

## NOTICE OF UNCONTESTED MOTION

TO:[1]  D. Scott Watson, John A. Klegas and Ellen M. Girard
Quarles & Brady LLP
Attorneys for United Parcel Service, Inc.
500 West Madison
Suite 3700
Chicago, IL 60661

**YOU ARE HEREBY NOTIFIED** that on February 5, 2008, at 9:00 a.m., counsel for Plaintiff shall appear before the Honorable Judge Samuel Der-Yeghiayan in Courtroom 1903 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Plaintiff's Uncontested Motion for Leave to File Hard Copies of Exhibits in Support of his Local 56.1(b)(3) Response to Defendant's Rule 56.1 Statement of Allegedly Uncontested Material Facts, a copy of which have been served upon you through the Court's Electronic Case Filing System.

By:   s/ Timothy J. Coffey
Timothy J. Coffey, Esq.
THE COFFEY LAW OFFICE, P.C.
Attorneys for JOSE ANDREU
1403 E. Forest Avenue
Wheaton, IL  60187
(630) 534-6300

---

[1] Pursuant to Local Rules 5.5 and 5.9 of the Northern District of Illinois, all parties of record served via the Notice of Electronic Filing issued through the Court's Electronic Case Filing System.