**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jose Andreu
                          Plaintiff,

v.                                       Case No.: 1:07−cv−06132
                                       Honorable Samuel Der−Yeghiayan

United Parcel Service, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Plaintiff's motion for leave to file 40 additional facts [35] is granted. Plaintiff's motion for leave to file exhibits in hard copy format [33] is granted. All dates previously set remain unchanged. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.