File Date:    _____1-31-08_____

Case No:    _____07cv 6132_____

ATTACHMENT # _____

EXHIBIT    _____7_____

TAB (DESCRIPTION)

_____

**Exhibit 7**

**Jose Andreu's Answers to UPS First Interrogatories**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOSE ANDREU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 00473 |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| Defendant. | ) | Magistrate Judge Mason |

## PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Plaintiff, JOSE ANDREU, by and through his attorneys, THE COFFEY LAW

OFFICE, P.C., pursuant to Rules 26 and  33 of the Federal Rules of Civil Procedure,

answers and objects to Defendant's First Set of Interrogatories as follows:

### INTRODUCTION and GENERAL OBJECTIONS

The responses below are made solely for the purpose of and in relation to this

action.  Each response is given subject to all appropriate objections including, but not

limited to, objections based on competency, relevancy, materiality and admissibility, which

would require the exclusion of the interrogatory and/or response, or any statements

contained herein if the interrogatory were asked of, or any statement contained herein

were made by, a witness present and testifying in court.  All objections and grounds

therefore are specifically reserved by Plaintiff, and may be interposed at, or before, the

time of trial in this matter.

The following responses are based on the present state of Plaintiff's investigation,

discovery, preparation, and analysis of the facts, issues and evidence pertaining to this

case, which are incomplete as of the date of the responses. The responses are, therefore, given without prejudice to Plaintiff's right to amend the responses and/or produce at the time of trial and any of the following: currently known information which has been omitted from these responses as a result of good faith oversight; subsequently discovered information, evidence, and documentation relating to proof of presently known material facts; and, information, evidence, and documentation, whenever it is discovered, relating to proof of subsequently discovered material facts.

Plaintiff's responses to Defendant's interrogatories are based upon his reasonable interpretation thereof. If Defendant subsequently asserts interpretations of the interrogatories which differ from that applied by Plaintiff, then Plaintiff reserves the right to supplement his responses. Except for the explicit facts set forth in these responses, no admission of any nature whatsoever is implied, or is inferred, or should be inferred, from Plaintiff's responses, or from the fact that Plaintiff has responded. The fact that Plaintiff has responded shall not be taken as an admission, or as a concession of the existence of any facts set forth or assumed by the interrogatories.

The following general objections pertain to Defendant's First Set of Interrogatories directed to Plaintiff (its "Instructions and Definitions" as well as each Interrogatory), unless otherwise specified:

A.    Plaintiff objects to the Interrogatories to the extent they require Plaintiff to undertake any duty other than duties imposed by the Federal Rules of Civil Procedure and the local rules of this Court.

B.    Plaintiff objects to the Interrogatories to the extent they call for the production of documents, things or information protected from disclosure by the

attorney-client privilege, the attorney work product privilege, or otherwise
protected from disclosure under applicable privileges, laws or rules.

C.    Plaintiff objects to the Interrogatories to the extent they seek to obligate the
Plaintiff to make inquires beyond the parties to this action, or to the extent
they pertain to documents, things or information not in the custody of the
Plaintiff.

D.    Plaintiff objects to the Interrogatories to the extent they are unduly
burdensome in that they call for material which is unreasonably cumulative or
duplicative of material or information already provided or already within
Defendant's custody or equally accessible to Defendant as it is to Plaintiff, or
to the extent they require Plaintiff to incur unreasonable burden or expense
in ascertaining the information or providing the documents.

E.    Plaintiff objects to the Interrogatories to the extent they seek documents,
things or information that are not relevant to the subject matter of this
lawsuit, or appear not to be reasonably calculated to lead to the discovery of
admissible evidence.

F.    Plaintiff objects to the Interrogatories to the extent they seek every fact, or
"any and all" facts, all reasons, or "any and all reasons," the identity of every
witness, or the specification of every document supportive of or related to
any claim or allegation on the grounds they are overly broad and place an
undue burden on Plaintiff. *Lawrence v. First Kansas Bank & Trust Co.*, 169
F.R.D. 657, 662-63 (D.Kan. 1996).

## ANSWERS AND OBJECTIONS TO INTERROGATORIES

**Interrogatory No. 1:** Identify each and every person (per instruction 8(a) above) whom Plaintiff believes possesses knowledge of any facts or circumstances which refer or relate to any of the allegations in Plaintiff's Complaint, and for each person identified, describe the knowledge plaintiff believes said person possesses.

**Answer:**  Subject to and without waiving his general objections stated above, Plaintiff refers Defendant to the persons listed and information described in the parties' respective Rule 26(a)(1) initial disclosures in this matter.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 2:**  Describe in detail each and every act during Plaintiff's employment with UPS which he alleges constitutes retaliation against him for filing a workers compensation claim including, but not limited to, the identity (per instruction 8(a) above) of the alleged actor(s), the date(s) of each alleged act(s), and the identity (per instruction 8(b) above) of any documents which relate to each alleged act.

**Objection:**  In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that it asks him to form a legal conclusion regarding "each and every act" that may have constituted illegal retaliation against him.  He also objects to the extent the interrogatory asks him to speculate as to the identity of each person who may have been responsible for, or in any manner involved with, retaliating against him, the dates of all of Defendant's retaliatory acts against him, and the identity of all documents related to all of Defendant's retaliatory acts against him.  At this point in the litigation he cannot and does not know all such information.

-4-

**Answer:**   Subject to and without waiving his objections, Plaintiff believes Defendant's decision to place him on notice of termination for alleged dishonesty, and subsequent decision to terminate his employment for the same alleged dishonesty were retaliatory acts against him because he engaged in the protected activities described in the Complaint.  Additionally, Defendant may have retaliated against Plaintiff in other ways because he engaged in the protected activities described in the Complaint including, but not limited to, Defendant's claim that Plaintiff did not submit a timely grievance, and Defendant's late issuance of its COBRA notice.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 3:**  State with specificity the identity (per Instruction 8(a) above) of each and every person with whom you communicated and/or complained, regarding any alleged act of retaliation for filing a workers compensation claim during your employment with UPS, and state the date of each communication and/or complaint, the identity of the person to whom you communicated and/or complained, the substance of the communication and/or complaint, the identity (per Instruction 8(a) above) of any person who witnessed or overheard the communication and/or complaint and a description of what occurred or happened as a result of each communication and/or complaint.

**Objection:**  In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that it asks him to speculate as to the identity of each person who witnessed any part of the communications he had regarding Defendant's acts of retaliation against him.   At this point in the litigation he cannot and does not know all such information.

-5-

**Answer:**  Subject to and without waiving her objections, Plaintiff answers that he communicated with and/or complained about being placed on notice of termination to numerous people during his employment with UPS including, but not limited to, his wife Jill Andreu, Kerry Snyder, Dave Ziltz, Pam Treadwell, Ken Emanuelson, and Rick Cantu.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 4:** State the entire factual basis in support of your claim that "On or about January 24, 2005, Jose injured his back at work while on his assigned route delivering packages" (Complaint ¶ 9) including, but not limited to, what you were doing, the time and location of the incident.

**Objection:**  In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that seeks information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

**Answer:**  Subject to and without waiving his objections, Plaintiff answers that on the morning of January 24, 2005, he was unloading packages in Aurora, Illinois, when he hurt his back.

**Interrogatory No. 5:**  State the entire factual basis in support of your claim that "Upon meeting Jose out on his route, Mr. Ziltz stated to Jose that he believed Jose was lying about the work accident and/or related injuries, and faking his pain" (Complaint ¶ 11) including, but not limited to, the identity (per instruction 8(a) above) of all witnesses to the alleged incident.

**Objection:**  In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that is asks him to speculate as to the "entire factual basis" that may support his claim set forth at Par. 11 of his Complaint.  At this point in the

litigation he cannot and does not know all facts that may support such claim, or the identity of each person who may have witnessed Mr. Ziltz make such statements.

**Answer:**  Subject to and without waiving his general objections stated above, Plaintiff answers that this is what Mr. Ziltz said to Plaintiff when he met him out on his route on January 24, 2005.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 6:**  State the entire factual basis in support of your claim that "At various times subsequent to January 24, 2005, Mr. Ziltz repeated his assertions and belief that Jose was lying about the work accident and/or related injuries, and faking his pain" (Complaint ¶ 12) including, but not limited to, the date(s), time(s) and location(s) of each alleged incident and the identity (per Instruction 8(a) above) of all witnesses to each alleged incident.

**Objection:**  In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that it asks him to speculate as to the "entire factual basis" that may support his claim set forth at Par. 12 of his Complaint.  At this point in the litigation he cannot and does not know all facts that may support such claim, the identity of each person who may have witnessed Mr. Ziltz make such statements, or all dates, times and locations of all such statements by Mr. Zilitz.

**Answer:**  Subject to and without waiving his general objections stated above, Plaintiff answers that this is what Mr. Ziltz said to him at various times after his January 24, 2005 work accident and injury and prior to his March 4, 2005 termination.

Plaintiff investigation and discovery into this matter continues.

-7-



**Interrogatory No. 7:** State the entire factual basis regarding the "earlier communication Jose had with the Addison facility" (Complaint ¶ 21) including, but not limited to, the time of the communication, the nature and/or method of the communication, the substance of the communication, and the identity (per instruction 8(a) above) of the individuals you communicated with.

**Objection:** In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that is asks him to speculate as to the "entire factual basis" that may support his claim set forth at Par. 21 of his Complaint. At this point in the litigation he cannot and does not know all facts regarding this communication. Plaintiff also objects to this Interrogatory on the grounds that its seeks information exclusively in the possession of Defendant.

**Answer:** Subject to and without waiving his objections, Plaintiff answers that at approximately 3:00 p.m. on February 9, 2005, he received a text message on his hand-held DIAD (i.e., Delivery Information Acquisition Device) advising him to break his route and go make a pick up at Bernina in Aurora. He promptly responded, received a reply, then responded again. In his second response, Plaintiff estimated that he had approximately 60 stops left. Plaintiff does not know the identity of the person or persons who sent the text messages.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 8:** identify the number of packages you had on your package car on February 9, 2005 at the time you were involved in communication with UPS's Addison facility (Complaint ¶ 21), the time of his Ziltz's arrival and the number of packages you had



in your package car when Zilitz arrived (Complaint ¶ 21) and the time you complete your route on February 9, 2005.

**Objection:** In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that its seeks information exclusively in the possession of Defendant.

**Answer:** Subject to and without waiving his objections, Plaintiff refers Defendant to his answer to Interrogatory No. 7, above. Plaintiff further answers that Mr. Zilitz arrived at his truck at approximately 4:45 p.m., at which point Plaintiff estimates that he had approximately 35 stops remaining.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 9:** Fully explain whether or not you worked for UPS on Thursday, February 10, 2005 and, if so, identify your duties that day, the route you drove if any in your hours for that day.

**Objection:** In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that seeks information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff also objects to this interrogatory on the grounds that its seeks information exclusively in the possession of Defendant.

**Answer:** Subject to and without waiving his objections, Plaintiff believes he reported to work on February 10, 2005, but is not certain what his duties, route or hours were that day.

**Interrogatory No. 10:** State whether you were put on notice of termination in February 2005 and whether or not you submitted a grievance concerning being told you would be fired or been given notice of termination and, if so, state the date you submitted

the grievances, identify (per instruction 8(a) above) the individual(s) with either UPS or Teamsters Local 705 you submitted the grievance to or discussed it with, and each and every date including time and location you met with representatives of Local 705 and/or UPS concerning your grievance and identify (per instruction 8(a) above) the individual(s) whom you met or discussed the grievance with.

**Objection:** In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that seeks information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff also objects to this interrogatory on the grounds that its seeks information already in the possession of Defendant and/or Teamsters Local 705, in which case it is equally accessible/available to Defendant.

**Answer:** Subject to and without waiving his objections, Plaintiff refers Defendant to the copies of documents produced by Local 705 in connection with this matter which were previously served on its counsel. Plaintiff also refers Defendant to documents bates stamped P000042, and P000314 to P000315.

Plaintiff further answers that he was put on notice of termination in February 2005, and that he believes Teamsters Local 705 filed a grievance with Defendant on his behalf related to the notice of termination. He has discussed this grievance with Teamsters Local 705 employees and/or agents including Pam Treadwell, whom he believes was a union steward at the time, and union representative Ken Emanuelson. Further, he attended a meeting with Ms. Treadwell and Kerry Snyder in February 2005, and he subsequently appeared before the UPS/Local 705 joint grievance committee on or about March 15, 2006.

-10-

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 11**: State the entire factual basis in support of your claim that "On March 4, 2005, Jose's superior, Kerry Snyder, told Jose that his employment the UPS was terminated effective immediately for alleged (sic) being dishonest on February 9, 2005". (Complaint ¶ 23)

**Objection:** In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that it asks him to speculate as to the "entire factual basis" that may support his claim set forth at Par. 23 of his Complaint. At this point in the litigation he cannot and does not know all facts that may support such claim.

**Answer:** Subject to and without waiving his objections, Plaintiff answers that this is what Mr. Snyder said to him on March 4, 2005.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 12:** State the entire factual basis in support of your claim that "Jose's protected activities under the Act were a motivating factor behind UPS' decision to terminate his employment." (Complaint ¶ 29)

**Objection:** In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that is asks him to speculate as to the "entire factual basis" that may support his claim set forth at Par. 29 of his Complaint. At this point in the litigation he cannot and does not know all facts that may support such claim. Plaintiff also objects to this interrogatory on the grounds it is a premature contention interrogatory, and it is unduly burdensome and overly broad.

**Answer:** Subject to and without waiving his general objections stated above, Plaintiff answers that all facts alleged in his Complaint and in Defendant's amended answer, as

-11-

well as all facts set forth in the parties' discovery responses and document production may support his claim set forth at Par. 29 of his Complaint.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 13:** State the entire factual basis in support of your claim that "Between October 31, 2005 and his receipt of the COBRA notice, Jose received medical treatment and incurred related to medical expenses in reliance on what he reasonably believed to be continued coverage under the Plan" (Complaint ¶ 41) and identify (per instruction 8(b) above), all documents related to the "medical treatment and incurred related medical expenses" referenced.

**Objection:** In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that is asks him to speculate as to the "entire factual basis" that may support his claim set forth at Par. 41 of his Complaint. At this point in the litigation he cannot and does not know all facts that may support such claim.

**Answer:** Subject to and without waiving his objections, Plaintiff refers Defendant to documents bates stamped 000001 to 000009 previously produced to its counsel in this matter on April 24, 2007, as well as documents bates stamped P000028 to P000041, P000194 to P000214. Plaintiff further states that prior to undergoing an MRI on his hip in January 2006, he called Defendant's insurance company to verify coverage prior to incurring such costs, and the insurance company in fact confirmed that he was covered.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No 14:** Describe in detail any physical, mental or emotional injuries you claimed to have suffered as a result of the conduct alleged in your Charge and/or Complaint and state: a description of all physical, mental or emotional injuries you claimed

-12-

to have suffered, the nature of each such injury in the area of your body affected, when the each symptom of such injury first manifested itself, whether you still have any such symptom that you attribute to UPS' conduct, if you still have any such symptom please describe it in full, including but not limited to, a description of the symptom, whether it is subsiding, remaining the same, or becoming worse, and the frequency and duration of the symptom.

**Answer:**   Subject to and without waiving his general objections stated above, as a result of Defendant illegal acts in this matter Plaintiff suffered from a variety of emotional and physical injuries and pain, including but not limited to, worry, embarrassment, depression, fear, betrayal, harassment, anger, anxiety, loss of self-esteem/self-worth, financial stress, family discord, sleeplessness, and headaches.   These injuries commenced when David Ziltz falsely accused Jose of lying on February 9, 2005, were subsequently aggravated by Defendant's illegal acts as set forth in his Complaint, and continue to date.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 15:** Identify (per Instruction 8(a) above) each of Plaintiff's employers since October 2001, other than UPS, and with respect to each employer, state: the name, address and telephone number of each employer, the date employment commenced, all job titles or job categories held by Plaintiff, the rate of pay received by Plaintiff for each job title or job category, the number of hours worked by Plaintiff each week or each month, the gross amount earned, the date employment was terminated, the reason for termination, and the identity (per Instruction 8(a) above) of the person(s) responsible for the termination of employment, if applicable.

-13-



**Objection:** In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that it seeks information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

**Answer:** Subject to and without waiving his objections, Plaintiff states that since October 2001, in addition to UPS, he has been employed by Bedford Motor Service Inc., 5921 W. 65th Street, Bedford Park, IL, as a driver from on or about 2002 to 2003, at an hourly rate of $15.00. Plaintiff is not certain how many hours he worked in any given week or month, or how much income he earned from this employment in 2002. In 2003, he earned $26,131. Plaintiff quit this employment in or around September 2003, when he commenced full-time seasonal employment with UPS.

Further, he has been employed since on or about October 2005 with J&J Tee Service Co. He is the president and part owner of this company. To date, the company has not paid salaries or wages to Plaintiff.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 16:** Identify (per Instruction 8(a) above) each and every medical doctor, social worker, psychologist, psychiatrist, therapist or other medical or health care professional who diagnosed or treated Plaintiff for any injury, illness, condition or disability allegedly caused by UPS. Your response should include: the date(s) Plaintiff was treated, and a full description of condition treated or diagnosed, and the identity (per Instruction 8(b) above) of any documents related to the condition treated or diagnosed.

**Objection:** In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that it seeks confidential and privileged information protected from discovery in this matter by Plaintiff's physician-patient privilege. He also objects on

-14-

the grounds that this interrogatory seeks information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

**Answer:**   Subject to and without waiving his objections, and subject to the Agreed Protective Order entered by the Court in this matter on June 14, 2007, and limited to injuries resulting from the illegal acts of Defendant complained of in this action, Plaintiff states that he has not sought medical care or treatment for the injuries he suffered from the illegal acts of Defendant complained of in this action.

**Interrogatory No. 17:** Not including any medical professionals identified in response to Interrogatory No. 17, identify (per Instruction 8(a) above) each and every medical doctor, social worker, psychologist, psychiatrist, therapist or other medical or health care professional who diagnosed or treated plaintiff for any physical, mental, emotional and psychological condition since January 1, 1994, including any court-ordered exams.  Your response should include: the dates that Plaintiff was treated, a full description of condition treated or diagnosed, and the identity (per Instruction 8(b) above) of any documents related to the diagnosis or treatment.

**Objection:**   In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that it seeks confidential and privileged information protected from discovery in this matter by Plaintiff's physician-patient privilege.  He also objects on the grounds that this interrogatory seeks information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

**Answer:**   Subject to and without waiving his objections, and subject to the Agreed Protective Order entered by the Court in this matter on June 14, 2007, Plaintiff refers

Defendant to the confidential medical records he has produced in connection with this action bates stamped 000001 to 000009, P000044 to P000179, and P000194 to P000258.

**Interrogatory No. 18:** Identify each person who you expect to call as an expert witness at trial, if any, and has to each potential expert identified include: subject matter of which expert is expected to testify, a complete statement of all opinions to which expert is expected to testify and be expressed, and bases, reasons and grounds therefor, the data and other information considered by the witness in forming the opinions, the qualifications of the witness, including a list of all publications authored by the witness within the preceding 10 years; the compensation to be paid for the study and testimony, and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**Objection:** In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that it is premature and in conflict with the Court's order of June 14, 2007. Per the June 14, 2007 order, Plaintiff is not required to disclose his experts and produce related information until July 16, 2007.

**Interrogatory No. 19:** Describe all sources of money received by Plaintiff since October 16, 2001, including the amount of money from each source and the dates of the payments. Money includes, but is not limited to, compensation, salary, bonuses, retirement benefits, social security payments, disability payments, unemployment compensation benefits, workers' compensation benefits, as well as financial gifts from relatives and friends. Your response need not include salary received from UPS or other employers identified in response to Interrogatory No.16 if you included salary information in your response.

**Objection:**  In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that it seeks confidential information.  He also objects on the grounds that this interrogatory seeks information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

**Answer:**    Subject to and without waiving his objections, and subject to the Agreed Protective Order entered by the Court in this matter on June 14, 2007, Plaintiff refers Defendants to copies of documents bates stamped P000300, P000304, and P000309. Plaintiff further answers that he continues to attempt to gather this information, and will supplement his answer if and when he is able to secure any of the requested information.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 20:**  Describe all attempts by plaintiff, if any, to secure employment since October 16, 2001, including, but not limited to the following: the identity (per Instruction 8(a) above) and address of the potential employer; each person contacted, method of inquiry (e.g. application, resume, etc.), and position sought; whether or not Plaintiff was offered employment, and if Plaintiff was not often employment, but what reason was given; if Plaintiff was offered, but did not accept employment, the reason why; and if Plaintiff except employment is no longer employed with that employer, the date and reason why the employment terminated.  For any period since October 16, 2001 in which Plaintiff alleges he was unable to seek, obtain or hold employment state the reason(s) for the alleged inability to seek, obtain or hold employment.

**Objection:**  In addition to his general objections stated above, Plaintiff objects to this interrogatory on the grounds that it seeks confidential information.  He also objects on the

-17-

grounds that this interrogatory seeks information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

**Answer:**   Subject to and without waiving his objections, Plaintiff refers Defendant to documents bates stamped P000259 to P000272.  He further answers that he continues to attempt to gather this information, and will supplement his answer if and when he is able to secure any of the requested information.

Plaintiff's investigation and discovery into this matter continues.

**Interrogatory No. 21:** Identify all relief sought by you in this action, whether injunctive, monetary or some other form of relief, by description of alleged damages claims, date incurred, amount of damage claimed to date, and method of calculating monetary damages.

**Answer:**   Subject to and without waiving his general objections stated above, Plaintiff refers Defendant to the damages itemized at his Rule 26(a)(1) initial disclosures in this matter.

Plaintiff's investigation and discovery into this matter continues.

Dated: June 22, 2007

Respectfully Submitted,
JOSE ANDREU, Plaintiff,

By:_____

Timothy J. Coffey
THE COFFEY LAW OFFICE, P.C.
Attorneys for JOSE ANDREU
1403 E. Forest Avenue
Wheaton, IL  60187
(630) 534-6300

-18-

## CERTIFICATION OF SERVICE

I hereby certify that I served a true, accurate and complete copy of the foregoing Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories to the following attorneys of record for Defendant by first-class, U.S. mail, postage pre-paid, on the 23rd day of June, 2007.

D. Scott Watson
Quarles & Brady LLP
500 West Madison
Suite 3700
Chicago, IL 60661

Timothy J. Coffey
THE COFFEY LAW OFFICE, P.C.
Attorneys for JOSE ANDREU
1403 E. Forest Avenue
Wheaton, IL 60187
(630) 534-6300

## **VERIFICATION**

I, Jose Andreu, verify that the answers set forth above in Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories are true and correct to the best of my knowledge and belief based on the information I have available to me to date.

Jose Andreu

Date:   June 22, 2007

**Exhibit 8**

**Jose Andreu Declaration**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JOSE ANDREU,                          )
                                      )
      Plaintiff,                 )
                                      )
v.                                    )    Case No. 07 C 06132
                                      )
UNITED PARCEL SERVICE, INC.,          )    Judge Samuel Der-Yeghiayan
                                      )
      Defendant.                 )    Magistrate Judge Mason

## DECLARATION OF PLAINTIFF JOSE ANDREU IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1.  I, JOSE ANDREU, am the plaintiff in the above-captioned matter presently pending before this Court, and if called upon could competently testify to the following facts.

2.  I make this declaration solely in opposition to Defendant's Motion for Summary Judgment filed with ths Court on January 7, 2008. It is not intended to be a complete response or rebuttal every false allegation and contention in UPS's motion. Rather, it is intended to supplement my sworn deposition testimony on these certain issues, and other evidence in the record.

3.  Prior to being placed on notice of termination on February 10, 2005, I had not received any form of performance discipline, or job warnings during my entire career at UPS dating back to 1996.

4.  On February 9, 2005, once I arrived at Bernina, upon stepping into my truck Mr. Ziltz was angry and screaming at me saying that I was lying, and that I lied to him before and that I was going to get fired for being dishonest. He then asked for the key to

my inside overhead door, opened the door and entered cargo area of my truck. He continued to accuse me of lying and saying that I would be fired the next day. At no point did I see or hear him count the packages that were in the cargo area. At no point did he say he counted 20 packages or any number of packages. At no point did he mention Ms. Cheryl Bast, or anything about me telling her I had 60 stops or packages left in my car.

5.      I did not lie about the number of packages I had in my truck on February 9, 2005, and I have never admitted to Kerry Snyder, or anyone for that matter that I in fact told such a lie on that day.

6.      I was not placed on medical work restrictions until I returned to work on February 17, 2005, after being out of work the preceding few days and receiving medical treatment at Turner Pain and Wellness Center due to the pain I was experiencing from the injuries I sustained in my January 24, 2005, work accident.

7.      The copies of the Turner Pain Clinic documents, P000241-47, submitted as Exhibit 13 of my response in opposition to UPS's motion for summary judgment are true and correct copies of my medical records from Turner. On February 14, 2005, I personally delivered Dr. Ahern's handwritten note, a copy of which is at P000247, to Kerry Snyder. The following day, I again personally delivered Dr. Ahern's handwritten note, a copy of which is at P000243, to Kerry Snyder.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated:  January 28, 2008



JOSE ANDREU

**Exhibit 9**

**Jose Andreu UPS Personnel File, UPS 0001 - 0041**



*Quarles & Brady* LLP

Citicorp Center
500 West Madison Street
Suite 3700
Chicago, Illinois 60661
Tel 312.715.5000
Fax 312.715.5155
www.quarles.com

*Attorneys at Law in:*
*Phoenix and Tucson, Arizona*
*Naples and Boca Raton, Florida*
*Chicago, Illinois*
*Milwaukee and Madison, Wisconsin*

John A. Klages
E-Mail

312/715-5060
JK2@quarles.com

February 20, 2006

**VIA UPS NEXT DAY AIR**

Timothy J. Coffey, Esq.
Robin Potter & Associates, P.C.
111 East Wacker Drive
Suite 2600
Chicago, IL 60601

    Re: Jose Andreu
      <u>Request For Personnel File</u>

Dear Mr. Coffey:

   As requested, enclosed is a copy of Jose Andreu's personnel file that is stamped UPS 0001 – UPS 0041.

        Very truly yours,

        John A. Klages

JAK:ms
Enclosure

February 9, 2005

To: Dave Ziltz
From : Cheryl Bast

RE: Jose Andreu

We asked Jose Andreu to make a pick up at Bernina. He called at 16:00 to ask if we wanted him to break off of his route to go get it. I told him yes. He then stated that he had 60 stops left and he would not be done until 9:00pm. I told him that if he were to do 20 stops an hour that he should be done by 7. He said he was 20 minutes from Bernina and this would take up quite a bit of time.

At 16:42 I received a call from Dave Ziltz he had just met Jose at Bernina. Dave counted the stops in his truck and he only had 20 stops left.



To: Randy Dunn
Fr: Kerry Snyder
Re: Jose Andreu Discharge

3/24/05

On 2/10/05 at 8:25 I held a meeting in my office for the discharging of service provider Jose Andreu. I informed Andreu that he was on notice of termination for violation of article 54 of the contract referring to honesty. Present during the discharge discussion was UPS Supervisor Dave Ziltz, Service provider Jose Andreu, and Union Steward Pam Treadwell.

The following day Jose Andreu reported an on the job injury. He continued to work for us with restrictions. The union did not grieve the notice of discharge, once the time had lapsed to grieve the notice of discharge he was terminated.

UPS 0002

## United Parcel Service
## Employee History Profile

**Employee Name: Andreu, Jose**

**Employee ID Number: 0113260**

| Employment Date: 09/18/1996 | Race: HIS | Gender: M | Grade: 000 |
|---|---|---|---|

****To change personal information go to UPSers.com or your local HR office. To make job related changes, complete the appropriate GEMS form.*

### GEMS Job History (Starts from Mar 1999)

| Region | District | Job Change Reason | Start Date | Job Class | Job Group/ Description |
|---|---|---|---|---|---|
| 02 - North Central | 46 - North Illinois | TER/VIO | 10/21/2005 | PACKAGE DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | RFL/RFL | 10/21/2005 | PACKAGE DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | DTA/CHE | 08/01/2005 | PACKAGE DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | LOA/WCP | 03/10/2005 | PACKAGE DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | DTA/CHD | 01/29/2004 | PACKAGE DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | JRC/JRC | 01/19/2004 | PACKAGE DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 45 - North Illinois | DTA/CHD | 01/15/2004 | BID AIR DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | JRC/JRC | 12/29/2003 | BID AIR DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 45 - North Illinois | DTA/CHD | 11/13/2003 | PACKAGE DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | JRC/JRC | 11/03/2003 | PACKAGE DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | DTA/CHD | 07/24/2003 | BID AIR DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | JRC/JRC | 07/14/2003 | BID AIR DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | DTA/CHD | 07/02/2003 | PACKAGE DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | JRC/JRC | 06/24/2003 | PACKAGE DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | DTA/LOC | 08/31/2002 | BID AIR DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | JRC/JRC | 12/05/1999 | BID AIR DRIVER | PART TIME SUPERVISOR |
| 02 - North Central | 46 - North Illinois | JRC/JRC | 05/21/1999 | AIR DRIVER | PART TIME SUPERVISOR |

### Job History (Prior to Mar 1999)

| Region | District | Job Change Reason | Start Date | Job Class | Type Employment |
|---|---|---|---|---|---|

1
1.02.0005 /rptEmpProf

Printed on: 02/17/2006

**UPS 0003**

**United Parcel Service**
**Employee History Profile**

Employee Name: Andreu, Jose                                  Employee ID Number: 0113260

| 02 - North Central | 46 - North Illinois | Lateral | 02/25/1997 | SECONDARY SORTR   | PT UNION HOURLY |
| 02 - North Central | 46 - North Illinois | Lateral | 11/18/1996 | LOADER/UNLOADER   | PT UNION HOURLY |
| 02 - North Central | 46 - North Illinois | Lateral | 10/19/1996 | AIR DRIVER        | PT UNION HOURLY |
| 02 - North Central | 46 - North Illinois | Start   | 09/18/1996 | LOADER/UNLOADER   | PT UNION HOURLY |

## Education

| Graduation Date | School | Major | Education Level |
|---|---|---|---|

## Languages

| Language | Translator Speak | Read | Write |
|---|---|---|---|

## Performance Appraisals

| Type | Start Date | End Date | Rating |
|---|---|---|---|

## UPS Training

| Date | Description | Instructor |
|---|---|---|
| 08/25/2005 | HIGH RISK RE-CERTIFICATION | No |
| 08/25/2005 | INITIAL SECURITY AWARENESS TRN | No |
| 02/03/2005 | SPACE AND VISIBILITY | No |
| 02/03/2005 | SAFE WORK HABITS | No |
| 01/06/2005 | HAZ MAT TRNG - OPS 1 HR VIDEO | No |
| 01/06/2005 | CONVEYOR SECURING | No |
| 06/25/2004 | ONE VISION | No |
| 02/03/2004 | UPS SAFE BACKING PROC | No |
| 02/03/2004 | SAFE WORK HABITS | No |
| 02/03/2004 | SPACE AND VISIBILITY | No |
| 01/06/2004 | CONVEYOR SECURING | No |
| 01/06/2004 | HAZ MAT TRNG - OPS 1 HR VIDEO | No |
| 06/30/2003 | RETURN SERVICES CERTIFICATION | No |

2

UPS 0004

**United Parcel Service**
**Employee History Profile**

**Employee Name: Andreu, Jose**                                        **Employee ID Number: 0113260**

| Date | | |
|---|---|---|
| 06/16/2003 | UPS SAFE BACKING PROC | No |
| 06/16/2003 | SPACE AND VISIBILITY | No |
| 06/16/2003 | SAFE WORK HABITS | No |
| 06/16/2003 | SERV PROVID TRAINING SCHOOL | No |
| 06/16/2003 | CONVEYOR SECURING | No |
| 06/16/2003 | HAZ MAT TRNG - OPS 1 HR VIDEO | No |
| 01/28/2003 | SAFE WORK HABITS | No |
| 01/28/2003 | SPACE AND VISIBILITY | No |
| 01/21/2003 | OUR COMPANY VIDEO | No |
| 01/09/2003 | HAZ MAT TRNG - OPS 1 HR VIDEO | No |
| 01/09/2003 | CONVEYOR SECURING | No |
| 11/04/2002 | ERI FOLL/UP SESSION | No |
| 08/01/2002 | INTL SHPMNT ACCEPTANCE TRNG | No |
| 06/01/2002 | LEGACY/PARTNERING PRESENTATION | No |
| 04/01/2002 | UPS SAFE BACKING PROC | No |
| 02/01/2002 | SAFE WORK HABITS | No |
| 02/01/2002 | SPACE AND VISIBILITY | No |
| 01/01/2002 | CONVEYOR SECURING | No |
| 01/01/2002 | HAZ MAT TRNG - OPS 1 HR VIDEO | No |
| 01/01/2002 | OUR COMPANY VIDEO | No |
| 09/01/2001 | LRNG MAP 5 - INVSTG TO GROW | No |
| 10/01/2000 | LRNG MAP 4 - ENBLG GLOBAL COMM | No |
| 06/01/1997 | UNDEL PKGE HDLING PROC 6/1997 | No |

| **Annual Employee Discussions** | | **Career/Personal Development Discussion** |
|---|---|---|
| **Type** | **Date** | **Date** |

3

UPS 0005

**United Parcel Service**
**Employee History Profile**

| Employee Name: Andreu, Jose | Employee ID Number: 0113260 |
|---|---|

**Comments**

**Human Resources Manager Signature**                 Date

Printed on: 02/17/2006

1.02.0005 / rptEmpProf

UPS 0006


**United Parcel Service**

**EMPLOYMENT APPLICATION**
**Driver and Mechanic Positions**
*(Use Black Ink Only)*

OFFICE USE ONLY

| R | P | D |
|---|---|---|
| **PHYT** | **D/R** | **M/I** |

Region **012**    District **416**

☐ FOR APPLICANT USE    ☐ FOR OFFICE USE

Social Security No. **515 70 9 56**    Name (Last, First) **Andrew Woisa**    Middle Initial

***Applicant MUST SIGN last page of application***

## ADDRESS INFORMATION

Address **7831 W Raschler**    Apt. #    Phone # (include area code) **312 637 7375**

City **Chicago**    State **IL**    Zip Code **60656**    Alternate Phone # (include area code)

**PREVIOUS ADDRESSES:** During the last three years, beginning with most recent.

Address **7831 W Raschler**   Apt. # **House**    Address **2835 N Mason**   Apt. # **House**

City, State **Chicago  IL**   Zip Code **60656**    City, State **Chicago**   Zip Code **IL 60657**

## EMERGENCY CONTACT INFORMATION

Name (Last, First) **Andrew  Jukk**

Address **7831 W Raschler**    Apt. #    Phone # (include area code) **312 637 2306**

City **Chicago**    State **IL**    Zip Code **60656**    Alternate Phone # (include area code) **708 456 0622**

## GENERAL INFORMATION

| | | | |
|---|---|---|---|
| Are you employed now? | ☑ Yes | ☐ No | When can you begin work at United Parcel Service? _____ |
| Would you accept night work? | ☑ Yes | ☐ No | |
| Do you have any relatives employed by United Parcel Service or any UPS subsidiary? | ☐ Yes | ☑ No | Name _____ Location _____ |
| Have you ever completed an application for employment at United Parcel Service or any UPS subsidiary? | ☑ Yes | ☐ No | When **Last month** Where **Address** |
| Have you ever been employed by United Parcel Service or any UPS subsidiary? | ☑ Yes | ☐ No | When _____ Where _____ Position _____ |

Have you ever been convicted of a felony?   ☐ Yes   ☒ No    *NOTE: Disclosure of convictions does not automatically disqualify you from employment consideration.*

If yes, give details _____

I am a U.S. Citizen or National of the U.S., an alien lawfully admitted for permanent residence, or an alien authorized to work in the U.S. for United Parcel Service.   ☑ Yes   ☐ No    *NOTE: Upon request, prior to commencement of employment, you must provide documents which establish your identity and authorization to work in the United States.*

018127 T/92 (ZAM 12/92)

**EDUCATION**

| | NAME OF SCHOOL | ADDRESS (City, State, Zip) | GRADUATED | | | TYPE OF DEGREE | COLLEGE MAJOR | CMC |
|---|---|---|---|---|---|---|---|---|
| | | | YES/NO | ELC | | | | |
| HIGH SCHOOL | Mexico | Telolapa GRO | ✓ | | | | | |
| COLLEGE | Triton College | | no | | | | | |
| COLLEGE | | | | | | | | |
| TECHNICAL, BUSINESS OR OTHER | | | | | | | | |

Are you attending school? ☐ Yes ☒ No   If yes, # of credit hours? _____   Where? _____

Total credit hours to date _____   Cumulative Grade Point Average _____

SCHEDULE: Mon ___am/pm to ___am/pm   Tues ___am/pm to ___am/pm   Wed ___am/pm to ___am/pm   Thu ___am/pm to ___am/pm   Fri ___am/pm to ___am/pm

**PREVIOUS EMPLOYMENT**

List any special job skills you possess: C.D.L Drivers Licence Good Record   SPC [ ][ ][ ]

All time must be accounted for, whether employed or not. Do not include military service. List below the names of all your employers, beginning with the most recent.
a. COMPANY NAME b. STREET, c. CITY, STATE, ZIP

| | a. COMPANY NAME b. STREET c. CITY, STATE, ZIP | COMPANY'S TELEPHONE NUMBER | EMPLOYED FROM MO | YR | TO MO | YR | POSITION | SALARY | NAME OF SUPERVISOR | REASON FOR LEAVING |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | a. Wells Fargo Armored b. c. | 37708 592 22 00 | 10 | 91 | STILL | | Driver | 7.75hr | Larry Ivan | Still at present time |
| 2 | a. b. c. | | | | | | | | | |
| 3 | a. b. c. | | | | | | | | | |
| 4 | a. b. c. | | | | | | | | | |
| 5 | a. b. c. | | | | | | | | | |
| 6 | a. b. c. | | | | | | | | | |
| 7 | a. b. c. | | | | | | | | | |

*If more space is required, please notify the interviewer.

Are there any employers whom you DO NOT wish us to contact? _____

Have you ever been discharged by a previous employer?   ☐ Yes ☒ No
If yes, when ___/___/___
Give details: _____

Have you collected Unemployment Compensation within the last five years?   ☐ Yes ☒ No
Number of weeks collected: _____   When? _____

**U.S. MILITARY SERVICE**

☐ Yes ☒ No
Branch _____   Date of first induction ___/___/___   Date of last separation ___/___/___
Specialty _____   Service schools _____

**PERSONAL REFERENCES (other than relatives)**

| NAME | ADDRESS (INCLUDE CITY, STATE, & ZIP CODE) | TELEPHONE NUMBER |
|---|---|---|
| Jose Frutos | 2835 N Mason | (312) 745-7582 |
| Salvador Huerta | 139 N Ridgeland | (708) 848-1781 |

UPS 0008

Are you under 21 years of age?  ☐ Yes  ☑ No    If yes: Date of _06/08/65_

**DRIVING EXPERIENCE**

How many years have you been driving?    Passenger Car? _15 yrs_    Employer's Vehicle? _15 yrs_

How many years have you driven commercially? _10-7 years_    Can you drive a clutch operated transmission vehicle? ☑ Yes  ☐ No

LIST ALL DRIVING LICENSES EVER HELD

| STATE ABBREV. | LICENSE NUMBER | EXPIRATION DATE | RESTRICTIONS | COMMERCIAL, CHAUFFEUR or OPERATOR | ULC |
|---|---|---|---|---|---|
| I L | A 5 3 6 4 2 6 6 3 1 6 3 | 06 08 9 2 | L | C D L | |
| | | | | | |

Has any license you have ever held been:
Suspended ☐ Yes ☑ No    Revoked ☐ Yes ☑ No

When? _/_ /_    What state(s)? _____

For how long? ☐☐ Years  ☐☐ Months

Why? _____

Indicate any safe driving awards you have received and from who?
_____

Have you any other driving experience?  ☐ Yes  ☐ No    Size Vehicle _____

Record length of time driving each type of vehicle:

Tractor-trailer ☐☐ Yrs.    Bus _20_ Yrs.    2½ Ton ☐☐ Yrs.

Van _3_ Yrs.    Other _____ ☐☐ Yrs.

In what state(s)? _IL_

**DRIVING RECORD**

How many accidents have you ever been involved in, regardless of severity? ☐☐ NO    How many as the operator of a:  Commercial Vehicle? _NO_    Private Car? _NO_

| | DATE | CITY AND STATE | BRIEF DESCRIPTION OF ACCIDENT |
|---|---|---|---|
| LAST ACCIDENT | / / | | |
| NEXT PREVIOUS | / / | None | |
| NEXT PREVIOUS | / / | | |
| NEXT PREVIOUS | / / | | |

List all traffic violations, other than parking, for which you have ever been convicted.

| DATE OF VIOLATION | TYPE OF VIOLATION | NAME & LOCATION OF COURT | DATE OF CONVICTION | DISPOSITION AND FINE |
|---|---|---|---|---|
| / / | | | / / | |
| / / | | | / / | |
| / / | | | / / | |
| / / | | | / / | |

Why are you applying for a position with United Parcel Service? _____

_____

_____

_____

Indicate whether you are looking for:

☐ Full-Time          ☐ Part-Time (less than 25 hours per week)

Please explain your choice: _Any  That is  Available  At This Time_
_Full - Time  is  OK._ _____

_____

## APPLICATION AGREEMENT

In completing and signing this application for employment, and any supplements to this application, I understand that misrepresentation or omission of facts is cause for cancellation of this application or separation from the company's service if I am employed. I agree that the company shall not be liable in any respect if my employment is terminated because of the falsity of statements made by me on this application.

I understand further that information concerning my past record will be sought from my previous employers and other sources and I hereby release from all liability or damages those individuals, corporations, or organizations who provide such information. I understand any such information provided shall become the exclusive property of the company.

I also understand that nothing contained in this employment application or in the granting of an interview is intended to create an employment contract between the COMPANY and myself or to provide any other benefit.

As a condition of my employment, I consent to taking a Department of Transportation medical examination and such future medical examinations as may be required by the COMPANY. I understand any offer of employment is conditional upon the results of such medical examinations.

This certifies that this application was completed by me, or at my direction, and that all entries on it and information in it are true and complete.

APPLICANT'S SIGNATURE _____  Date _10_ / _10_ / _86_

United Parcel Service will provide reasonable accommodation during the employment process, as well as on the job, if such an accommodation is requested by an applicant or employee. UPS invites applicants with disabilities to voluntarily identify themselves and discuss the accommodations that may be required.

FOR OFFICE USE ONLY

Interviewer _____ Date ____ / ____ / ____ Interviewer _____ Date ____ / ____ / ____

Employment Approved By _____ Date ____ / ____ / ____

Payroll Center _____ Job Title _____ D.O.E. _____

**UPS**

United Parcel Service of America, Inc.

 **United Parcel Service**



Region [0 | 2]  District [4 6]

# EMPLOYMENT APPLICATION
## Part Time Positions

Social Security No. [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]   Name (Last, First) [Andrew    Jose]    Middle Initial
Please Print

**CURRENT ADDRESS INFORMATION**

Address [7831  W  Rascher]                Apt. # [House]    Phone # (include area code) [312-631-2306]
City [Chicago]    State [IL]  Zip Code [60656]    Alternate Phone # [312-631-2306]

PREVIOUS ADDRESSES: During the last three years, beginning with most recent.

Address [8835  N  Mason]  Apt. # [House]   Address _____ Apt. # ____
City, State [Chicago]   Zip Code [60694]   City, State _____ Zip Code _____

**GENERAL INFORMATION**

| | | |
|---|---|---|
| Are you employed now? | ☑Yes ☐No | When can you begin work at UPS? [09-12-96] |
| Would you accept night work? | ☑Yes ☐No | |
| Do you have relatives employed by United Parcel Service or any UPS subsidiary? | ☐Yes ☑No | |
| Have you ever completed an application for employment at United Parcel Service or any UPS subsidiary? | ☑Yes ☐No | When [1994]    Where [tttt Northbrook] |
| Are you under 18 years of age? | ☐Yes ☑No | If yes, date of birth _____ |
| Have you ever been employed by United Parcel Service or any UPS subsidiary? | ☐Yes ☑No | When _____  Where _____  Position _____ |

Have you ever been convicted of a felony?  ☐Yes ☑No   NOTE: Disclosure of convictions does not automatically disqualify you from employment consideration.
If yes, give details _____

I am a U.S. Citizen or National of the U.S., an alien lawfully admitted for permanent residence, or an alien authorized to work in the U.S. for United Parcel Service.  ☑Yes ☐No    NOTE: Upon request, prior to commencement of employment, you must provide documents which establish your identity and authorization to work in the United States.

Why are you applying for part-time work? [Many Reasons I need more money more adise Hospital Ins]

01810614 REV. 7/95

## EDUCATION

| | NAME OF SCHOOL | ADDRESS (City, State, Zip) | GRADUATED YES/NO | TYPE OF DEGREE | COLLEGE MAJOR |
|---|---|---|---|---|---|
| HIGH SCHOOL | Genaro Amezcua | Mexico Gro | Yes | | |
| COLLEGE | Triton College | | | | |
| TECHNICAL, BUSINESS OR OTHER | | | | | |

Are you attending school? ☐ Yes ☐ No    If yes, # of credit hours? _____    Where? _____
Are you planning to attend school? ☐ Yes ☐ No

Total credit hours to date _____    Cumulative Grade Point Average _____

CLASS SCHEDULE: Mon ___ am ___ pm to ___ am ___ pm    Tue ___ am ___ pm to ___ am ___ pm    Wed ___ am ___ pm to ___ am ___ pm    Thu ___ am ___ pm to ___ am ___ pm    Fri ___ am ___ pm to ___ am ___ pm

## PREVIOUS EMPLOYMENT

List below the names of the last two employers, beginning with the most recent.

| | a. COMPANY NAME, b. STREET, c. CITY, STATE, ZIP | COMPANY'S TELEPHONE NUMBER | EMPLOYED FROM MO | YR | TO MO | YR | POSITION | SALARY | NAME OF SUPERVISOR | REASON FOR LEAVING |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wells Fargo Armored 6210 Oakton El Grove Village | 708847 952-3200 | 10 | 91 | Still | Appox. 1994 | Driver | 810 | Larry Ivan | Still there Not Leaving |
| 2 | Salvador's Mexican Rest | | 10 | 83 | 10 | 91 | Waiter/Maria Ble | George Castellan | Future Leaving for Better |

Are there any employers whom you DO NOT wish us to contact?

Have you ever been discharged by a previous employer? ☐ Yes ☑ No
If yes, when _____
Please explain the circumstances: _____

Have you collected Unemployment Compensation within the last five years? ☐ Yes ☑ No

Number of weeks collected: _____    When? _____

## U.S. MILITARY SERVICE

☐ Yes ☑ No

Branch _____    Date of first induction ___/___/___    Date of last separation ___/___/___

Specialty _____    Service schools _____
NOTE: Upon request prior to commencement of employment you must provide a copy of DD214.

## APPLICATION AGREEMENT

In completing and signing this application for employment, and any supplements to this application, I understand that misrepresentation or omission of facts is cause for cancellation of this application or separation from the company's service if I am employed. I agree that the company shall not be liable in any respect if my employment is terminated because of the falsity of statements made by me on this application.

I understand further that information concerning my past record will be sought from my previous employers and other sources and I hereby release from all liability or damages those individuals, corporations, or organizations who provide such information. I understand any such information provided shall become the exclusive property of the company.

I also understand that nothing contained in this employment application or in the granting of an interview is intended to create an employment contract between the company and myself or to provide any other benefit.

This certifies that this application was completed by me, or at my direction, and that all entries on it and information in it are true and complete.

APPLICANT'S SIGNATURE _____    Date 29/10/96

United Parcel Service will provide reasonable accommodation during the employment process, as well as on the job, if such an accommodation is requested by an applicant or employee. UPS invites applicants with disabilities to voluntarily identify accommodations that may be required.

### FOR OFFICE USE ONLY

Interviewer _____ Date 9/10/96    Interviewer _____ Date ___/___/___

Employment Approved By _____ Date 9/16/96

Payroll Center _____    Job Title _____    DOE _____

UPS 0012



 United Parcel Service

02/46

## DELIVERY VEHICLE ROAD TEST REPORT

| Name Jose Andreu | License Exp. Date 06 / 08 / 05 | Type Equipment P 800 | Date 6 / 19 / 03 |
| --- | --- | --- | --- |

| | Demerit | Demerit Count | Total | Remarks |
| --- | --- | --- | --- | --- |
| 1 Starting Engine | 6 | | | |
| 2 Starting Vehicle | 10 | | | |
| 3 Gear Shifting | 10 | | | |
| 4 Clutch | 10 | | | |
| 5 Use of horn | 10 | | | |
| 6 Steering | 10 | | | |
| 7 Slow and other warning signs | 6 | | | |
| 8 Stop Signs | 10 | | | |
| 9 Traffic Lights | 10 | 1 | 10 | Leave one car length in front |
| 10 Intersections and crosswalks | 20 | | | |
| 11 Right-of-way | 20 | | | |
| 12 Lane observance | 20 | | | |
| 13 Change lane | 10 | | | |
| 14 Speed controls | 20 | | | |
| 15 Following | 20 | | | |
| 16 Right turns | 10 | | | |
| 17 Left turns | 10 | | | |
| 18 Parallel parking | 10 | 1 | 10 | use turn signal when pulling away |
| 19 Parking on hill | 20 | | | |
| 20 Backing | 20 | | | |
| 21 Use of brakes | 6 | | | |
| 22 Use of mirrors | 10 | | | |
| 23 Alertness | 20 | | | |
| 24 Familiarity with rules | 10 | | | |
| 25 Defensive driving | 20 | | | |
| **GRAND TOTAL  (125 =Failure)** | | | 20 | **GROUNDS FOR IMMEDIATE REJECTION** |

Instructions given: ✔ Pretrip
✔ Parking on hill
✔ Use of seat belt

ACCIDENT_____    CLEAR VIOLATION_____

DANGEROUS ACTION_____    LACK OF COOPERATION OR REFUSAL TO PERFORM_____

_Michael R. Farmer_
Examiner's Signature

_Jose Andreu_
Applicant's Signature

### CERTIFICATION OF ROAD TEST

DRIVER'S NAME _Jose Andreu_    Driver License No _A536-4206-3163_  Exp Date _06 / 08 / 05_

Social Security No. _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_    State _IL_    Type Vehicle _P800_

This is to certify that the above named driver was given a road test under my supervision on _6 / 19 / 03_ e consisting of _25_ miles of driving

_45_ minutes of driving

It is my considered opinion that this driver possesses sufficient driving skill to operate safely the type of commercial motor vehicle listed above

Examiner's Signature _Michael R. Farmer_    Title _ON CAR Supervisor_

UNITED PARCEL SERVICE _150 S. Lombard Rd. Addison Il. 60101_
District Address

552001

**UPS 0013**


United Parcel Service

DELIVERY VEHICLE ROAD TEST REPORT

| Name: Jose Andrew | | | | License Exp. Date: 06/08/97 | Type Equipment | Date: 10/12/96 |
|---|---|---|---|---|---|---|

| | Demerit | Demerit Count | Total | Remarks |
|---|---|---|---|---|
| 1  Starting Engine | 6 | | | |
| 2  Starting Vehicle | 10 | | | |
| 3  Gear Shifting | 10 | / | | Grind Gear. |
| 4  Clutch | 10 | / | | Don't Ride Clutch. |
| 5  Use of horn | 10 | | | |
| 6  Steering | 10 | | | |
| 7  Slow and other warning signs | 6 | | | |
| 8  Stop Signs | 10 | | | |
| 9  Traffic lights | 10 | | | |
| 10  Intersections and crosswalks | 20 | | | |
| 11  Right-of-way | 20 | | | |
| 12  Lane observance | 20 | / | | Didn't Center Car in Lane |
| 13  Change lanes | 10 | | | |
| 14  Speed control | 20 | | | |
| 15  Following | 20 | | | |
| 16  Right turns | 10 | | | |
| 17  Left turns | 10 | | | |
| 18  Parallel parking | 10 | | | |
| 19  Parking on hill | 20 | | | |
| 20  Backing | 20 | / | | |
| 21  Use of brakes | 6 | | | |
| 22  Use of mirrors | 10 | / | | Use Mirrors More. |
| 23  Alertness | 20 | | | |
| 24  Familiarity with rules | 10 | | | |
| 25  Defensive driving | 20 | | | |
| GRAND TOTAL (126=Failure) | | | | |

Instructions given:   Pre-trip
                      Misc Brake
                      Parking on hill
                      Use of seat belt

**GROUNDS FOR IMMEDIATE REJECTION**

ACCIDENT _____   CLEAR VIOLATION _____

DANGEROUS ACTION _____   LACK OF COOPERATION OR REFUSAL TO PERFORM _____

_____
Examiner's Signature

_____
Applicant's Signature

CERTIFICATION OF ROAD TEST

DRIVER'S NAME  Jose Andrew    Driver License No. A536-4206-3163    Exp Date 06/08/97

Social Security No. 359 80 1956    State Ill.    Type Vehicle _____

This is to certify that the above named driver was given a road test under my supervision on ____/____/____ consisting of _____ miles of driving.
It is my considered opinion that this driver possesses sufficient driving skill to operate safely the type of commercial motor vehicle listed above.

Examiner's Signature _____    Title _____

UNITED PARCEL SERVICE _____
                          District Address

Personnel - Original Test and Certificate
Driver - Carbon Certificate
Center Supervisor - Carbon Test

016221 4-82 (10M 12/93)

U.S. Department of Justice
Immigration and Naturalization Service

OMB # 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: , Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Andrew | Jose | | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 7831 W Roschel Chicago IL 606560 | | 06-08-63 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Chicago | Ill | | 359 80 1956 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☒ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A _____)
☐ An alien authorized to work until ___/___/___
(Alien # or Admission # _____)

| Employee's Signature | Date (month/day/year) |
|---|---|
| | 09-16-96 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year)

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: | | Drivers License | | Social Security Card |
| Issuing authority: | | State of Illinois | | Department of Health and Human Service |
| Document #: | | A536 42063163 | | 359 80 1956 |
| Expiration Date (if any): ___/___/___ | | 6 18 97 | | ___/___/___ |
| Document #: | | | | |
| Expiration Date (if any): ___/___/___ | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 9/18/9 and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name | Title Employment Representative |
|---|---|---|
| | MARY GRACE GRICH | |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| United Parcel Service | 150 So. Lombard Rd. Addison, IL 60101 | 9-16-96 |

**Section 3. Updating and Reverification.** To be completed and signed by employer

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____ Document #: _____ Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91) N

UPS 0015

## LISTS OF ACCEPTABLE DOCUMENTS

| LIST A | | LIST B | | LIST C |
|---|---|---|---|---|
| **Documents that Establish Both Identity and Employment Eligibility** | **OR** | **Documents that Establish Identity** | **AND** | **Documents that Establish Employment Eligibility** |

**LIST A — Documents that Establish Both Identity and Employment Eligibility**

1. U.S. Passport (unexpired or expired)

2. Certificate of U.S. Citizenship (INS Form N-560 or N-561)

3. Certificate of Naturalization (INS Form N-550 or N-570)

4. Unexpired foreign passport, with I-551 stamp or attached INS Form I-94 indicating unexpired employment authorization

5. Alien Registration Receipt Card with photograph (INS Form I-151 or I-551)

6. Unexpired Temporary Resident Card (INS Form I-688)

7. Unexpired Employment Authorization Card (INS Form I-688A)

8. Unexpired Reentry Permit (INS Form I-327)

9. Unexpired Refugee Travel Document (INS Form I-571)

10. Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B)

**LIST B — Documents that Establish Identity**

1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

2. ID card issued by federal, state, or local government agencies or entities provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

3. School ID card with a photograph

4. Voter's registration card

5. U.S. Military card or draft record

6. Military dependent's ID card

7. U.S. Coast Guard Merchant Mariner Card

8. Native American tribal document

9. Driver's license issued by a Canadian government authority

For persons under age 18 who are unable to present a document listed above:

10. School record or report card

11. Clinic, doctor, or hospital record

12. Day-care or nursery school record

**LIST C — Documents that Establish Employment Eligibility**

1. U.S. social security card issued by the Social Security Administration (other than a card stating it is not valid for employment)

2. Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350)

3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal

4. Native American tribal document

5. U.S. Citizen ID Card (INS Form I-197)

6. ID Card for use of Resident Citizen in the United States (INS Form I-179)

7. Unexpired employment authorization document issued by the INS (other than those listed under List A)

Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)

Form I-9 (Rev. 11-21-91) N

UPS 0016

**HONESTY IN EMPLOYMENT**

As an employee of United Parcel Service, it is essential that you thoroughly understand how highly we regard honesty from all employees, so much so, that honesty is a company policy.

## THE UPS POLICY BOOK STATES:

"WE INSIST UPON INTEGRITY IN OUR PEOPLE. We present our company honestly to employees and, in turn, expect them to be honest with us.

"We expect honesty from our people in their handling of money, merchandise, and property with which they are entrusted. We insist on integrity in the preparation and approval of all reports.

"We expect our people to be honest with respect to intangible things as well in the time, effort, and full performance of their jobs; in fair play in dealing with others; and in the acknowledgement of mistakes or other shortcomings.

"The great majority of our people are of high moral character. However, when we do discover a dishonest person in our organization, we deal with that individual quickly and firmly. For our company to be known for its integrity, each one of us must meet high standards."

## CONSEQUENCES OF DISHONESTY

DISHONESTY WILL result in immediate dismissal and possible criminal prosecution.

Since many of the packages you will handle move between states, theft of these shipments is a felony violation investigated by the FBI and other law enforcement agencies. If convicted, the maximum penalty for thefts involving interstate commerce is 10 year imprisonment and/or a fine of $5,000.00.

In addition to theft, there are other types of dishonesty such as: tampering, or the misuse or theft of intellectual properties, privileged information, overgoods, or monies handled by our employees. (NOTE: Any and all money you receive each day, must be properly accounted for and turned in at the end of your work shift that same day.)

## EFFECTS OF A FELONY

A felony is a class of crime more severe than a misdemeanor, and is punishable by imprisonment, a fine, or both. A felony conviction results in a permanent mark on a person's record which may never be removed. This record may cause an individual to suffer severe consequences, and may also cause them to be disadvantaged in other subsequent life pursuits.

## OTHER INFORMATION

WE EXPECT all employees to report acts of dishonesty. In an effort to prevent thefts, we have instituted a reward of up to $5,000.00, payable to UPS employees, for information leading to the arrest and conviction of any employee who has stolen merchandise or other valuables from our company.

I have read the above information and I understand the UPS policy that reflects their high regard for honesty. I understand my obligations to maintain personal honesty and prevent the dishonesty of others.

09 / 16 / 96
_____
Date

_____
Employee's Signature

_____
WITNESSED BY

016102 REV. 10/92 (200M 10/92)

**UPS** United Parcel Service

**D.O.T. SAFETY REGULATIONS QUESTIONNAIRE**

DRIVER _Jose Arias_                                    DATE _10  10  86_

SOC. SEC. NO. _359801256_

**INSTRUCTIONS:**     Each question has four answers but only one is right. Read all the answers for each question and pick the answer you think is correct. Mark an "X" in the box next to the answer you choose. Do not pick more than one answer for each question. Be sure to answer every question and do not skip any pages.

1. A motor carrier who is also a driver (owner-operator):
   A. ☐ is not covered by the safety regulations.
   B. ☐ must obey only those parts of the regulations which cover drivers.
   C. ☐ must obey only those parts of the regulations which cover motor carriers.
   D. ☒ must obey both the parts covering drivers and the parts covering motor carriers.

2. With only a few exceptions, the Federal Motor Carrier Safety Regulations say a driver must be:
   A. ☐ at least 18 years old.
   B. ☐ at least 19 years old.
   C. ☐ at least 20 years old.
   D. ☐ at least 21 years old.

3. A driver cannot drive a motor vehicle:
   A. ☐ for one year after a first offense conviction for a felony involving a commercial motor vehicle operated by the driver.
   B. ☐ for one year after a first offense conviction for driving a commercial vehicle under the influence of alcohol or narcotics.
   C. ☐ for one year after a first offense conviction for leaving the scene of an accident which resulted in personal injury or death.
   D. ☒ for one year after a first offense conviction for any of the above.

4. Every driver applicant must fill out an application form giving:
   A. ☐ a list of all vehicle accidents during the previous 3 years.
   B. ☐ a list of all motor vehicle violation convictions and bond forfeits (except for parking) during the previous 3 years.
   C. ☐ a list of names and addresses of all employers during the previous 3 years.
   D. ☒ all of the above.

5. At least once a year, a driver must fill out a form listing all motor vehicle violations (except parking) occurring during the previous 12 months. The driver must fill out the form:
   A. ☒ even if there were no violations.
   B. ☐ only if convicted.
   C. ☐ only if convicted or had forfeited bond or collateral.
   D. ☐ only if the carrier requires it.

6. If a driver applicant has a valid certificate showing successful completion of a driver's road test:
   A. ☐ the carrier must accept it.
   B. ☒ the carrier may still require the applicant to take a road test.
   C. ☐ the carrier cannot accept it.
   D. ☐ the carrier may request a road test waiver from the Bureau of Motor Carrier Safety.

7. Persons with breathing problems which may affect safe driving:
   A. ☒ cannot drive.
   B. ☐ cannot drive unless the vehicle has an emergency oxygen supply.
   C. ☐ cannot drive unless another driver is along.
   D. ☐ cannot drive except on short runs.

8. Persons with arthritis, rheumatism, or any such condition which may affect safe driving:
   A. ☐ cannot drive unless they are checked by a doctor before each trip.
   B. ☒ cannot drive.
   C. ☐ cannot drive except when they are free of pain.
   D. ☐ cannot drive unless another driver is along.

9. Persons who have ever had epilepsy:
   A. ☐ cannot drive unless another driver is along.
   B. ☒ cannot drive.
   C. ☐ cannot drive on long runs.
   D. ☐ cannot drive without monthly medical examinations.

10. In order to be able to drive, a driver:
    A. ☐ must not have any mental, nervous or physical problem likely to affect safe driving.
    B. ☐ must not use an amphetamine, narcotic or any habit-forming drug.
    C. ☐ must not have a current alcoholism problem.
    D. ☒ must not have or use any of the above.

11. If a driver gets an injury or illness serious enough to affect the ability to perform duties, the driver:
    A. ☐ must report it at the next scheduled physical.
    B. ☐ cannot drive again.
    C. ☒ must take another physical and be recertified before driving again.
    D. ☐ must wait at least 1 month after recovery before driving again.

12. A driver may not drive faster than posted speed limits:
    A. ☐ unless the driver is sick and must complete the run quickly.
    B. ☒ at any time.
    C. ☐ unless the driver is passing another vehicle.
    D. ☐ unless the driver is late and must make a scheduled arrival.

13. When a driver's physical condition while on a trip requires the driver to stop driving, but stopping would not be safe, the driver:
    A. ☐ must stop anyway.
    B. ☐ may try to complete the trip, but as quickly as possible.
    C. ☐ may continue to drive to the home terminal.
    D. ☒ may continue to drive, but must stop at the nearest safe place.

14. A driver may not drink or be under the influence of any alcoholic beverage (regardless of alcoholic content):
    A. ☒ within 4 hours before going on duty or driving.
    B. ☐ within 6 hours before going on duty or driving.
    C. ☐ within 8 hours before going on duty or driving.
    D. ☐ within 12 hours before going on duty or driving.

15. A driver must be satisfied that service and parking brakes, tires, lights and reflectors, mirrors, coupling and other devices are in good working order:
    A. ☐ at the end of each trip.
    B. ☒ before the vehicle may be driven.
    C. ☐ only when the driver considers it necessary.
    D. ☐ according to schedules set by the carrier.

UPS 0018

16. The following must be in place and ready for use before a vehicle can be driven:

A. ☐ at least one spare fuse or other overload protector of each type used on the vehicle.

B. ☑ a tool kit containing a specified list of hand tools.

C. ☐ at least one spare tire for every four wheels.

D. ☐ a set of spark plugs.

17. If any part of the cargo or anything else blocks a driver's front or side views, arm or leg movements, or the driver's access to emergency equipment, the driver:

A. ☐ can drive the vehicle, but must report the problems at the end of the trip.

B. ☑ cannot drive the vehicle.

C. ☐ can drive the vehicle, but only at speeds under 40 miles per hour.

D. ☐ can drive the vehicle, but only on secondary roads.

18. Any driver who needs glasses to meet the minimum visual requirements:

A. ☐ must drive only during daylight hours.

B. ☑ must always wear glasses when driving.

C. ☐ must always carry a spare pair of glasses.

D. ☐ must not drive a motor vehicle.

19 A driver may drive with a hearing aid:

A. ☐ if the driver always has it turned on while driving.

B. ☐ if the driver always carries a spare power source for it.

C. ☐ if the driver can meet the hearing requirements when the hearing aid is turned on.

D. ☑ if all of the above requirements are met.

20. A driver required to stop at a railroad crossing should bring the vehicle to a stop no closer to the tracks than:

A. ☐ 5 feet.

B. ☐ 10 feet.

C. ☑ 15 feet.

D. ☐ 20 feet.

21. Shifting gears is not permitted:

A. ☐ when traveling faster than 35 miles per hour.

B. ☐ when moving across any bridge.

C. ☑ when crossing railroad tracks.

D. ☐ when traveling down a hill steeper than 10 degrees.

22. A driver of a motor vehicle, not required to stop at drawbridges without signals, must:

A. ☑ drive at a rate of speed which will permit a stop before reaching the lip of the draw.

B. ☐ sound the horn before crossing.

C. ☐ proceed across without reducing speed.

D. ☐ slow down only if directed by an attendant.

23. When turning a vehicle a driver should begin flashing the turn signal:

A. ☐ at least 50 feet before turning.

B. ☐ at least 60 feet before turning.

C. ☐ at least 75 feet before turning.

D. ☑ at least 100 feet before turning.

24. Which of the following is true?

A. ☑ if a seat belt is installed in the vehicle, a driver must have it fastened before beginning to drive.

B. ☐ a driver may or may not use the seat belt, depending on the driver's judgment.

C. ☐ seat belts are not necessary on heavier vehicles.

D. ☐ a driver must use the seat belt only if required to by the carrier.

25. When a motor vehicle cannot be stopped off the traveled part of the highway, the driver:

A. ☐ must keep driving.

B. ☐ may stop, but shall get as far off the traveled part of the highway as possible.

C. ☐ may stop, but shall make sure that the vehicle can be seen as far as possible to its front and rear.

D. ☑ may stop if the driver has to, but should do both B and C above.

26. If a vehicle has a breakdown the driver must place one emergency signal:

A. ☐ 100 feet in front of the vehicle in the center of the lane it occupies.

B. ☐ 100 feet in back of the vehicle in the center of the lane it occupies.

C. ☐ 10 feet in front or back of the traffic side.

D. ☑ at all of the above locations.

27. If a vehicle has a breakdown on a poorly-lit street or highway, the driver shall place on the traffic side:

A. ☐ a reflective triangle.

B. ☐ a lighted red electric lantern.

C. ☐ a red reflector.

D. ☑ any one of the above.

28. No emergency signals are required for a vehicle with a breakdown if the street or highway lighting is bright enough so it can be seen at a distance of:

A. ☐ 100 feet.

B. ☐ 200 feet.

C. ☑ 500 feet.

D. ☐ 750 feet.

29. If a vehicle has a breakdown and stops on a poorly-lit divided or one way highway the driver must place one emergency signal:

A. ☐ 200 feet in back of the vehicle in the center of the lane it occupies.

B. ☐ 100 feet in back of the vehicle in the on the traffic side of the vehicle.

C. ☐ 10 feet in back of the vehicle on the traffic side of the vehicle.

D. ☑ at all of the above locations.

30. Lighted flame-producing emergency signals, including fusees:

A. ☐ may not be used with vehicles carrying Class A or B explosives.

B. ☐ may not be used with tank vehicles, loaded or empty, which are used to carry flammable liquids or gas.

C. ☐ may not be used with any vehicle using compressed gas as a fuel.

D. ☑ may not be used with any of the above.

31. A driver is required to turn on vehicle lights:

A. ☐ from one-half hour before sunset to one-half hour before sunrise.

B. ☐ from one-half hour before sunset to sunrise.

C. ☑ from one-half hour after sunset to one-half hour before sunrise.

D. ☐ from sunset to one-half hour before sunrise.

32. When lights are required on the open highway, a driver shall use the high beam:

A. except when within 500 feet of an on-coming vehicle or a vehicle the driver is following.

B. except when within 400 feet of an on-coming vehicle or a vehicle the driver is following.

C. except when within 200 feet of an on-coming vehicle or a vehicle the driver is following.

D. except when within 100 feet of an on-coming vehicle or a vehicle the driver is following.

2

UPS 0019

33. When lights are required a driver may use lower beam lights:

A. ☑ when fog, dust or other such conditions exists.

B. ☐ when approaching tunnels or bridges.

C. ☐ when driving on one way highways.

D. ☐ when within 1,000 feet of business areas or where people live.

34. Every driver involved in an accident must follow the safety regulation procedures whenever an injury or death is involved or if:

A. ☐ the accident is caused by the driver and property damage of over $2,000 results.

B. ☐ property damage of over $2,000.00 results, no matter who is at fault.

C. ☐ property damage of over $100.00 results.

D. ☑ property damage of any kind results.

35. If a driver strikes a parked vehicle, the driver should first:

A. ☐ stop and call the local police.

B. ☐ stop and call the carrier.

C. ☑ stop and try to find the driver or owner of the parked vehicle.

D. ☐ stop and estimate the damage.

36. When a driver receives notice of license or permit revocation, suspension, or other withdrawal action, the driver must:

A. ☐ notify the carrier within 72 hours.

B. ☐ notify the carrier within one week.

C. ☑ notify the carrier before the end of the next business day.

D. ☐ take no action since the carrier will get a notice.

37. Except in emergencies, no driver shall allow a vehicle to be driven by any other person:

A. ☐ except by those the driver knows are capable.

B. ☐ except on roads with little or no traffic.

C. ☑ except by those allowed by the carrier to do it.

D. ☐ unless the driver goes along with the person driving.

38. A person may ride inside a vehicle's closed body or trailer:

A. ☐ only on short runs.

B. ☑ only if there is an easy way to get out from the inside.

C. ☐ only if the inside of the body or trailer is lighted.

D. ☐ only if there is no cargo in it.

39. If carbon-monoxide is inside a vehicle or if a mechanical problem may produce a carbon-monoxide danger, the vehicle:

A. ☐ may be sent out and driven so long as the windows are left open.

B. ☑ may not be sent out or driven.

C. ☐ may be sent out and driven only if the carrier decides the vehicle has to be used.

D. ☐ may be sent out and driven on short runs.

40. No motor vehicle shall be operated out of gear:

A. ☐ except when fuel must be saved.

B. ☐ except on hills which are less than 20 degrees.

C. ☑ except when it is necessary for stopping or shifting gears.

D. ☐ except when the vehicle's speed is under 25 miles per hour.

41. Under the Federal Motor Carrier Safety Regulations, no vehicle may be driven:

A. ☐ until a list of all missing or defective equipment has been prepared and given to the carrier.

B. ☐ until all missing equipment has been inspected and replacements for defective parts have been ordered.

C. ☐ unless all missing equipment is to be replaced no later than the end of the vehicle's next run.

D. ☑ until it meets all of the equipment requirements of the regulations.

42. Minimum requirements for lighting, reflecting and electrical equipment and devices on buses and trucks:

A. ☐ are set by the vehicle makers.

B. ☐ are set by the National Safety Council.

C. ☑ are specified in the safety regulations.

D. ☐ are set by the trucking associations.

43. Every motor vehicle which has a load sticking out over its sides must be specifically marked with flags and lamps. Additional flags and lamps must be added if the load or tailgate sticks out beyond the rear of the vehicle by more than:

A. ☐ 2 feet.

B. ☑ 4 feet.

C. ☐ 6 feet.

D. ☐ 8 feet.

44. Every vehicle shall have a parking brake system which will hold it, no matter what its load:

A. ☑ on any grade on which it is operated which is free from ice and snow.

B. ☐ on all grades under 15 degrees which are free from ice and snow.

C. ☐ on all grades under 20 degrees which are free from ice and snow.

D. ☐ on all grades under 25 degrees which are free from ice and snow.

45. A portable heater may not be used in any vehicle cab:

A. ☐ unless the heater is secured.

B. ☐ unless the heater is of the electric filament type.

C. ☑ at any time.

D. ☐ without approval from the carrier.

46. A driver is not generally allowed to drive for more than:

A. ☐ 6 hours following 6 straight hours off duty.

B. ☐ 8 hours following 8 straight hours off duty.

C. ☑ 10 hours following 8 straight hours off duty.

D. ☐ 12 hours following 8 straight hours off duty.

47. Most drivers of large vehicles are not allowed to drive:

A. ☐ after they have been on duty for 16 hours.

B. ☑ after they have been on duty for 15 hours.

C. ☐ after they have been on duty for 14 hours.

D. ☐ after they have been on duty for 12 hours.

48. Generally, a driver may not drive after being on duty more than:

A. ☐ 40 hours in any 7 straight days.

B. ☐ 50 hours in any 7 straight days.

C. ☑ 60 hours in any 7 straight days.

D. ☐ 70 hours in any 7 straight days.

49. When a driver is riding in a vehicle, but is not driving and has no other responsibility, such time shall be counted as:

A. ☐ on-duty time.

B. ☑ on-duty time unless the driver is allowed 8 straight hours off duty upon arrival at the destination.

C. ☐ on-duty time unless the driver is allowed 6 straight hours off duty upon arrival at the destination.

D. ☐ on-duty time unless the driver is allowed 4 straight hours off duty upon arrival at the destination.

50. Every driver must prepare an original and one copy of the driver's record of duty status which must be kept current by updating it:

A. ☑ every time a change of duty status is made.

B. ☐ every 24 hours.

C. ☐ every 8 hours.

D. ☐ at the end of each trip.

On-duty time is defined as:

A. ☐ All time from the time you start work until you are relieved from responsibility of performing work;

B. ☐ Performing any work in the employ of any motor carrier;

C. ☐ Performing any compensated work for any employer;

D. ☐ All of the above.

3

(OVER)

UPS 0020

51. Except for the name and main address of the carrier, all entries relating to the driver's record of duty status:

A. ☐ must be printed in ink or typed.

B. ☐ must be made by the carrier dispatcher.

C. ☐ must be made in front of a witness.

D. ☒ must be in the driver's handwriting.

52. Which of the following is not required to be put in a driver's record of duty status?

A. ☐ total miles driving today.

B. ☐ total hours in each duty status.

C. ☐ origin and destination.

D. ☒ month, day and year.

53. If an emergency delays a run which could normally have been completed within hours of service limits, the driver:

A. ☐ must still stop driving when the hours of service limits is reached.

B. ☐ may drive for 1 extra hour.

C. ☐ may drive for 2 extra hours.

D. ☒ may finish the run without being in violation.

54. A driver declared "Out of Service":

A. ☐ must take a road test before driving again.

B. ☐ must wait 72 hours before driving again.

C. ☐ must appeal to the Director of the Bureau of Motor Carrier Safety to drive again.

D. ☒ can drive again only after hours of service requirements are met.

55. If a vehicle on a trip is in a condition likely to cause an accident or breakdown:

A. ☐ the driver should report it at the end of the run so repairs can be made.

B. ☐ the driver should drive at lower speeds for the rest of the run.

C. ☒ the driver should stop immediately unless going on to the nearest repair shop is safer than stopping.

D. ☐ the driver should change the route so as to get away from heavily traveled roads.

56. If authorized Federal inspectors find a vehicle which is likely to cause an accident or breakdown:

A. ☐ it will be reported to the carrier for repair as soon as the vehicle is not scheduled.

B. ☐ it will be reported to the carrier for repair at the end of the trip.

C. ☒ it will be marked with an "Out of Service Vehicle" sticker and not driven until repairs are made.

D. ☐ the driver will be held responsible and declared "Out of Service."

57. If the driver personally makes repairs on an "Out of Service" vehicle:

A. ☐ the work must be approved by a mechanic.

B. ☒ the driver must complete and sign a "Certification of Repairman" form.

C. ☐ the work must be approved by a supervisor.

D. ☐ the work must be approved by a Federal inspector.

58. Department of Transportation regulations covering the driving and parking of vehicles containing hazardous materials:

A. ☐ replace State and local laws.

B. ☐ prevent States and cities from having their own laws.

C. ☒ must be obeyed even if State or local laws are less strict or disagree.

D. ☐ should not be obeyed if State or local laws disagree.

59. A vehicle which contains hazardous materials other than, Class A or B explosives must be attended at all times:

A. ☐ by the driver.

B. ☒ by the driver except when involved in other driver duties.

C. ☐ by the driver or a person chosen by the driver.

D. ☐ by the driver or a police officer.

60. A vehicle containing Class A or B explosives or other hazardous materials on a trip is "attended":

A. ☐ when the person in charge is anywhere within 100 feet of the vehicle.

B. ☐ as long as the driver can see the vehicle from 200 feet away.

C. ☒ when the person in charge is within 100 feet and has a clear view of the vehicle.

D. ☐ when the person in charge is resting in the berth.

61. Except for short periods when operations make it necessary, trucks carrying Class A or B explosives cannot be parked any closer to bridges, tunnels, buildings or crowds of people than:

A. ☐ 50 feet.

B. ☐ 100 feet.

C. ☐ 200 feet.

D. ☒ 300 feet.

62. Smoking or carrying a lighted cigarette, cigar or pipe near a vehicle which contains explosives, oxidizing or flammable materials is not allowed:

A. ☐ except in the closed cab of the vehicle.

B. ☐ except when the vehicle is moving.

C. ☒ except at a distance of 25 feet or more from the vehicle.

D. ☐ except when approved by the carrier.

63. When a vehicle containing hazardous material is being fueled:

A. ☐ no person may remain in the cab.

B. ☒ a person must be in control of the fueling process at the point where the fuel tank is filled.

C. ☐ the area within 50 feet of the vehicle must be cleared.

D. ☐ the person who controls the fueling process must wear special clothes.

64. If a vehicle carrying hazardous materials is equipped with dual tires on any axle, the driver must examine the tires:

A. ☐ at all fueling stops only.

B. ☐ only at the end of each day or tour of duty.

C. ☒ at the beginning of each trip and each time the vehicle is parked.

D. ☐ at the beginning of each trip only.

65. If a driver of a vehicle carrying hazardous materials finds a tire which is overheated, the driver must:

A. ☐ wait for the overheated tire to cool before going on.

B. ☐ remove and replace the overheated tire, store it on the vehicle and drive on.

C. ☒ remove the tire, place it a safe distance from the vehicle and not drive the vehicle until the cause of the overheating is fixed.

D. ☐ drive slowly to the nearest repair shop and have the cause of the overheating fixed.

66. When required, specified hazardous materials markings or signs must be placed:

A. ☐ wherever they can be seen clearly.

B. ☐ on the sides and rear of the vehicle.

C. ☒ on the front, rear and sides of the vehicle.

D. ☐ on the front and rear bumpers of the vehicle.

Examiner is to review each incorrect answer with the examinee giving him/her the correct answer. Examinee must then initial that question to indicate that review and understanding of the material.

EXAMINER _____    TOTAL CORRECT _____

4

UPS 0021


**United Parcel Service**

## CERTIFICATION OF WRITTEN EXAMINATION

This is to certify that the person whose signature appears below, has successfully completed the written examination under my supervision in accordance with the provisions of Sec. 391.35 of the Motor Carrier Safety Regulations.

_____
(Signature of person taking examination)

02/10/96
_____
(Date of examination)


_____
(Location of examination)


_____
(Signature of examiner)

_____
(Title)


UNITED PARCEL SERVICE – _____
(District Address)

---

## CERTIFICATION OF WRITTEN EXAMINATION

This is to certify that the person whose signature appears below, has successfully completed the written examination under my supervision in accordance with the provisions of Sec. 391.35 of the Motor Carrier Safety Regulations.

_____
(Signature of person taking examination)

06/08/63
_____
(Date of examination)


_____
(Signature of examiner)

_____
(Title)

016245 6-71 (2,100 Pads 12-87)

```
Page  1                          0246_0113260.TXT
                                             01/04/2005    RPT#: 2973
=============================================================================
D. A. C. S E R V I C E S .... M V R  R E P O R T ....
-----------------------------------------------------------------------------
STATE: ILLINOIS              D R I V E R    I N F O R M A T I O N
-----------------------------------------------------------------------------
ANDREU, JOSE                          REF: 0246
7831 W RASCHER
CHICAGO 60656 COUNTY:016               ID: 0113260
LICENSE: A53642063163                 GROUP: JAN2005ANNUALREVIEW
-----------------------------------------------------------------------------
DOB:06/08/63 SOC/SEC:           SEX:M HGT:5'05" WT:160 EYES:BRWN HAIR:BLCK

           D R I V E R    L I C E N S E    I N F O R M A T I O N
-----------------------------------------------------------------------------
CLASS              ISSUED   EXPIRES  STATUS
                                              RESTRICTIONS
-----------------------------------------------------------------------------
1-B                05/30/01 06/08/05 NO STOPS IN EFFECT

M I S C E L L A N E O U S / S T A T E    S P E C I F I C    I N F O R M A T I O N
-----------------------------------------------------------------------------
   CLASS: CDL-B=VEH>26,000 GVWR W/WO TOWED UNIT<10,001 GVWR
          LICTYP: 1=DRIVERS LICENSE
          ENDOR : H, P
  STATUS: NO STOPS IN EFFECT
   ENDOR: H=HAZMAT, P=PASSENGER
    MISC: CONTINUOUS LICENSE DATE 08/21/89

           D R I V I N G    R E C O R D    I N F O R M A T I O N
-----------------------------------------------------------------------------
TYPE V/S-DATE C/R-DATE  DESCRIPTION
                                                          V/C-CODE   PTS
-----------------------------------------------------------------------------
                        MVR RECORD CLEAR

-----------------------------------------------------------------------------
DAC RPT#:4-        DAC ACCT#:18651-046 DAC REF#:J6V046PYN2X0NONE      003
DMV DATE:01/04/05  DMV ACCT#:
=============================================================================
V/S-DATE=Violation/Suspension Date   C/R-DATE=Conviction/Reinstatement Date
```

UPS 0023

```
                          0246_359801956.TXT
Page  1                                    01/12/2004   RPT#: 1539
===============================================================================
D. A. C. S E R V I C E S .... M V R   R E P O R T ....
-------------------------------------------------------------------------------
STATE: ILLINOIS              D R I V E R   I N F O R M A T I O N
-------------------------------------------------------------------------------
ANDREU, JOSE                         REF: 0246
7831 W RASCHER
CHICAGO 60656 COUNTY:016             ID: 359801956
LICENSE: A53642063163             GROUP: UPS JAN 2004
-------------------------------------------------------------------------------
DOB:06/08/63 SOC/SEC:        SEX:M HGT:5'05" WT:160 EYES:BRWN HAIR:BLCK

          D R I V E R   L I C E N S E   I N F O R M A T I O N
-------------------------------------------------------------------------------
CLASS           ISSUED   EXPIRES  STATUS            RESTRICTIONS
-------------------------------------------------------------------------------
1-B             05/30/01 06/08/05

  M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A T I O N
-------------------------------------------------------------------------------
   CLASS: CDL-B=VEH>26,000 GVWR W/WO TOWED UNIT<10,001 GVWR
          LICTYP: 1=DRIVERS LICENSE
          ENDOR : H, P
    ENDOR: H=HAZMAT, P=PASSENGER
    MISC: CONTINUOUS LICENSE DATE 08/21/89

             D R I V I N G   R E C O R D   I N F O R M A T I O N
-------------------------------------------------------------------------------
TYPE V/S-DATE C/R-DATE  DESCRIPTION                      V/C-CODE  PTS
-------------------------------------------------------------------------------
                 MVR RECORD CLEAR

-------------------------------------------------------------------------------
DAC RPT#:12-      DAC ACCT#:18651-046 DAC REF#:J6V046NWAK95NONE    009
DMV DATE:01/12/04  DMV ACCT#:
===============================================================================
V/S-DATE=Violation/Suspension Date    C/R-DATE=Conviction/Reinstatement Date
```

UPS 0024

Page  1                                          01/31/2002    RPT#: 3444
==============================================================================
D. A. C. S E R V I C E S .... M V R   R E P O R T ....
------------------------------------------------------------------------------
STATE: ILLINOIS                D R I V E R   I N F O R M A T I O N
------------------------------------------------------------------------------
ANDREU, JOSE                          REF: 0246
7831 W RASCHER
CHICAGO 60656 COUNTY:016             ID: 359801956
LICENSE: A53642063163               GROUP:
------------------------------------------------------------------------------
DOB:06/08/63 SOC/SEC:         SEX:M HGT:5'05" WT:160 EYES:BRWN HAIR:BLCK

          D R I V E R   L I C E N S E   I N F O R M A T I O N
------------------------------------------------------------------------------
CLASS              ISSUED   EXPIRES  STATUS              RESTRICTIONS
------------------------------------------------------------------------------
1-B              05/30/01 06/08/05

M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A T I O N
------------------------------------------------------------------------------
   CLASS: CDL-B=VEH>26,000 GVWR W/WO TOWED UNIT<10,001 GVWR
          LICTYP: 1=DRIVERS LICENSE
          ENDOR : H, P
   ENDOR: H=HAZMAT, P=PASSENGER
    MISC: CONTINUOUS LICENSE DATE 08/21/89

          D R I V I N G   R E C O R D   I N F O R M A T I O N
------------------------------------------------------------------------------
TYPE V/S-DATE C/R-DATE  DESCRIPTION                   V/C-CODE   PTS
------------------------------------------------------------------------------
ACCI      01/29/99  ACCIDENT (PROPERTY DAMAGE)
                    REASON CODES:00004
                    ACCIDENT#:9040941


------------------------------------------------------------------------------
DAC RPT#:24-     DAC ACCT#:18651-046 DAC REF#:J6V046LQ242VNONE    023
DMV DATE:01/24/02  DMV ACCT#:50200
==============================================================================
V/S-DATE=Violation/Suspension Date    C/R-DATE=Conviction/Reinstatement Date

UPS 0025

```
                            0246_359801956.TXT
Page  1                                        01/29/2003    RPT#: 39344
================================================================================
D. A. C. S E R V I C E S .... M V R  R E P O R T ....
--------------------------------------------------------------------------------
STATE: ILLINOIS              D R I V E R   I N F O R M A T I O N
--------------------------------------------------------------------------------
ANDREU, JOSE                          REF: 0246
7831 W RASCHER
CHICAGO 60656 COUNTY:016              ID: 359801956
LICENSE: A53642063163                 GROUP: JAN202003
--------------------------------------------------------------------------------
DOB:06/08/63 SOC/SEC:           SEX:M HGT:5'05" WT:160 EYES:BRWN HAIR:BLCK

          D R I V E R   L I C E N S E   I N F O R M A T I O N
--------------------------------------------------------------------------------
CLASS                ISSUED   EXPIRES  STATUS            RESTRICTIONS
--------------------------------------------------------------------------------
1-B                  05/30/01 06/08/05

     M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A T I O N
--------------------------------------------------------------------------------
   CLASS: CDL-B=VEH>26,000 GVWR W/WO TOWED UNIT<10,001 GVWR
          LICTYP: 1=DRIVERS LICENSE
          ENDOR : H, P
   ENDOR: H=HAZMAT, P=PASSENGER
    MISC: CONTINUOUS LICENSE DATE 08/21/89

          D R I V I N G   R E C O R D   I N F O R M A T I O N
--------------------------------------------------------------------------------
TYPE V/S-DATE C/R-DATE  DESCRIPTION                      V/C-CODE   PTS
--------------------------------------------------------------------------------
ACC1          01/29/99  ACCIDENT (PROPERTY DAMAGE)
                        REASON CODES:00004
                        ACCIDENT#:9040941

--------------------------------------------------------------------------------
DAC RPT#:22-       DAC ACCT#:18651-046 DAC REF#:J6V046MTNMHANONE      021
DMV DATE:01/22/03  DMV ACCT#:50409
================================================================================
V/S-DATE=Violation/Suspension Date    C/R-DATE=Conviction/Reinstatement Date

   □
```

UPS 0026

```
Page  1                                               01/31/2002    RPT#: 3444
================================================================================
D. A. C. S E R V I C E S .... M V R  R E P O R T ....
--------------------------------------------------------------------------------
STATE: ILLINOIS            D R I V E R   I N F O R M A T I O N
--------------------------------------------------------------------------------
ANDREU, JOSE                      REF: 0246
7831 W RASCHER
CHICAGO 60656 COUNTY:016            ID: 359801956
LICENSE: A53642063163            GROUP:
--------------------------------------------------------------------------------
DOB:06/08/63 SOC/SEC:           SEX:M HGT:5'05" WT:160 EYES:BRWN HAIR:BLCK
--------------------------------------------------------------------------------
        D R I V E R   L I C E N S E   I N F O R M A T I O N
--------------------------------------------------------------------------------
CLASS              ISSUED   EXPIRES  STATUS
                                                       RESTRICTIONS
--------------------------------------------------------------------------------
1-B              05/30/01 06/08/05

M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A T I O N
--------------------------------------------------------------------------------
   CLASS: CDL~B=VEH>26,000 GVWR W/WO TOWED UNIT<10,001 GVWR
          LICTYP: 1=DRIVERS LICENSE
          ENDOR : H, P
   ENDOR: H=HAZMAT, P=PASSENGER
    MISC: CONTINUOUS LICENSE DATE 08/21/89

        D R I V I N G   R E C O R D   I N F O R M A T I O N
--------------------------------------------------------------------------------
TYPE V/S-DATE C/R-DATE  DESCRIPTION                     V/C-CODE   PTS
--------------------------------------------------------------------------------
ACCI         01/29/99   ACCIDENT (PROPERTY DAMAGE)
                        REASON CODES:00004
                        ACCIDENT#:9040941

--------------------------------------------------------------------------------
DAC RPT#:24-      DAC ACCT#:18651-046 DAC REF#:J6V046LQ242VNONE      023
DMV DATE:01/24/02  DMV ACCT#:50200
================================================================================
V/S-DATE=Violation/Suspension Date    C/R-DATE=Conviction/Reinstatement Date
```

UPS 0027

Page 1                                                    01/11/2001    RPT#: 63970
===========================================================================
D. A. C. S E R V I C E S .... M V R  R E P O R T ....
---------------------------------------------------------------------------
STATE: ILLINOIS               D R I V E R   I N F O R M A T I O N
---------------------------------------------------------------------------
ANDREU, JOSE                        REF: 0246
7831 W RASCHER
CHICAGO 60656 COUNTY:016             ID: 359801956
LICENSE: A53642063163            GROUP:
---------------------------------------------------------------------------
DOB:06/08/63 SOC/SEC:           SEX:M HGT:5'05" WT:160 EYES:BRWN HAIR:BLCK

          D R I V E R   L I C E N S E   I N F O R M A T I O N
---------------------------------------------------------------------------
CLASS            ISSUED   EXPIRES  STATUS
                                            RESTRICTIONS
---------------------------------------------------------------------------
1-B              06/02/97 06/08/01

M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A T I O N
---------------------------------------------------------------------------
   CLASS: CDL-B=VEH>26,000 GVWR W/WO TOWED UNIT<10,001 GVWR
          LICTYP: 1=DRIVERS LICENSE
          ENDOR : H, P
   ENDOR: H=HAZMAT, P=PASSENGER
    MISC: CONTINUOUS LICENSE DATE 08/21/89

          D R I V I N G   R E C O R D   I N F O R M A T I O N
---------------------------------------------------------------------------
TYPE V/S-DATE C/R-DATE  DESCRIPTION                       V/C-CODE   PTS
---------------------------------------------------------------------------
ACCI      01/29/99  ACCIDENT (PROPERTY DAMAGE)
                    REASON CODES:00004
                    ACCIDENT#:9040941


---------------------------------------------------------------------------
DAC RPT#:9-       DAC ACCT#:18651-046 DAC REF#:J6V046KKTZWFNONE    008
DMV DATE:01/09/01 DMV ACCT#:50200
===========================================================================
V/S-DATE=Violation/Suspension Date   C/R-DATE=Conviction/Reinstatement Date

UPS 0028

**UPS** United Parcel Service

## REFERENCE REQUEST TELEPHONE FOLLOW-UP

Date _9/13/96_

Company Contacted _Wells Fargo_    Person contacted _Joanne_

Telephone Number _847 952-0000_    Position or title _etc._

Enter below answers obtained to following questions:

1. Please verify the employment of _Jose Andrew_

   From _10-09_ To _present_

2. Social Security Number _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_

3. What was the nature of the work? _driver_

4. Did the person handle money or valuable merchandise?  ☐ Yes   ☐ No
   If yes, were the accounts kept in order?  ☐ Yes
   ☐ No

5. What was the person's attendance record? _____

6. How would you rate job performance?  ☐ Excellent   ☐ Good   ☐ Fair   ☐ Poor

   Comments? _____

7. How would you rate attitude? _____

8. What was the reason for leaving your employ?
   ☐ Laid off   ☐ Resigned   ☐ Discharged   ☐ Other _____

9. If a driver, did this person drive:  ☐ Locally   ☐ Over the Road

   Type of equipment _____

10. What was this person's accident experience? _____

11. Would you rehire?  ☐ Yes   ☐ No.

12. Do you have any other comments regarding this person? _Verified dates & position only_

Inquiry made by _____

01511214 7/92 (3250 PADS 9/95)



**United Parcel Service** 359 – 80 – 1956

## MOTOR VEHICLE DRIVER CERTIFICATION

Name  **ANDREU JOSE**

Address  **7831 W RASCHER**
Street        **CHICAGO**        **IL**    **60656**
City          State    Zip

Date of Birth  **6/8/1963**   Employee ID#  **0113260**

Driver's License Number  **A53642063163**

Class  **CDL  B**        Expiration Date  **6/8/2005**    State  **IL**

* I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months. This list includes all violations, in private and/or commercial vehicles, that I have had charged to me in that period

* I understand I must notify my supervisor the next business day if my driving privilege has been suspended, revoked, or cancelled, or if I have been disqualified from operating a commercial vehicle

| Date | Offense | Location | Type of Vehicle Operated |
|------|---------|----------|--------------------------|
| /  / | | | |
| /  / | | | |
| /  / | | | |
| /  / | | | |

NONE

I further understand that if I am qualified to operate feeder equipment for United Parcel Service, I must adhere to the following regulations

* I hold only one driver's license and that it was issued to me by my resident state. *

* I am obligated to inform both my supervisor and my resident state motor vehicle authority in writing within 30 days after a conviction of a state or local traffic law violation (excluding parking violations) or forfeiture of bond or collateral. This notification must contain my full name, license number, date of conviction, nature of violation, whether or not the violation was in a commercial vehicle, location of the offense, and my signature. If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months

Date  **01 / 14 / 05**   Driver _____
(Signature)

United Parcel Service  **NO IL 150 S. Lombard Rd.**        **Addison, IL. 60101**
(Depot)        (Address)

Reviewed by  _Fred Behr_    **1/21/05**    Title  **Safety Manager**
(Signature)        (Date)

(Complies with Section 391 25 D O T regulations titled—Annual Review of Driving Record and Motor Vehicle Safety Act of 1986 )

## FORWARD IMMEDIATELY TO HUMAN RESOURCES DEPARTMENT FOR VERIFICATION

*Virginia and Florida still require a supplemental license for non-residents employed in that state

016205 8/87 (350 PADS 9/94)        PKG 6050        030101

UPS 0030

 **United Parcel Service**

MOTOR VEHICLE DRIVER CERTIFICATION

Name _Jose Andreu_

Address _1831_ _W Roscher Chicago_ _IL_ _60656_
     Street          City        State        Zip Code

Date of Birth _06 108163_   Soc Sec No _359 80 1986_

Driver's License Number _A636-4206-3163_

Class _BCDL  B_   Expiration Date _06 108105_   State _IL_

- I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months  This list includes all violations, in private and/or commercial vehicles, that I have had charged to me in that period
- I understand I must notify my supervisor the next business day if my driving privilege has been suspended, revoked, or cancelled, or if I have been disqualified from operating a commercial vehicle

| Date | Offense | Location | Type of Vehicle Operated |
|------|---------|----------|--------------------------|
| / / | None | N | |
| / / | | | |
| / / | | | |
| / / | | | |

I further understand that if I am qualified to operate feeder equipment for United Parcel Service, I must adhere to the following regulations

- I hold only one driver's license and that it was issued to me by my resident state,
- I am obligated to inform both my supervisor and my resident state motor vehicle authority in writing within 30 days after a conviction of a state or local traffic law violation (excluding parking violations) or forfeiture of bond or collateral  This notification must contain my full name, license number, date of conviction, nature of violation, whether or not the violation was in a commercial vehicle, location of the offense, and my signature  If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months

Date _04 27 04_   Driver • _[signature]_
                        (Signature)

_North Illinois_   _1750 S Loomis Rd Address, IL 60101_
  (State)              (Address)

Reviewed by _Mark Bichara_   _4 29 04_   Title _Health & Safety Mgr_
       (Signature)       (Date)

(Complies with Section 391 25 D O T regulations titled--Annual Review of Driving Record and Motor Vehicle Safety Act of 1986 )

FORWARD IMMEDIATELY TO HUMAN RESOURCES DEPARTMENT FOR VERIFICATION

Virginia and Florida still require a supplemental license for non-residents employed in that state

016205 8/87 (350 PADS 9/94)

039101

UPS 0031

**UPS** United Parcel Service

### MOTOR VEHICLE DRIVER CERTIFICATION

Name _JOSE ANDREU_

Address _7831 W BOGINER_ _CHICAGO_ _IL_ _60656_
Street / City / State / Zip Code

Date of Birth _06 108163_    Soc Sec No _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_

Driver's License Number _A536-4206-3163_

Class _B_    Expiration Date _06 06 05_    State _IL_

- I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months. This list includes all violations, in private and/or commercial vehicles, that I have had charged to me in that period
- I understand I must notify my supervisor the next business day if my driving privilege has been suspended, revoked, or cancelled, or if I have been disqualified from operating a commercial vehicle

| Date | Offense | Location | Type of Vehicle Operated |
|------|---------|----------|--------------------------|
| / / | NONE | | |
| / / | | | |
| / / | | | |
| / / | | | |

I further understand that if I am qualified to operate feeder equipment for United Parcel Service, I must adhere to the following regulations
- I hold only one driver's license and that it was issued to me by my resident state.*
- I am obligated to inform both my supervisor and my resident state motor vehicle authority in writing within 30 days after a conviction of a state or local traffic law violation (excluding parking violations) or forfeiture of bond or collateral. This notification must contain my full name, license number, date of conviction, nature of violation, whether or not the violation was in a commercial vehicle, location of the offense, and my signature. If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months

Dated _06 04_    Driver X _Jose Andreu_
(Signature)

_NORTH ILLINOIS_    _150 S. LOMBARD RD ADDISON IL 60101_
(District) / (Address)

Reviewed by _Frank Beckering_    _3 15 04_    Title _HEALTH + SAFETY MGR_
(Signature) / (Date)

(Complies with Section 391 25 D O T regulations titled—Annual Review of Driving Record and Motor Vehicle Safety Act of 1986 )

**FORWARD IMMEDIATELY TO HUMAN RESOURCES DEPARTMENT FOR VERIFICATION**

*Virginia and Florida still require a supplemental license for non-residents employed in that state

016205 8/87 (350 PADS 9/94)                    030101

**UPS 0032**

6050

 **United Parcel Service**

### MOTOR VEHICLE DRIVER CERTIFICATION

Name _Jose Andrew_

Address _7831 W Rascher    Chicago    IL    60656_
               Street              City         State         Zip Code

Date of Birth _06 10 863_   Soc Sec No _059-80 1956_

Driver's License Number _A636 4206 3163_

Class _CDL B_          Expiration Date _06 08 05_   State _IL_

- I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months  This list includes all violations, in private and/or commercial vehicles, that I have had charged to me in that period
- I understand I must notify my supervisor the next business day if my driving privilege has been suspended, revoked, or cancelled, or if I have been disqualified from operating a commercial vehicle

| Date | Offense | Location | Type of Vehicle Operated |
|------|---------|----------|--------------------------|
| /  / |         |          |                          |
| /  / |         |          |                          |
| /  / |         |          |                          |

I further understand that if I am qualified to operate feeder equipment for United Parcel Service, I must adhere to the following regulations

- I hold only one driver's license and that it was issued to me by my resident state.*
- I am obligated to inform both my supervisor and my resident state motor vehicle authority in writing within 30 days after a conviction of a state or local traffic law violation (excluding parking violations) or forfeiture of bond or collateral  This notification must contain my full name, license number, date of conviction, nature of violation, whether or not the violation was in a commercial vehicle, location of the offense, and my signature  If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months

Date _4 1 04_    Driver _Jose Andrew_
                                    (Signature)

_North Illinois    1800 S Lombard Rd Addison IL 60101_
      (Branch)                      (Address)

Reviewed by _Marta Lecheln_    _4 2 04_    Title _Health & Safety Mgr_
                      (Signature)                    (Date)

(Complies with Section 391 25 D O T  regulations titled—Annual Review of Driving Record and Motor Vehicle Safety Act of 1986 )

**FORWARD IMMEDIATELY TO HUMAN RESOURCES DEPARTMENT FOR VERIFICATION**

*Virginia and Florida still require a supplemental license for non-residents employed in that state

016205 8/87 (350 PADS 9/94)                                     030101

UPS 0033

 **United Parcel Service**

## MOTOR VEHICLE DRIVER CERTIFICATION

Name *Jose Andeeu*

Address *7831 W Rascher Chicago IL 60651*

Date of Birth *06.08.63* Soc. Sec. No. *359 801956*

Driver's License: Number *A536-4206-3163*

Class *CDL - C* Expiration Date *06.08.97* State *IL*

* I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months. This list includes all violations, in private and/or commercial vehicles, that I have had charged to me in that period.
* I understand I must notify my supervisor the next business day if my driving privilege has been suspended, revoked, or cancelled, or if I have been disqualified from operating a commercial vehicle.

| Date | Offense | Location | Type of Vehicle Operated |
|------|---------|----------|--------------------------|
| / / | | | |
| / / | | | |
| / / | | | |
| / / | | | |

I further understand that if I am qualified to operate feeder equipment for United Parcel Service, I must adhere to the following regulations:
* I hold only one driver's license and that it was issued to me by my resident state;*
* I am obligated to inform both my supervisor and my resident state motor vehicle authority in writing within 30 days after a conviction of a state or local traffic law violation (excluding parking violations) or forfeiture of bond or collateral. This notification must contain my full name, license number, date of conviction, nature of violation, whether or not the violation was in a commercial vehicle, location of the offense, and my signature.

If no violations are listed above, I certify that I have not been convicted or forfeited bond or collateral on account of any violation required to be listed during the past 12 months.

Date *10.02.94* Driver _____(Signature)_____

UNITED PARCEL SERVICE—
(Date) (Address)

Reviewed By: _____(Signature)_____ / / Title: _____
(Date)

(Complies with Section 391.25 D.O.T. regulations titled—Annual Review of Driving Record and Motor Vehicle Safety Act of 1986.)
FORWARD IMMEDIATELY TO PERSONNEL DEPARTMENT FOR VERIFICATION.

*Virginia and Florida still require a supplemental license for non-residents employed in that state.

016205 8/87 (1350 Pads 3/94)

A536-4206-3163-0 AB279
06 13 03

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE, THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVER'S LICENSE FILE OF THE PERSON IDENTIFIED ABOVE

A536-4206-3163-0

JOSE ANDREU
7831 W RASCHER
CHICAGO 60656

| SEX | HEIGHT | WEIGHT | HAIR | EYES |
|-----|--------|--------|------|------|
| M | 5 05 | 160 | BLK | BRN |

| ISSUE DATE | EXPIR DATE | CERTIFICATE |
| 08 21 89 | 05 30 01 | 06 08 6 |

| RESTRICTIONS | ENDORSEMENTS | CLASS | REST/DISLTR |
| NONE | REP | B | 1 | YI |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO | TERMINATION DATE OF ACTION |
| * END OF RECORD * | | | | | |

This is to certify that this is the best of my knowledge, that the information contained in this driver's license number, and records, that all statutory notices required as to a result of any driver control actions taken property given.

Jesse White

02/14/00
SSN: 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

Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)



A838-4206-3163-0  A8314
10 08 96

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS
FURNISHED FROM THE DRIVERS LICENSE FILE OF THE PERSON IDENTIFIED ABOVE.

A838-4206-3163-0

JOSE  ANDREU
7831 W RASCHER
CHICAGO 60656

| | | | | | CONT. LIC. DATE | | ISSUE DATE | | BIRTH DATE | |
| | | | | | 08 | 21 | 89 | 05 | 04 | 96 | 06 | 08 | 63 |

| SEX | HEIGHT | WEIGHT | HAIR | EYES | D.E. | COR. | T.E. | CLASS | ENDORS | RESTRICTION | EXPIRATION DATE | |
| M | 5 05 | 135 | BLK | BRN | | Y | 3 | C | * | D** | L******* | 06 08 97 |

| TYPE OF ACTION | DATE OF ARREST | EFFECTIVE DATE OF ACTION | DESCRIPTION OF ACTION | ACCIDENT OR TICKET NO. | TERMINATION DATE OF ACTION | STOP IN EFFECT |
|---|---|---|---|---|---|---|
| | | NO CONVICTIONS ON RECORD | | | | |
| | | * END OF RECORD * | | | | |

*George H Ryan*
Secretary of State

(SEE REVERSE FOR EXPLANATION OF CODES AND COLUMN HEADINGS)

UPS 0036



**United Parcel Service**  100 South Lombard Rd., Addison, IL 60101
(708) 628-3737

Dear Sir:

We the Consolidated Employment Department are considering for employment the person named below for a position with our company. We shall appreciate your help by informing us of any criminal record he/she may have in your area.

Department of Transportation, Motor Carrier Safety Regulations, Section 391.15 require that we, as a carrier, determine if the employee has any felony convictions, or has been involved in the illegal sale and use of alcohol, drugs, or narcotics that may tend to demonstrate his/her unfitness to drive a vehicle in interstate commerce.

All information will be held in strictest confidence for our own use and benefit, without prejudice or liability on our part. A stamped, self-addressed envelope is enclosed for your convenience.

Respectfully,

United Parcel Service

*Juan E. Chavez*

Juan Chavez
Human Resources Manager
North IL District

I hereby authorize the Police and/or Sheriff's Department for the county of _Cook_ to furnish United Parcel Service, Inc. all information regarding convictions that may be contained in my records and do hereby release the Police and/or Sheriff's Department referenced above and all individuals connected therewith from all liability for any damage whatsoever incurred in furnishing such information.

### PLEASE PRINT

Name: _Jose Andrew_  Maiden Name: _Carrasco_

Present Address, City, Zip: _7831 W Rascher    Chicago    IL  60656_

Place of Birth, City, State: _Mexico    GRO_  Sex: _M_

Social Security No.: _359 80 1956_  Height: _5-5_  Weight: _160_

Driver's License No.: _A536-4206-3163_

Date: _09-10-96_  Signature: _Jose Andrew_

### FELONY CONVICTIONS

| DATE | NAME | CHARGE | DISPOSITION |
|------|------|--------|-------------|
|      |      |        |             |
|      |      |        |             |
|      |      |        |             |

FOR OFFICE USE ONLY
DOB: _6-8-63_
Date of offer: _9-11-96_
By: _M.Q. Carreon_

UPS 0037

Job Data

| Work Location | Job Information | Job Labor | Salary Plan | Physical Exam |

ANDREU,JOSE                         Employee                    EmplID:  0113260

**Physical Exam Data**

Find | View All        First ◀ 1 of 1 ▶ Last

| | |
|---|---|
| *Exam Date: | 01/01/1907 📅 |
| Next Exam: | 04/13/2006 📅 |
| Physician ID: | 🔍 |
| Country: | USA 🔍  United States |
| Address: | |

*Exam Type: DOT - Department of Transport

Waiver: ☐ 🔍

Edit Address

Phone: [        ]

---

[ Save ]  [ Return to Search ]  [ Notify ]  [ Previous tab ]  [ Next tab ]

Work Location | Job Information | Job Labor | Salary Plan | Physical Exam

**UPS 0038**

Personal Data

Page 1 of 1

| Name History | **Address History** | Personal History | Identity/Diversity |

ANDREU,JOSE                         Employee                    **EmplID:** 0113260



**Address Type**

   **Address Type:**   HOME

**Address History**

                                           Find | View All    First ◄ 1 of 1 ► Last

   **\*Effective Date:**  03/10/2000    **\*Status:**    Active

   Country:     USA    United States

   Address:    7831 W RASCHER

                CHICAGO, IL 60656        Edit Address

**Phones**

**\*Phone Type**         **Telephone**                       Customize | Find |    First ◄ 1 of 1 ► Last

Main             312/631-2306

**Email Addresses**

**\*Email Type**        **\*Email Address**                    Customize | Find |    First ◄ 1 of 1 ► Last

   Save      Return to Search      Notify      Previous tab      Next tab      Refresh

Name History | Address History | Personal History | Identity/Diversity

**UPS 0039**

Personal Data

| Name History | Address History | Personal History | Identity/Diversity |

ANDREU,JOSE          Employee          **EmplID:** 0113260

**Personal Data**

Find | View All    First ◄ 1 of 1 ► Last

**\*Effective Date:** 03/10/2000

**\*Gender:** Male

**Alternate Employee ID:**

**\*Highest Education Level:** A-Not Indicated     ☐ Student?

**Language Code:** English

**\*Marital Status:** Married        As of:

                ☐ Smoker    As of:

► 🏳 USA

[ 💾 Save ]   [ 🔍 Return to Search ]   [ 📋 Notify ]   [ 🔙 Previous tab ]   [ 🔜 Next tab ]   [ 🔄 Refresh ]

Name History | Address History | Personal History | Identity/Diversity

**UPS 0040**



Name History | Address History | Personal History | Identity/Diversity

ANDREU,JOSE                              Employee                    EmplID:  0113260

Date of Birth:   06/08/1963                      Birth Country:

Age:         Years    42    Months    8

Date of Death:                              Birth Location:

                              Waive Data Protection

Original Hire Date:   09/18/1996           Non-Employee Start Date:

**Referral Source**                                    Find | View All    First ◄ 1 of 1 ► Last

Effective Date:          02/17/2006

Referral Source:         Unknown        Referral Source Detail:

Employee Referral ID:

Specific Referral Source:                    Applicant is a family member
                                             Previously Employed by Company

**National ID**                              Customize | Find | View All |     First ◄ 1 of 1 ► Last
**Country**     **National ID Type**   **Description**          **National ID**          **Primary ID**
USA             PR                     Social Security Number   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

► 🇺🇸 USA



Name History | Address History | Personal History | Identity/Diversity

UPS 0041




**Exhibit 10**

**Jose Andreu UPS Payroll History Report, UPS 0674 - 0705**

TEST

```
Sent using CRESTPOINT SERVICES RViewer    Report Viewing System (Ver 1.6.0.0)
Copyright 1998-2005, Crestpoint Services, Dallas,Texas
   N845SPEC RUN DATE: 05/30/2007 RUN TIME: 20:06:00        UNITED PARCEL SERVICE
   0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
                                                           N845SPEC ERROR MSG REPORT


     EMPLOYEE        USER        MESSAGE  MESSAGE
     ID. NO.      REFERENCE      NUMBER   SEVERITY      - - - - - - - - - - M E S S A G E   T E X T - - -

                                98-462   INFORMATIONAL  UPS - SUCCESSFUL CREATION OF SPEC CARDS FOR PAYROLL HI:

 n
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01        UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                        PAYROLL HISTORY REPORT


  359801956  ANDREU,  JOSE             * OPERATION TYPE: PKG      PACKAGE OPERATIONS
  ****************************************  ACTIVE       FULL-TIME     UNION-       BU-
                                     BUILDING: 6050 HOME CENTER: 6050    SORT TYPE CODE:      SUPERV.
             UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0       U
        STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:      780.88   TOTAL GRS:    1,027.65    FWT GRS:     1,027.65   FICA C/QPP GR:
A  2004 4Y MEDICARE GRS:   1,027.65   ST/QWT GRS:   1,027.65    RTR GRS:    1,027.65       FUT GR:
 12/31/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

                                     SCHED: 053 END 12/25/04 W1

      NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 071000013  ACCOUNT: 1110022333988.    TYPE

             020  FICA              63.72      036  FICA MEDICARE      14.90    022  FEDER
             025  ST TAX-XX         30.83      251  UNIONDUE            0.00  0 069  DESP.
             067  FICA CONTRIB      63.72    C 068  MEDCARE CONTRI     14.90  C
                                          ---------PAY----------------F-S FL  TIME      PERI
                           0300         HOL-HOLIDAY            136.00 1 1     8.00  12/25.
                           0300         QTD-OVERTIME          221.85 1 1      8.70  12/25
                           0300         REG-REGULAR           669.80 1 1     39.40  12/25
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01        UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                        PAYROLL HISTORY REPORT


  359801956  ANDREU,  JOSE             * OPERATION TYPE: PKG      PACKAGE OPERATIONS
  ****************************************  ACTIVE       FULL-TIME     UNION-       BU-
                                     BUILDING: 6050 HOME CENTER: 6050    SORT TYPE CODE:     SUPERV:
             UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0      U
        STOCK UNITS PURCHASED:    .0   401K PRCNT:   0
CUR PAYMENT    NET PAY:      726.06   TOTAL GRS:     964.58    FWT GRS:      964.58   FICA C/QPP GR:
A  1955 4Y MEDICARE GRS:     964.58   ST/QWT GRS:     964.58    RTR GRS:     964.58       FUT GR:
 12/24/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

                                     SCHED: 052 END 12/18/04 W1

      NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 071000013  ACCOUNT: 1110022333988    TYPE

             020  FICA              59.80      036  FICA MEDICARE      13.99    022  FEDE
             025  ST TAX-XX         28.94      251  UNIONDUE            7.93  0 069  DESP:
             067  FICA CONTRIB      59.80    C 068  MEDCARE CONTRI     13.99  C
                                          -----------PAY------------------F-S FL  TIME      PERI
                           0300         QTD-OVERTIME          284.58 1 1    11.16  12/18.
                           0300         REG-REGULAR           680.00 1 1    40.00  12/18
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01        UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                        PAYROLL HISTORY REPORT
```

**UPS 0674**

```
  359801956  ANDREU,  JOSE             * OPERATION TYPE: PKG      PACKAGE OPERATIONS
  ****************************************  ACTIVE       FULL-TIME     UNION-       BU-
                                     BUILDING: 6050 HOME CENTER: 6050    SORT TYPE CODE:      SUPERV.
             UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0       U
        STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:      646.06   TOTAL GRS:     856.97    FWT GRS:      856.97   FICA C/QPP CR:
A  1862 4Y MEDICARE GRS:     856.97   ST/QWT GRS:     856.97    RTR GRS:     856.97       FUT GR:
```



TEST

```
12/17/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                       SCHED: 051 END 12/11/04 W1

         NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:    TRANSIT: 071000013  ACCOUNT: 1110022333988    TYPE
                        020  FICA              53.13        036  FICA MEDICARE      12.42    022  FEDE
                        025  ST TAX-XX         25.71        251  UNIONDUE            7.93  O 069  DESP
                        067  FICA CONTRIB      53.13      C 068  MEDCARE CONTRI     12.42    C
                                                       --------PAY----------------F-S FL  TIME    PERI
                                          0300       OTD-OVERTIME        176.97  1 1       6.94  12/11
                                          0300       REG-REGULAR         680.00  1 1      40.00  12/11
         PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
         0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
         REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT


         359801956  ANDREU,  JOSE               *  OPERATION TYPE: PKG       PACKAGE OPERATIONS
         ***********************************      ACTIVE      FULL-TIME     UNION-          BU-
                                             BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:       SUPERV
                      UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0          U
              STOCK UNITS PURCHASED:    0   401K PRCNT:   0
         CUR PAYMENT    NET PAY:     713.17  TOTAL GRS:      947.24  FWT GRS:      947.24  FICA C/QPP GR
         A   1848 4Y MEDICARE GRS:    947.24 ST/QWT GRS:     947.24  RTR GRS:      947.24  FUT GR
         12/10/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                       SCHED: 050 END 12/04/04 W1

         NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:    TRANSIT: 071000013  ACCOUNT: 1110022333988    TYPE
                        020  FICA              58.73        036  FICA MEDICARE      13.73    022  FEDE
                        025  ST TAX-XX         28.42        251  UNIONDUE            7.93  O 069  DESP
                        067  FICA CONTRIB      58.73      C 068  MEDCARE CONTRI     13.73    C
                                                       --------PAY----------------F-S FL  TIME    PERI
                                          0300       OTD-OVERTIME        267.24  1 1      10.48  12/04
                                          0300       REG-REGULAR         680.00  1 1      40.00  12/04
         BALANCE ADJUSTMENTS      200D UNITED WAY'07    30.00       200G UNITED WAY'07    30.00U
         PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
         0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
         REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT


         359801956  ANDREU,  JOSE               *  OPERATION TYPE: PKG       PACKAGE OPERATIONS
         ***********************************      ACTIVE      FULL-TIME     UNION-          BU-
                                             BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:       SUPERV
                      UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0          U
              STOCK UNITS PURCHASED:    0   401K PRCNT:   0
         CUR PAYMENT    NET PAY:     273.48  TOTAL GRS:      425.00  FWT GRS:      425.00  FICA C/QPP GR
         C   515871 4Y MEDICARE GRS:  425.00 ST/QWT GRS:     425.00  RTR GRS:      425.00  FUT GR
         12/13/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                       SCHED: 917 END 12/04/04 XX

         NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:
                        004  BFTAX FLEX       0.00  O   172  FLEX CREDITS        0.00  O   177  HCSA
                        178  C/ECSA           0.00  O   020  FICA               26.35        036  FICA
                        022  FEDERAL TAX    106.25        025  ST TAX-XX          12.75        192  W/AS
                        194  W/ASSIGNMENT 3   0.00  O   196  W/ASSIGNMENT 4      0.00  O   161  A/R
                        162  A/R MONTHLY      0.00  O   150  INIT FEE-####       0.00  O   151  UNIO
                        251  UNIONDUE         0.00  O   023  ADL FED TAX         0.00  O   026  ADL :
                        072  AFTAX FLEX       0.00  O   005  PERSONAL INS        0.00  O   153  DRIV
                        154  UNITED WAY '06   0.00  O   176  UPSPAC CONTRIB      0.00  O   191  W/AS:
                        193  W/ASSIGN FEE 2   0.00  O   195  W/ASSIGN FEE 3      0.00  O   197  W/AS:
                        067  FICA CONTRIB    26.35      C 068  MEDCARE CONTRI      6.17    C
                                                       --------PAY----------------F-S FL  TIME    PERI
           2181800246 PKG6050  8                0300  OPP-OPWKPAYOFF       425.00  2 2       N/A  12/04
         PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
         0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
         REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT
```

**UPS 0675**

```
         359801956  ANDREU,  JOSE               *  OPERATION TYPE: PKG       PACKAGE OPERATIONS
         ***********************************      ACTIVE      FULL-TIME     UNION-          BU-
                                             BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:       SUPERV
                      UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0          U
              STOCK UNITS PURCHASED:    0   401K PRCNT:   0
         CUR PAYMENT    NET PAY:     670.13  TOTAL GRS:      889.36  FWT GRS:      889.36  FICA C/QPP GR
         A   1772 4Y MEDICARE GRS:    889.36 ST/QWT GRS:     889.36  RTR GRS:      889.36  FUT GR
```

TEST

12/03/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

SCHED: 049 END 11/27/04 W1

NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE

| | | | | | | |
|---|---|---|---|---|---|---|
| 020 FICA | 55.14 | 036 | FICA MEDICARE | 12.90 | 022 | FEDE |
| 025 ST TAX-XX | 28.68 | 251 | UNIONDUE | 7.93 O | 069 | DESP |
| 067 FICA CONTRB | 55.14 | C 068 | MEDCARE CONTRI | 12.90 | C | |

```
                                    ---------PAY----------------F-S FL  TIME      PERI
                        0300        HOL-HOLIDAY           272.00 1 1    16.00  11/27
                        0300        OTD-OVERTIME          209.36 1 1     8.21  11/27
                        0300        REG-REGULAR           408.00 1 1    24.00  11/27
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT
```

359801956  ANDREU, JOSE              * OPERATION TYPE: PKG    PACKAGE OPERATIONS
**********************************        ACTIVE      FULL-TIME    UNION-    BU-
                                    BUILDING: 6050  HOME CENTER: 6050  SORT TYPE CODE:    SUPERV
                  UPS EMPL TYPE: F  FULL / PART: F  UNION LOCAL: 0705  UNION SUB LOCAL: 0         U
         STOCK UNITS PURCHASED:     0  401K PRCNT:  0
CUR PAYMENT    NET PAY:    778.25  TOTAL GRS:    1,042.36   FWT GRS:    1,042.36   FICA C/QPP GR:
A   1732 4Y MEDICARE GRS:    1,042.36  ST/QWT GRS:    1,042.36   RTR GRS:    1,042.36      FUT GR:
11/26/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

SCHED: 048 END 11/20/04 w1

NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE

| | | | | | | |
|---|---|---|---|---|---|---|
| 020 FICA | 64.63 | 036 | FICA MEDICARE | 15.11 | 022 | FEDE |
| 025 ST TAX-XX | 31.27 | 251 | UNIONDUE | 13.57 O | 069 | DESP |
| 067 FICA CONTRB | 64.63 | C 068 | MEDCARE CONTRI | 15.11 | C | |

```
                                    ---------PAY----------------F-S FL  TIME      PERI
                        0300        OTD-OVERTIME          310.59 1 1   12.18  11/20
                        0300        PIB-PROD BONUS         51.77 1 1    2.03  11/20
                        0300        REG-REGULAR           680.00 1 1   40.00  11/20
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT
```

359801956  ANDREU, JOSE              * OPERATION TYPE: PKG    PACKAGE OPERATIONS
**********************************        ACTIVE      FULL-TIME    UNION-    BU-
                                    BUILDING: 6050  HOME CENTER: 6050  SORT TYPE CODE:    SUPERV
                  UPS EMPL TYPE: F  FULL / PART: F  UNION LOCAL: 0705  UNION SUB LOCAL: 0         U
         STOCK UNITS PURCHASED:     0  401K PRCNT:  0
CUR PAYMENT    NET PAY:    633.90  TOTAL GRS:     848.22   FWT GRS:     848.22   FICA C/QPP GR:
A   1861 4Y MEDICARE GRS:    848.22  ST/QWT GRS:     848.22   RTR GRS:     848.22      FUT GR:
11/19/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

SCHED: 047 END 11/13/04 w1

NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE

| | | | | | | |
|---|---|---|---|---|---|---|
| 020 FICA | 52.59 | 036 | FICA MEDICARE | 12.30 | 022 | FEDE |
| 025 ST TAX-XX | 25.45 | 251 | UNIONDUE | 13.57 O | 069 | DESP |
| 067 FICA CONTRB | 52.59 | C 068 | MEDCARE CONTRI | 12.30 | C | |

```
                                    ---------PAY------ -----F-S FL  TIME      PERI
                        0300        OTD-OVERTIME          230.27 1 1    9.03  11/13
                        0300        REG-REGULAR           617.95 1 1   36.35  11/13
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT
```

359801956  ANDREU, JOSE              * OPERATION TYPE: PKG    PACKAGE OPERATIONS
**********************************        ACTIVE      FULL-TIME    UNION-    BU-
                                    BUILDING: 6050  HOME CENTER: 6050  SORT TYPE CODE:    SUPERV
                  UPS EMPL TYPE: F  FULL / PART: F  UNION LOCAL: 0705  UNION SUB LOCAL: 0         U
         STOCK UNITS PURCHASED:     0  401K PRCNT:  0
CUR PAYMENT    NET PAY:    623.35  TOTAL GRS:     834.02   FWT GRS:     834.02   FICA C/QPP GR:
A   1819 4Y MEDICARE GRS:    834.02  ST/QWT GRS:     834.02   RTR GRS:     834.02      FUT GR:
11/12/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

SCHED: 046 END 11/06/04 W1

NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE

UPS 0676

TEST                                                                    Page 4 of 18

```
        020  FICA              51.71    036  FICA MEDICARE      12.09      022  FEDE
        025  ST TAX-XX         25.02    251  UNIONDUE           13.57  O   069  DESP
        067  FICA CONTRIB      51.71  C 068  MEDCARE CONTRI     12.09  C
                                      ---------PAY------------------F-S FL  TIME      PERI
                              0300     OTD-OVERTIME            154.02  1 1    6.04  11/06
                              0300     REG-REGULAR             680.00  1 1   40.00  11/06
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*********************************     ACTIVE       FULL-TIME      UNION-      BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV
          UPS EMPL TYPE: F    FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0          U
          STOCK UNITS PURCHASED:   0   401K PRCNT:  0
CUR PAYMENT    NET PAY:    761.37   TOTAL GRS:    1,019.66   FWT GRS:    1,019.66  FICA C/QPP GR
A   1781 4Y MEDICARE GRS:  1,019.66  ST/QWT GRS:  1,019.66   RTR GRS:   1,019.66         FUT GR
11/05/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 045 END 10/30/04 W1

       NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:      TRANSIT: 071000013  ACCOUNT: 1110022333988    TYPE

        020  FICA              63.22    036  FICA MEDICARE      14.79      022  FEDE
        025  ST TAX-XX         30.59    251  UNIONDUE           13.57  O   069  DESP
        067  FICA CONTRIB      63.22  C 068  MEDCARE CONTRI     14.79  C
                                      ---------PAY------------------F-S FL  TIME      PERI
                              0300     OTD-OVERTIME            339.66  1 1   13.32  10/30
                              0300     REG-REGULAR             680.00  1 1   40.00  10/30
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*********************************     ACTIVE       FULL-TIME      UNION-      BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV
          UPS EMPL TYPE: F    FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0          U
          STOCK UNITS PURCHASED:   0   401K PRCNT:  0
CUR PAYMENT    NET PAY:    570.98   TOTAL GRS:    760.50   FWT GRS:    760.50  FICA C/QPP GR
A   1742 4Y MEDICARE GRS:  760.50  ST/QWT GRS:   760.50   RTR GRS:    760.50         FUT GR
10/29/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 044 END 10/23/04 W1

       NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:      TRANSIT: 071000013  ACCOUNT: 1110022333988    TYPE

        020  FICA              47.15    036  FICA MEDICARE      11.02      022  FEDE
        025  ST TAX-XX         22.82    251  UNIONDUE           11.28  O   069  DESP
        067  FICA CONTRIB      47.15  C 068  MEDCARE CONTRI     11.02  C
                                      ---------PAY------------------F-S FL  TIME      PERI
                              0300     OTD-OVERTIME            216.50  1 1    8.49  10/23
                              0300     REG-REGULAR             544.00  1 1   32.00  10/23
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*********************************     ACTIVE       FULL-TIME      UNION-      BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV
          UPS EMPL TYPE: F    FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0          U
          STOCK UNITS PURCHASED:   0   401K PRCNT:  0
CUR PAYMENT    NET PAY:    672.64   TOTAL GRS:    897.26   FWT GRS:    897.26  FICA C/QPP GR
A   1781 4Y MEDICARE GRS:  897.26  ST/QWT GRS:   897.26   RTR GRS:    897.26         FUT GR
10/22/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 043 END 10/16/04 W1

       NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:      TRANSIT: 071000013  ACCOUNT: 1110022333988    TYPE

        020  FICA              55.63    036  FICA MEDICARE      13.02      022  FEDE
        025  ST TAX-XX         26.92    251  UNIONDUE           11.23  O   069  DESP
        067  FICA CONTRIB      55.63  C 068  MEDCARE CONTRI     13.02  C
                                      ---------PAY------------------F-S FL  TIME      PERI
                              0300     OTD-OVERTIME            224.91  1 1    8.82  10/16
                              0300     REG-REGULAR             672.35  1 1   39.55  10/16
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
```

**UPS 0677**

TEST

Page 5 of 18

```
0246 NORTH ILLINOIS 0246                        PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04               PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE          * OPERATION TYPE: PKG    PACKAGE OPERATIONS
**********************************    ACTIVE      FULL-TIME    UNION-      BU-
                                 BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:    SUPERV:
           UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
     STOCK UNITS PURCHASED:    0    401K PRCNT:    0
CUR PAYMENT     NET PAY:    719.12   TOTAL GRS:    959.74    FWT GRS:    959.74   FICA C/QPP GR:
A   1761 4Y MEDICARE GRS:          ST/QWT GRS:    959.74    RTR GRS:    959.74       FUT GR:
 10/15/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                   SCHED: 042 END 10/09/04 W1

     NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:     TRANSIT: 271071321   ACCOUNT: 8344126309      TYPE

            020  FICA            59.50    036  FICA MEDICARE       13.91    022  FEDE:
            025  ST TAX-XX       28.79    251  UNIONDUE            11.29  O  069  DESP'
            067  FICA CONTRIB    59.50  C 068  MEDCARE CONTRI      13.91  C
                                         --------PAY---------------F-S FL  TIME    PERI:
                                  0300   OTD-OVERTIME          213.18 1 1    8.36  10/09.
                                  0300   PIB-PROD BONUS         66.56 1 1    2.61  10/09.
                                  0300   REG-REGULAR           680.00 1 1   40.00  10/09.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                  PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE          * OPERATION TYPE: PKG    PACKAGE OPERATIONS
**********************************    ACTIVE      FULL-TIME    UNION-      BU-
                                 BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:    SUPERV:
           UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
     STOCK UNITS PURCHASED:    0    401K PRCNT:    0
CUR PAYMENT     NET PAY:    676.06   TOTAL GRS:    901.86    FWT GRS:    901.86   FICA C/QPP GR:
A   1750 4Y MEDICARE GRS:    901.86  ST/QWT GRS:    901.86    RTR GRS:    901.86       FUT GR:
 10/08/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                   SCHED: 041 END 10/02/04 W1

     NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:     TRANSIT: 271071321   ACCOUNT: 8344126309      TYPE

            020  FICA            55.92    036  FICA MEDICARE       13.08    022  FEDE:
            025  ST TAX-XX       27.06    251  UNIONDUE            11.29  C  069  DESP'
            067  FICA CONTRIB    55.92  C 068  MEDCARE CONTRI      13.08  C
                                         --------PAY---------------F-S FL  TIME    PERI:
                                  0300   OTD-OVERTIME          168.05 1 1    6.59  10/02.
                                  0300   PIB-PROD BONUS         53.81 1 1    2.11  10/02.
                                  0300   REG-REGULAR           680.00 1 1   40.00  10/02.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                  PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE          * OPERATION TYPE: PKG    PACKAGE OPERATIONS
**********************************    ACTIVE      FULL-TIME    UNION-      BU-
                                 BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:    SUPERV:
           UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
     STOCK UNITS PURCHASED:    0    401K PRCNT:    0
CUR PAYMENT     NET PAY:    723.66   TOTAL GRS:    965.86    FWT GRS:    965.86   FICA C/QPP GR:
A   1732 4Y MEDICARE GRS:    965.86  ST/QWT GRS:    965.86    RTR GRS:    965.86       FUT GR:
 10/01/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                   SCHED: 040 END 09/25/04 W1

     NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:     TRANSIT: 271071321   ACCOUNT: 8344126309      TYPE

            020  FICA            59.88    036  FICA MEDICARE       14.00    022  FEDE:
            025  ST TAX-XX       28.98    251  UNIONDUE            11.29  O  069  DESP'
            067  FICA CONTRIB    59.88  C 068  MEDCARE CONTRI      14.00  C
                                         --------PAY---------------F-S FL  TIME    PERI:
                                  0300   OTD-OVERTIME          181.05 1 1    7.10  09/25
                                  0300   PIB-PROD BONUS        104.81 1 1    4.11  09/25
                                  0300   REG-REGULAR           680.00 1 1   40.00  09/25
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                  PAYROLL HISTORY REPORT
```

**UPS 0678**

TEST

```
359801956  ANDREU,  JOSE            * OPERATION TYPE: PKG       PACKAGE OPERATIONS
********************************           ACTIVE        FULL-TIME      UNION-         BU-
                                   BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:        SUPERV:
           UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
      STOCK UNITS PURCHASED:     0  401K PRCNT:    0
CUR PAYMENT    NET PAY:    697.05   TOTAL GRS:         932.96      FWT GRS:      932.96    FICA C/QPP GR:
A   1707 3Y MEDICARE GRS:        932.96  ST/QWT GRS:   932.96      RTR GRS:      932.96         FUT GR:
09/24/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                         SCHED: 039 END 09/18/04 W1

       NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309       TYPE

                020   FICA            57.84      036  FICA MEDICARE       13.53     022  FEDE:
                025   ST TAX-XX       27.99      251  UNIONDUE            13.43  O  069  DESP:
                067   FICA CONTRIB    57.84    C 068  MEDCARE CONTRI      13.53   C
                                              ---------PAY----------------F-S FL  TIME      PERI(
                            0300   OTD-OVERTIME       252.96  1 1      9.92  09/18.
                            0300   REG-REGULAR        680.00  1 1     40.00  09/18.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                     PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE            * OPERATION TYPE: PKG       PACKAGE OPERATIONS
********************************           ACTIVE        FULL-TIME      UNION-         BU-
                                   BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:        SUPERV:
           UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
      STOCK UNITS PURCHASED:     0  401K PRCNT:    0
CUR PAYMENT    NET PAY:    481.98   TOTAL GRS:         643.71      FWT GRS:      643.71    FICA C/QPP GR:
A   1732 3Y MEDICARE GRS:        643.71  ST/QWT GRS:   643.71      RTR GRS:      643.71         FUT GR:
09/17/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                         SCHED: 038 END 09/11/04 W1

       NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309       TYPE

                020   FICA            39.91      036  FICA MEDICARE        9.34     022  FEDE:
                025   ST TAX-XX       19.31      251  UNIONDUE            13.44  O  069  DESP.
                067   FICA CONTRIB    39.91    C 068  MEDCARE CONTRI       9.34   C
                                              ---------PAY----------------F-S FL  TIME      PERI(
                            0300   HOL-HOLIDAY        136.00  1 1      8.00  09/11.
                            0300   OTD-OVERTIME        99.71  1 1      3.91  09/11.
                            0300   REG-REGULAR        408.00  1 1     24.00  09/11.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                     PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE            * OPERATION TYPE: PKG       PACKAGE OPERATIONS
********************************           ACTIVE        FULL-TIME      UNION-         BU-
                                   BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:        SUPERV:
           UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
      STOCK UNITS PURCHASED:     0  401K PRCNT:    0
CUR PAYMENT    NET PAY:    715.44   TOTAL GRS:         957.70      FWT GRS:      957.70    FICA C/QPP GR:
A   1705 3Y MEDICARE GRS:        957.70  ST/QWT GRS:   957.70      RTR GRS:      957.70         FUT GR:
09/10/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                         SCHED: 037 END 09/04/04 W1

       NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309       TYPE

                020   FICA            59.38      036  FICA MEDICARE       13.88     022  FEDE:
                025   ST TAX-XX       28.73      251  UNIONDUE            13.44  O  069  DESP:
                067   FICA CONTRIB    59.38    C 068  MEDCARE CONTRI      13.88   C
                                              ---------PAY----------------F-S FL  TIME      PERI(
                            0300   OTD-OVERTIME       265.20  1 1     10.49  09/04.
                            0300   PID-PROD BONUS      12.50  1 1      0.49  09/04.
                            0300   REG-REGULAR        680.00  1 1     40.00  09/04.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                     PAYROLL HISTORY REPORT

                                                                          UPS 0679

359801956  ANDREU,  JOSE            * OPERATION TYPE: PKG       PACKAGE OPERATIONS
********************************           ACTIVE        FULL-TIME      UNION-         BU-
                                   BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:        SUPERV:
           UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
```

TEST

```
                STOCK UNITS PURCHASED:   0   401K PRCNT:   0
CUR PAYMENT    NET PAY:       0.00   TOTAL GRS:          0.00   FWT GRS:        0.00   FICA C/QPP GR:
          3Y MEDICARE GRS:    0.00   ST/QWT GRS:         0.00   RTR GRS:        0.00              FUT GR:
09/03/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                           SCHED: 036 END 08/28/04 W1

    NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

                     251  UNIONDUE          0.00  0   251  UNIONDUE          13.44 NO   069  DESP:
FP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01        UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                       PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              * OPERATION TYPE: PKG      PACKAGE OPERATIONS
*****************************************  ACTIVE       FULL-TIME      UNION-      BU-
                                       BUILDING: 6050 HOME CENTER: 6050   SORT TYPE CODE:       SUPERV:
             UPS EMPL TYPE: F   FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        U:
        STOCK UNITS PURCHASED:   0   401K PRCNT:   0
CUR PAYMENT    NET PAY:      771.01   TOTAL GRS:      1,028.84   FWT GRS:    1,028.84   FICA C/QPP GR:
A   1726 3Y MEDICARE GRS:   1,028.84  ST/QWT GRS:    1,028.84   RTR GRS:    1,028.84              FUT GR:
08/27/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                           SCHED: 035 END 08/21/04 W1

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE

                 020  FICA              63.79   036  FICA MEDICARE         14.92     022  FEDE:
                 025  ST TAX-XX         30.87   251  UNIONDUE              10.75  0  069  DESP:
                 067  FICA CONTRIB      63.79  C  068  MEDCARE CONTRI       14.92  C
                                               ---------PAY----------------F-S FL  TIME     PERI:
                                   0300          OTD-OVERTIME            348.84  1 1    13.68  08/21.
                                   0300          REG-REGULAR             680.00  1 1    40.00  08/21
FP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01        UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                       PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              * OPERATION TYPE: PKG      PACKAGE OPERATIONS
*****************************************  ACTIVE       FULL-TIME      UNION       BU-
                                       BUILDING: 6050 HOME CENTER: 6050   SORT TYPE CODE:       SUPERV:
             UPS EMPL TYPE: F   FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        U:
        STOCK UNITS PURCHASED:   0   401K PRCNT:   0
CUR PAYMENT    NET PAY:      676.41   TOTAL GRS:       901.60   FWT GRS:     901.60   FICA C/QPP GR:
A   1685 3Y MEDICARE GRS:    901.60   ST/QWT GRS:      901.60   RTR GRS:     901.60              FUT GR:
08/20/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                           SCHED: 034 END 08/14/04 W1

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE

                 020  FICA              55.90   036  FICA MEDICARE         13.08     022  FEDE:
                 025  ST TAX-XX         27.05   251  UNIONDUE              10.75  0  069  DESP:
                 067  FICA CONTRIB      55.90  C  068  MEDCARE CONTRI       13.08  C
                                               ---------PAY----------------F-S FL  TIME     PERI:
                                   0300          OTD-OVERTIME            221.60  1 1     8.69  08/14.
                                   0300          REG-REGULAR             680.00  1 1    40.00  08/14.
FP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01        UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                       PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              * OPERATION TYPE: PKG      PACKAGE OPERATIONS
*****************************************  ACTIVE       FULL-TIME      UNION-      BU-
                                       BUILDING: 6050 HOME CENTER: 6050   SORT TYPE CODE:       SUPERV:
             UPS EMPL TYPE: F   FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        U:
        STOCK UNITS PURCHASED:   0   401K PRCNT:   0
CUR PAYMENT    NET PAY:      648.81   TOTAL GRS:       850.00   FWT GRS:     850.00   FICA C/QPP GR:
A   1686 3Y MEDICARE GRS:    850.00   ST/QWT GRS:      850.00   RTR GRS:     850.00              FUT GR:
08/20/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                           SCHED: 034 END 08/14/04 W1
        SEPARATE CHECK #: 1   VOLUNTARY DEDUCTIONS: N  DEDUCTION SCHEDULE CODE: 4   SEPARATE CHECK

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE

                 020  FICA              52.70   036  FICA MEDICARE         12.32     022  FEDE:
                 025  ST TAX-XX         25.50   069  DESPP REGULAR         20.00     067  FICA
                 068  MEDCARE CONTRI    12.32  C
```

**UPS 0680**

TEST

```
                                        ----------PAY------------------F-S FL  TIME     PERI(
                                   0300  VAC-VACATION          850.00 1 1    50.00  08/28.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
*****************************************     ACTIVE      FULL-TIME    UNION-      BU-
                                   BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F     FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       UI
       STOCK UNITS PURCHASED:     0   401K PRCNT:    0
CUR PAYMENT    NET PAY:     754.15   TOTAL GRS:     1,006.15   FWT GRS:     1,006.15   FICA C/QPP GR:
A   1720 3Y MEDICARE GRS:    1,006.15  ST/QWT GRS:    1,006.15   RTR GRS:     1,006.15         FUT GR:
 08/13/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                        SCHED: 033 END 08/07/04 W1


       NET PAY DISB TYPE: A     CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE

            020  FICA              62.38    036  FICA MEDICARE      14.59     022  FEDE)
            025  ST TAX-XX         30.18    251  UNIONDUE          10.75 O   069  DESP:
            067  FICA CONTRIB      62.38  C 068  MEDCARE CONTRI    14.59  C
                                        ----------PAY------------------F-S FL  TIME     PERI(
                                   0300  OTD-OVERTIME         326.15 1 1    12.79  08/07.
                                   0300  REG-REGULAR          680.00 1 1    40.00  08/07
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
*****************************************     ACTIVE      FULL-TIME    UNION-      BU-
                                   BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F     FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       UI
       STOCK UNITS PURCHASED:     0   401K PRCNT:    0
CUR PAYMENT    NET PAY:       0.00   TOTAL GRS:        0.00   FWT GRS:        0.00   FICA C/QPP GR:
        3Y MEDICARE GRS:      0.00  ST/QWT GRS:        0.00   RTR GRS:        0.00         FUT GR:
 08/06/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                        SCHED: 032 END 07/31/04 W1


       NET PAY DISB TYPE: C     CHECK/ADVICE DISTR:

            251  UNIONDUE           0.00 O  251  UNIONDUE          10.75 NO  069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
*****************************************     ACTIVE      FULL-TIME    UNION-      BU-
                                   BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F     FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       UI
       STOCK UNITS PURCHASED:     0   401K PRCNT:    0
CUR PAYMENT    NET PAY:     265.17   TOTAL GRS:      340.00   FWT GRS:      340.00   FICA C/QPP GR:
A   1750 3Y MEDICARE GRS:     340.00  ST/QWT GRS:     340.00   RTR GRS:      340.00         FUT GR:
 08/06/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                        SCHED: 032 END 07/31/04 W1
       SEPARATE CHECK #: 2   VOLUNTARY DEDUCTIONS: N   DEDUCTION SCHEDULE CODE: 5   SEPARATE CHECK

       NET PAY DISB TYPE: A     CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE

            020  FICA              21.08    036  FICA MEDICARE       4.93     022  FEDE)
            025  ST TAX-XX         10.20    069  DESPP REGULAR      20.00     067  FICA
            068  MEDCARE CONTRI     4.93  C
                                        ----------PAY------------------F-S  TIME     PERI(
                                   0300  VAC-VACATION         340.00 1 1    20.00  07/31.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
*****************************************     ACTIVE      FULL-TIME    UNION-      BU-
                                   BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F     FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       UI
```

**UPS 0681**

TEST                                                                 Page 9 of 18

```
          STOCK UNITS PURCHASED:   0    401K PRCNT:   0
CUR PAYMENT    NET PAY:    703.47  TOTAL GRS:    923.53  FWT GRS:    923.53  FICA C/QPP GR:
A   1805 3Y MEDICARE GRS:  923.53  ST/QWT GRS:    923.53  RTR GRS:   923.53  FUT GR:
07/30/04 TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 031 END 07/24/04 W1

      NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:     TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE

          020  FICA           57.26    036  FICA MEDICARE    13.39    022  FEDE:
          025  ST TAX-XX      27.71    251  UNIONDUE          0.00 O  069  DESP:
          067  FICA CONTRIB   57.26  C 068  MEDCARE CONTRI   13.39  C
                                     --------PAY-----------------F-S FL  TIME    PERI:
                              0300    OTD-OVERTIME           237.92 1 1    9.33  07/24.
                              0300    PIB-PROD BONUS           5.61 1 1    0.22  07/24.
                              0300    REG-REGULAR            680.00 1 1   40.00  07/24.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                   PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE            * OPERATION TYPE: PKG    PACKAGE OPERATIONS
***********************************     ACTIVE       FULL-TIME     UNION-       BU-
                                   BUILDING: 6050 HOME CENTER: 6050  SORT TYPE CODE:     SUPERV:
          UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0     U:
          STOCK UNITS PURCHASED:   0    401K PRCNT:   0
CUR PAYMENT    NET PAY:    644.00  TOTAL GRS:    857.99  FWT GRS:    857.99  FICA C/QPP GR:
A   1743 3Y MEDICARE GRS:  857.99  ST/QWT GRS:    857.99  RTR GRS:   857.99  FUT GR:
07/23/04 TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 030 END 07/17/04 W1

      NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:     TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE

          020  FICA           53.19    036  FICA MEDICARE    12.44    022  FEDE:
          025  ST TAX-XX      25.74    251  UNIONDUE         10.75 O  069  DESP:
          067  FICA CONTRIB   53.19  C 068  MEDCARE CONTRI   12.44  C
                                     --------PAY-----------------F-S FL  TIME    PERI:
                              0300    OTD-OVERTIME           170.34 1 1    6.68  07/17.
                              0300    PIB-PROD BONUS           7.65 1 1    0.30  07/17.
                              0300    REG-REGULAR            680.00 1 1   40.00  07/17
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                   PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE            * OPERATION TYPE: PKG    PACKAGE OPERATIONS
***********************************     ACTIVE       FULL-TIME     UNION-       BU-
                                   BUILDING: 6050 HOME CENTER: 6050  SORT TYPE CODE:     SUPERV:
          UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0     U:
          STOCK UNITS PURCHASED:   0    401K PRCNT:   0
CUR PAYMENT    NET PAY:    364.22  TOTAL GRS:    481.70  FWT GRS:    481.70  FICA C/QPP GR:
A   1767 3Y MEDICARE GRS:  481.70  ST/QWT GRS:    481.70  RTR GRS:   481.70  FUT GR:
07/16/04 TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 029 END 07/10/04 W1

      NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:     TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE

          020  FICA           29.87    036  FICA MEDICARE     6.98    022  FEDE:
          025  ST TAX-XX      14.45    251  UNIONDUE         10.75 O  069  DESP:
          067  FICA CONTRIB   29.87  C 068  MEDCARE CONTRI    6.98  C
                                     --------PAY-----------------F-S FL  TIME    PERI:
                              0300    HOL-HOLIDAY            136.00 1 1    8.00  07/10
                              0300    OTD-OVERTIME            73.70 1 1    2.89  07/10
                              0300    REG-REGULAR            272.00 1 1   16.00  07/10.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                   PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE            * OPERATION TYPE: PKG    PACKAGE OPERATIONS
***********************************     ACTIVE       FULL-TIME     UNION-       BU-
                                   BUILDING: 6050 HOME CENTER: 6050  SORT TYPE CODE:     SUPERV:
          UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0     U:
          STOCK UNITS PURCHASED:   0    401K PRCNT:   0
CUR PAYMENT    NET PAY:    670.53  TOTAL GRS:    893.69  FWT GRS:    893.69  FICA C/QPP GR:
A   1745 3Y MEDICARE GRS:  893.69  ST/QWT GRS:    893.69  RTR GRS:   893.69  FUT GR:
07/09/04 TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
```

UPS 0682

TEST

SCHED: 028 END 07/03/04 W1

NET PAY DISB TYPE: A　　CHECK/ADVICE DISTR:　　TRANSIT: 271071321　ACCOUNT: 8344126309　　TYPE

```
            020  FICA              55.41      036  FICA MEDICARE        12.96       022   FEDE
            025  ST TAX-XX         26.81      251  UNIONDUE             10.75  O    069   DESP
            067  FICA CONTRIB      55.41   C  068  MEDCARE CONTRI       12.96   C
                                           --------PAY-----------------F-S FL  TIME     PERI
                                  0300      OTD-OVERTIME       201.45  1 1       7.90   07/03
                                  0300      PIB-PROD BONUS      12.24  1 1       0.48   07/03
                                  0300      REG-REGULAR        680.00  1 1      40.00   07/03.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01       UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                        PAYROLL HISTORY REPORT
```

359801956  ANDREU, JOSE　　　　　* OPERATION TYPE: PKG　　PACKAGE OPERATIONS
***********************************　ACTIVE　　FULL-TIME　　UNION-　　BU-
　　　　　　　　　　　　　　BUILDING: 6050　HOME CENTER: 6050　SORT TYPE CODE:　　SUPERV
　　　　UPS EMPL TYPE: F　　FULL / PART: F　　UNION LOCAL: 0705　UNION SUB LOCAL: 0　　UI
　　　STOCK UNITS PURCHASED:　0　401K PRCNT:　0
CUR PAYMENT　　NET PAY:　695.37　TOTAL GRS:　　927.10　FWT GRS:　　927.10　FICA C/QPP GR:
A　1782 3Y MEDICARE GRS:　927.10　ST/QWT GRS:　927.10　RTR GRS:　　927.10　　　FUT GR:
07/02/04　TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

SCHED: 027 END 06/26/04 W1

NET PAY DISB TYPE: A　　CHECK/ADVICE DISTR:　　TRANSIT: 271071321　ACCOUNT: 8344126309　　TYPE

```
            020  FICA              57.48      036  FICA MEDICARE        13.45       022   FEDE
            025  ST TAX-XX         27.81      251  UNIONDUE             10.75  O    069   DESP
            067  FICA CONTRIB      57.48   C  068  MEDCARE CONTRI       13.45   C
                                           --------PAY-----------------F-S FL  TIME     PERI
                                  0300      OTD-OVERTIME       227.46  1 1       8.92   06/26.
                                  0300      PIB-PROD BONUS      19.64  1 1       0.77   06/26
                                  0300      REG-REGULAR        680.00  1 1      40.00   06/26.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01       UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                        PAYROLL HISTORY REPORT
```

359801956  ANDREU, JOSE　　　　　* OPERATION TYPE: PKG　　PACKAGE OPERATIONS
***********************************　ACTIVE　　FULL-TIME　　UNION-　　BU-
　　　　　　　　　　　　　　BUILDING: 6050　HOME CENTER: 6050　SORT TYPE CODE:　　SUPERV
　　　　UPS EMPL TYPE: F　　FULL / PART: F　　UNION LOCAL: 0705　UNION SUB LOCAL: 0　　UI
　　　STOCK UNITS PURCHASED:　0　401K PRCNT:　0
CUR PAYMENT　　NET PAY:　603.99　TOTAL GRS:　　804.19　FWT GRS:　　804.19　FICA C/QPP GR:
A　1752 2Y MEDICARE GRS:　804.19　ST/QWT GRS:　804.19　RTR GRS:　　804.19　　　FUT GR:
06/25/04　TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

SCHED: 026 END 06/19/04 W1

NET PAY DISB TYPE: A　　CHECK/ADVICE DISTR:　　TRANSIT: 271071321　ACCOUNT: 8344126309　　TYPE

```
            020  FICA              49.86      036  FICA MEDICARE        11.66       022   FEDE
            025  ST TAX-XX         24.13      251  UNIONDUE             10.75  O    069   DESP
            067  FICA CONTRIB      49.86   C  068  MEDCARE CONTRI       11.66   C
                                           --------PAY-----------------F-S FL  TIME     PERI
                                  0300      OTD-OVERTIME       118.07  1 1       4.63   06/19
                                  0300      PIB-PROD BONUS       6.12  1 1       0.24   06/19.
                                  0300      REG-REGULAR        680.00  1 1      40.00   06/19.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01       UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                        PAYROLL HISTORY REPORT
```

359801956  ANDREU, JOSE　　　　　* OPERATION TYPE: PKG　　PACKAGE OPERATIONS
***********************************　ACTIVE　　FULL-TIME　　UNION-　　BU-
　　　　　　　　　　　　　　BUILDING: 6050　HOME CENTER: 6050　SORT TYPE CODE:　　SUPERV
　　　　UPS EMPL TYPE: F　　FULL / PART: F　　UNION LOCAL: 0705　UNION SUB LOCAL: 0　　UI
　　　STOCK UNITS PURCHASED:　0　401K PRCNT:　0
CUR PAYMENT　　NET PAY:　716.23　TOTAL GRS:　　955.15　FWT GRS:　　955.15　FICA C/QPP GR:
A　1765 2Y MEDICARE GRS:　955.15　ST/QWT GRS:　955.15　RTR GRS:　　955.15　　　FUT GR:
06/18/04　TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

SCHED: 025 END 06/12/04 W1

NET PAY DISB TYPE: A　　CHECK/ADVICE DISTR:　　TRANSIT: 271071321　ACCOUNT: 8344126309　　TYPE

**UPS 0683**

TEST                                                                    Page 11 of 18

```
        020  FICA            59.22    036  FICA MEDICARE       13.85     022  FEDE
        025  ST TAX-XX       28.65    251  UNIONDUE            10.75  O  069  DESP
        067  FICA CONTRIB    59.22  C 068  MEDCARE CONTRI      13.85  C
                                    --------PAY------------------F-S FL  TIME   PERI
                              0300  OTD-OVERTIME             275.15 1 1   10.79  06/12
                              0300  REG-REGULAR              680.00 1 1   40.00  06/12
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01  UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                   PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE              * OPERATION TYPE: PKG     PACKAGE OPERATIONS
*****************************************    ACTIVE      FULL-TIME    UNION-       BU-
                                      BUILDING: 6050  HOME CENTER: 6050  SORT TYPE CODE:      SUPERV
                    UPS EMPL TYPE: F   FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0        IN
        STOCK UNITS PURCHASED:    0   401K PRCNT:    0
CUR PAYMENT     NET PAY:    611.96   TOTAL GRS:       814.90   FWT GRS:       814.90   FICA C/QPP GR
A   1828 2Y MEDICARE GRS:     814.90  ST/QWT GRS:     814.90   RTR GRS:       814.90            FUT GR
06/11/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                      SCHED: 024 END 06/05/04 W1
```

```
     NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE
```

```
        020  FICA            50.52    036  FICA MEDICARE       11.81     022  FEDE
        025  ST TAX-XX       24.45    251  UNIONDUE            10.75  O  069  DESP
        067  FICA CONTRIB    50.52  C 068  MEDCARE CONTRI      11.81  C
                                    --------PAY------------------F-S FL  TIME   PERI
                              0300  HOL-HOLIDAY              136.00 1 1    8.00  06/05
                              0300  OTD-OVERTIME             134.90 1 1    5.29  06/05
                              0300  REG-REGULAR              544.00 1 1   32.00  06/05
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01  UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                   PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE              * OPERATION TYPE: PKG     PACKAGE OPERATIONS
*****************************************    ACTIVE      FULL-TIME    UNION-       BU-
                                      BUILDING: 6050  HOME CENTER: 6050  SORT TYPE CODE:      SUPERV
                    UPS EMPL TYPE: F   FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:    0   401K PRCNT:    0
CUR PAYMENT     NET PAY:    606.08   TOTAL GRS:       806.99   FWT GRS:       806.99   FICA C/QPP GR
A   1792 2Y MEDICARE GRS:     806.99  ST/QWT GRS:     806.99   RTR GRS:       806.99            FUT GR
06/04/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                      SCHED: 023 END 05/29/04 W1
```

```
     NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE
```

```
        020  FICA            50.03    036  FICA MEDICARE       11.70     022  FEDE
        025  ST TAX-XX       24.21    251  UNIONDUE            10.75  O  069  DESP
        067  FICA CONTRIB    50.03  C 068  MEDCARE CONTRI      11.70  C
                                    --------PAY------------------F-S FL  TIME   PERI
                              0300  OTD-OVERTIME             125.46 1 1    4.92  05/29
                              0300  PIB-PROD BONUS             1.53 1 1    0.06  05/29
                              0300  REG-REGULAR              680.00 1 1   40.00  05/29
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01  UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                   PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE              * OPERATION TYPE: PKG     PACKAGE OPERATIONS
*****************************************    ACTIVE      FULL-TIME    UNION-       BU-
                                      BUILDING: 6050  HOME CENTER: 6050  SORT TYPE CODE:      SUPERV
                    UPS EMPL TYPE: F   FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:    0   401K PRCNT:    0
CUR PAYMENT     NET PAY:    405.54   TOTAL GRS:       537.29   FWT GRS:       537.29   FICA C/QPP GR
A   1807 2Y MEDICARE GRS:     537.29  ST/QWT GRS:     537.29   RTR GRS:       537.29            FUT GR
05/28/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                      SCHED: 022 END 05/22/04 W1
```

```
     NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE
```

```
        020  FICA            33.32    036  FICA MEDICARE        7.79     022  FEDE
        025  ST TAX XX       16.12    251  UNIONDUE            10.75  O  069  DESP
        067  FICA CONTRIB    33.32  C 068  MEDCARE CONTRI       7.79  C
                                    --------PAY------------------F-S FL  TIME   PERI
                              0300  OTD-OVERTIME             129.29 1 1    5.07  05/22
```

**UPS 0684**

TEST                                                                          Page 12 of 18

```
                              0300      REG-REGULAR      408.00 1 1    24.00  05/22
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE            *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*********************************    ACTIVE       FULL-TIME    UNION-       BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:        SUPERV:
              UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0         UN
       STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:    636.61   TOTAL GRS:    848.05   FWT GRS:       848.05   FICA C/QPP GR:
A   1778 2Y MEDICARE GRS:    848.05  ST/QWT GRS:  848.05   RTR GRS:       848.05        FUT GR:
05/21/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                       SCHED: 021 END 05/15/04 W1

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309       TYPE

             020  FICA              52.57    036  FICA MEDICARE       12.30   022  FEDE
             025  ST TAX-XX         25.44    251  UNIONDUE            10.75 O 069  DESP:
             067  FICA CONTRIB      52.57  C 068  MEDCARE CONTRI      12.30  C
                                  --------PAY----------------F-S FL  TIME    PERI
                              0300      OTO-OVERTIME      161.67 1 1     6.34  05/15.
                              0300      PIB-PROD BONUS      6.38 1 1     0.25  05/15.
                              0300      REG-REGULAR       680.00 1 1    40.00  05/15
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE            *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*********************************    ACTIVE       FULL-TIME    UNION-       BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:        SUPERV:
              UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0         UN
       STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:    732.15   TOTAL GRS:    976.57   FWT GRS:       976.57   FICA C/QPP GR:
A   1773 2Y MEDICARE GRS:    976.57  ST/QWT GRS:  976.57   RTR GRS:       976.57        FUT GR:
05/14/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                       SCHED: 020 END 05/08/04 W1

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309       TYPE

             020  FICA              60.55    036  FICA MEDICARE       14.16   022  FEDE
             025  ST TAX-XX         29.30    251  UNIONDUE            10.75 O 069  DESP:
             067  FICA CONTRIB      60.55  C 068  MEDCARE CONTRI      14.16  C
                                  --------PAY----------------F-S FL  TIME    PERI
                              0300      OTO-OVERTIME      296.57 1 1    11.63  05/08.
                              0300      REG-REGULAR       680.00 1 1    40.00  05/08.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE            *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*********************************    ACTIVE       FULL-TIME    UNION-       BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:        SUPERV:
              UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0         UN
       STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:    421.48   TOTAL GRS:    558.71   FWT GRS:       558.71   FICA C/QPP GR:
A   1774 2Y MEDICARE GRS:    558.71  ST/QWT GRS:  558.71   RTR GRS:       558.71        FUT GR:
05/07/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                       SCHED: 019 END 05/01/04 W1

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309       TYPE

             020  FICA              34.64    036  FICA MEDICARE        8.10   022  FEDE
             025  ST TAX-XX         16.76    251  UNIONDUE            10.75 D 069  DESP:
             067  FICA CONTRIB      34.64  C 068  MEDCARE CONTRI       8.10  C
                                  --------PAY----------------F-S FL  TIME    PERI
                              0300      OTO-OVERTIME      150.71 1 1     5.91  05/01
                              0300      REG-REGULAR       408.00 1 1    24.00  05/01.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT
```

**UPS 0685**

TEST                                                                          Page 13 of 18

```
359801956  ANDREU, JOSE          *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
************************************     ACTIVE        FULL-TIME      UNION-      BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:       SUPERV:
                   UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        UI
        STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT     NET PAY:     647.35   TOTAL GRS:     848.05   FWT GRS:      848.05  FICA C/QPP GR:
A    1739 2Y MEDICARE GRS:   848.05  ST/QWT GRS:    848.05   RTR GRS:      848.05        FUT GR:
 04/30/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                         SCHED: 018 END 04/24/04 W1

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE

           020  FICA              52.58    036  FICA MEDICARE      12.30      022  FEDE:
           025  ST TAX-XX         25.44    251  UNIONDUE            0.00  O   069  DESP:
           067  FICA CONTRIB      52.58  C 068  MEDCARE CONTRI     12.30      C
                                        ---------PAY-----------------F-S FL  TIME    PERI(
                             0300   ATS-UPS SCHOOL           2.89  1 1    0.17  04/24.
                             0300   OTD-OVERTIME           234.86  1 1    9.21  04/24.
                             0300   REG-REGULAR            610.30  1 1   35.90  04/24.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE          *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
************************************     ACTIVE        FULL-TIME      UNION-      BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:       SUPERV:
                   UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        UI
        STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT     NET PAY:     685.89   TOTAL GRS:     914.35   FWT GRS:      914.35  FICA C/QPP GR:
A    1719 2Y MEDICARE GRS:   914.35  ST/QWT GRS:    914.35   RTR GRS:      914.35        FUT GR:
 04/23/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                         SCHED: 017 END 04/17/04 W1

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE

           020  FICA              56.69    036  FICA MEDICARE      13.26      022  FEDE:
           025  ST TAX-XX         27.43    251  UNIONDUE           10.75  O   069  DESP:
           067  FICA CONTRIB      56.69  C 068  MEDCARE CONTRI     13.26      C
                                        ---------PAY-----------------F-S FL  TIME    PERI(
                             0300   OTD-OVERTIME           233.07  1 1    9.14  04/17.
                             0300   PIB-PROD BONUS           1.28  1 1    0.05  04/17
                             0300   REG-REGULAR            680.00  1 1   40.00  04/17.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE          *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
************************************     ACTIVE        FULL-TIME      UNION-      BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:       SUPERV:
                   UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        UI
        STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT     NET PAY:     409.35   TOTAL GRS:     542.39   FWT GRS:      542.39  FICA C/QPP GR:
A    1700 2Y MEDICARE GRS:   542.39  ST/QWT GRS:    542.39   RTR GRS:      542.39        FUT GR:
 04/16/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                         SCHED: 016 END 04/10/04 W1

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 271071321  ACCOUNT: 8344126309      TYPE

           020  FICA              33.63    036  FICA MEDICARE       7.86      022  FEDE:
           025  ST TAX-XX         16.27    251  UNIONDUE           10.75  O   069  DESP:
           067  FICA CONTRIB      33.63  C 068  MEDCARE CONTRI      7.86      C
                                        ---------PAY-----------------F-S FL  TIME    PERI(
                             0300   OTD-OVERTIME           118.58  1 1    4.65  04/10
                             0300   PIB PROD BONUS          15.81  1 1    0.62  04/10
                             0300   REG-REGULAR            408.00  1 1   24.00  04/10
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT
```

**UPS 0686**

```
359801956  ANDREU, JOSE          *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
************************************     ACTIVE        FULL-TIME      UNION-      BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:       SUPERV.
```

TEST

```
                 UPS EMPL TYPE: F        FULL / PART: F     UNION LOCAL: 0705    UNION SUB LOCAL: 0          U
      STOCK UNITS PURCHASED:     0    401K PRCNT:   0
CUR PAYMENT     NET PAY:      663.91   TOTAL GRS:       884.77    FWT GRS:        884.77    FICA C/QPP GR
A    1729 2Y MEDICARE GRS:    884.77   ST/QWT GRS:      884.77    RTR GRS:        884.77         FUT GR
 04/09/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                       SCHED: 015 END 04/03/04 W1

   NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309        TYPE

             020  FICA                54.85    036  FICA MEDICARE         12.83    022  FEDE
             025  ST TAX-XX           26.54    251  UNIONDUE              10.75  O 069  DESP
             067  FICA CONTRIB        54.85  C 068  MEDCARE CONTRI        12.83  C
                                        ---------PAY-----------------F-S FL  TIME      PERI
                          0300         OTD-OVERTIME           197.63 1 1      7.75  04/03.
                          0300         PIB-PROD BONUS           7.14 1 1      0.28  04/03.
                          0300         REG-REGULAR            680.00 1 1     40.00  04/03.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT



359801956  ANDREU,  JOSE               *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
***************************************    ACTIVE       FULL-TIME     UNION-      BU-
                                       BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:     SUPERV
                 UPS EMPL TYPE: F        FULL / PART: F     UNION LOCAL: 0705    UNION SUB LOCAL: 0          U
      STOCK UNITS PURCHASED:     0    401K PRCNT:   0
CUR PAYMENT     NET PAY:      520.31   TOTAL GRS:       691.65    FWT GRS:        691.65    FICA C/QPP GR
A    1685 2Y MEDICARE GRS:    691.65   ST/QWT GRS:      691.65    RTR GRS:        691.65         FUT GR
 04/02/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                       SCHED: 014 END 03/27/04 W1

   NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309        TYPE

             020  FICA                42.89    036  FICA MEDICARE         10.03    022  FEDE
             025  ST TAX-XX           20.75    251  UNIONDUE              10.75  O 069  DESP
             067  FICA CONTRIB        42.89  C 068  MEDCARE CONTRI        10.03  C
                                        ---------PAY-----------------F-S FL  TIME      PERI
                          0300         OTD-OVERTIME           117.30 1 1      4.60  03/27.
                          0300         PIB-PROD BONUS          30.35 1 1      1.19  03/27
                          0300         REG-REGULAR            544.00 1 1     32.00  03/27.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT



359801956  ANDREU,  JOSE               *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
***************************************    ACTIVE       FULL-TIME     UNION-      BU-
                                       BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:     SUPERV
                 UPS EMPL TYPE: F        FULL / PART: F     UNION LOCAL: 0705    UNION SUB LOCAL: 0          U
      STOCK UNITS PURCHASED:     0    401K PRCNT:   0
CUR PAYMENT     NET PAY:      630.16   TOTAL GRS:       839.38    FWT GRS:        839.38    FICA C/QPP GR
A    1734 1Y MEDICARE GRS:    839.38   ST/QWT GRS:      839.38    RTR GRS:        839.38         FUT GR
 03/26/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                       SCHED: 013 END 03/20/04 W1

   NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309        TYPE

             020  FICA                52.04    036  FICA MEDICARE         12.17    022  FEDE
             025  ST TAX-XX           25.18    251  UNIONDUE              10.75  O 069  DESP
             067  FICA CONTRIB        52.04  C 068  MEDCARE CONTRI        12.17  C 031  ST U
                                        ---------PAY-----------------F-S FL  TIME      PERI
                          0300         OTD-OVERTIME           159.38 1 1      6.25  03/20
                          0300         REG-REGULAR            680.00 1 1     40.00  03/20
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT



359801956  ANDREU,  JOSE               *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
***************************************    ACTIVE       FULL-TIME     UNION-      BU-
                                       BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:     SUPERV
                 UPS EMPL TYPE: F        FULL / PART: F     UNION LOCAL: 0705    UNION SUB LOCAL: 0          U
      STOCK UNITS PURCHASED:     0    401K PRCNT:   0
CUR PAYMENT     NET PAY:      627.51   TOTAL GRS:       835.81    FWT GRS:        835.81    FICA C/QPP GR
A    1729 1Y MEDICARE GRS:    835.81   ST/QWT GRS:      835.81    RTR GRS:        835.81         FUT GR
 03/19/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
```

**UPS 0687**

TEST                                                                      Page 15 of 18

SCHED: 012 END 03/13/04 W1

NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 271071321 ACCOUNT: 8344126309    TYPE

```
        020  FICA           51.82       036  FICA MEDICARE      12.12      022  FEDE
        025  ST TAX-XX      25.07       251  UNIONDUE           10.75  0   069  DESP
        067  FICA CONTRIB   51.82    C  068  MEDCARE CONTRI     12.12  C   031  ST U
                                    --------PAY-----------------F-S FL  TIME     PERI
                            0300     OTD-OVERTIME      153.77  1 1      6.03  03/13.
                            0300     PIB-PROD BONUS      2.04  1 1      0.08  03/13.
                            0300     REG-REGULAR       680.00  1 1     40.00  03/13.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                      PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE            *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*****************************************  ACTIVE       FULL-TIME      UNION-      BU-
                                          BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV
            UPS EMPL TYPE: F       FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:     0   401K PRCNT:   0
CUR PAYMENT    NET PAY:    511.78   TOTAL GRS:       680.17   FWT GRS:       680.17  FICA C/QPP GR
A   1704 1Y MEDICARE GRS:  680.17  ST/QWT GRS:       680.17   RTR GRS:       680.17         FUT GR
 03/12/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
```

SCHED: 011 END 03/06/04 W1

NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 271071321 ACCOUNT: 8344126309    TYPE

```
        020  FICA           42.17       036  FICA MEDICARE       9.86      022  FEDE
        025  ST TAX-XX      20.41       251  UNIONDUE           10.75  0   069  DESP
        067  FICA CONTRIB   42.17    C  068  MEDCARE CONTRI      9.86  C   031  ST U
                                    --------PAY-----------------F-S FL  TIME     PERI
                            0300     OTD-OVERTIME      132.09  1 1      5.18  03/06
                            0300     PIB-PROD BONUS      4.08  1 1      0.16  03/06
                            0300     REG-REGULAR       544.00  1 1     32.00  03/06.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                      PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE            *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*****************************************  ACTIVE       FULL-TIME      UNION-      BU-
                                          BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV
            UPS EMPL TYPE: F       FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:     0   401K PRCNT:   0
CUR PAYMENT    NET PAY:    627.12   TOTAL GRS:       835.30   FWT GRS:       835.30  FICA C/QPP GR
A   1702 1Y MEDICARE GRS:  835.30  ST/QWT GRS:       835.30   RTR GRS:       835.30         FUT GR
 03/05/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
```

SCHED: 010 END 02/28/04 W1

NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 271071321 ACCOUNT: 8344126309    TYPE

```
        020  FICA           51.79       036  FICA MEDICARE      12.11      022  FEDE
        025  ST TAX-XX      25.06       251  UNIONDUE           10.75  0   069  DESP
        067  FICA CONTRIB   51.79    C  068  MEDCARE CONTRI     12.11  C   031  ST U
        030  FED UNEMP CONT  1.96    C
                                    --------PAY-----------------F-S FL  TIME     PERI
                            0300     OTD-OVERTIME      152.49  1 1      5.98  02/28.
                            0300     PIB-PROD BONUS      2.81  1 1      0.11  02/28.
                            0300     REG-REGULAR       680.00  1 1     40.00  02/28.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/04 -12/31/04                      PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE            *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*****************************************  ACTIVE       FULL-TIME      UNION-      BU-
                                          BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV
            UPS EMPL TYPE: F       FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:     0   401K PRCNT:   0
CUR PAYMENT    NET PAY:    622.00   TOTAL GRS:       828.41   FWT GRS:       828.41  FICA C/QPP GR
A   1683 1Y MEDICARE GRS:  828.41  ST/QWT GRS:       828.41   RTR GRS:       828.41         FUT GR
 02/27/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
```

SCHED: 009 END 02/21/04 W1

NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 271071321 ACCOUNT: 8344126309    TYPE

UPS 0688

TEST

Page 16 of 18

```
          020  FICA              51.36      036  FICA MEDICARE      12.02      022  FEDE
          025  ST TAX-XX         24.85      251  UNIONDUE           10.75  O   069  DESF
          067  FICA CONTRIB      51.36   C  068  MEDCARE CONTRI     12.02   C  031  ST U
          030  FED UNEMP CONT     6.63   C
                                         --------PAY--------------------F-S  FL  TIME   PERI
                                0300     OTD-OVERTIME     144.84  1 1      5.68  02/21
                                0300     PIB-PROD BONUS     3.57  1 1      0.14  02/21
                                0300     REG-REGULAR      680.00  1 1     40.00  02/21
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE            *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*******************************************    ACTIVE        FULL-TIME     UNION-        BU-
                                      BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:        SUPERV:
            UPS EMPL TYPE: F     FULL / PART: F     UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:     632.44   TOTAL GRS:      842.44     FWT GRS:      842.44  FICA C/QPP GR:
A   1660 1Y MEDICARE GRS:   842.44   ST/QWT GRS:     842.44     RTR GRS:      842.44            FUT GR:
02/20/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

                      SCHED: 008 END 02/14/04 W1

      NET PAY DISB TYPE: A     CHECK/ADVICE DISTR:        TRANSIT: 271071321  ACCOUNT: 8344126309        TYPE

          020  FICA              52.23      036  FICA MEDICARE      12.21      022  FEDE
          025  ST TAX-XX         25.27      251  UNIONDUE           10.75  O   069  DESP
          067  FICA CONTRIB      52.23   C  068  MEDCARE CONTRI     12.21   C  031  ST U
          030  FED UNEMP CONT     6.74   C
                                         --------PAY--------------------F-S  FL  TIME   PERI
                                0300     OTD-OVERTIME     159.38  1 1      6.25  02/14
                                0300     PIB-PROD BONUS     3.06  1 1      0.12  02/14
                                0300     REG-REGULAR      680.00  1 1     40.00  02/14
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE            *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*******************************************    ACTIVE        FULL-TIME     UNION-        BU-
                                      BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:        SUPERV:
            UPS EMPL TYPE: F     FULL / PART: F     UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:     636.22   TOTAL GRS:      847.54     FWT GRS:      847.54  FICA C/QPP GR:
A   1677 1Y MEDICARE GRS:   847.54   ST/QWT GRS:     847.54     RTR GRS:      847.54            FUT GR:
02/13/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

                      SCHED: 007 END 02/07/04 W1

      NET PAY DISB TYPE: A     CHECK/ADVICE DISTR:        TRANSIT: 271071321  ACCOUNT: 8344126309        TYPE

          020  FICA              52.55      036  FICA MEDICARE      12.29      022  FEDE
          025  ST TAX-XX         25.43      251  UNIONDUE           10.75  O   069  DESP
          067  FICA CONTRIB      52.55   C  068  MEDCARE CONTRI     12.29   C  031  ST U
          030  FED UNEMP CONT     6.78   C
                                         --------PAY--------------------F-S  FL  TIME   PERI
                                0300     OTD-OVERTIME     157.08  1 1      6.16  02/07
                                0300     PIB-PROD BONUS    10.46  1 1      0.41  02/07
                                0300     REG-REGULAR      680.00  1 1     40.00  02/07
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                    PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE            *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*******************************************    ACTIVE        FULL-TIME     UNION-        BU-
                                      BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:        SUPERV:
            UPS EMPL TYPE: F     FULL / PART: F     UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:     625.42   TOTAL GRS:      833.00     FWT GRS:      833.00  FICA C/QPP GR:
A   1686 1Y MEDICARE GRS:   833.00   ST/QWT GRS:     833.00     RTR GRS:      833.00            FUT GR:
02/06/04  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014

                      SCHED: 006 END 01/31/04 W1

      NET PAY DISB TYPE: A     CHECK/ADVICE DISTR:        TRANSIT: 271071321  ACCOUNT: 8344126309        TYPE
```

**UPS 0689**

TEST

```
        020  FICA              51.64        036  FICA MEDICARE       12.08      022   FEDE
        025  ST TAX-XX         24.99        251  UNIONDUE            10.75  0   069   DFSF
        067  FICA CONTRIB      51.64    C   068  MEDCARE CONTRI      12.08  C   031   ST U
        030  FED UNEMP CONT     6.66    C
                                            --------PAY----------------F-S FL  TIME      PERI
                                   0300     OTD-OVERTIME            134.13 1 1    5.26  01/31
                                   0300     PIB-PROD BONUS           18.87 1 1    0.74  01/31
                                   0300     REG-REGULAR             680.00 1 1   40.00  01/31
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                 PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                     PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE               * OPERATION TYPE: PKG      PACKAGE OPERATIONS
**************************************   ACTIVE        FULL-TIME      UNION-          BU-
                                        BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:     SUPERV:
                                        FULL / PART: F  UNION LOCAL: 0705   UNION SUB LOCAL: 0         U
              UPS EMPL TYPE: F            0   401K PRCNT:  0
          STOCK UNITS PURCHASED:    0          TOTAL GRS:    842.18    FWT GRS:       842.18   FICA C/QPP GR:
CUR PAYMENT    NET PAY:    642.98
A   1696 1Y MEDICARE GRS:        842.18 ST/QWT GRS:   842.18    RTR GRS:       842.18   FUT GR:
01/30/04 TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                         SCHED: 005 END 01/24/04 W1

     NET PAY DISB TYPE: A   CHECK/ADVICE DISTR:        TRANSIT: 271071321  ACCOUNT: 8344126309        TYPE

        020  FICA              52.22        036  FICA MEDICARE       12.21      022   FEDE
        025  ST TAX-XX         25.27        251  UNIONDUE             0.00  0   069   DFSF
        067  FICA CONTRIB      52.22    C   068  MEDCARE CONTRI      12.21  C   031   ST U
        030  FED UNEMP CONT     6.74    C
                                            --------PAY----------------F-S FL  TIME      PERI
                                   0300     OTD-OVERTIME            148.41 1 1    5.82  01/24.
                                   0300     PIB-PROD BONUS           13.77 1 1    0.54  01/24.
                                   0300     REG-REGULAR             680.00 1 1   40.00  01/24.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                 PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                     PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE               * OPERATION TYPE: PKG      PACKAGE OPERATIONS
**************************************   ACTIVE        PART-TIME      UNION-          BU-
                                        BUILDING: 6034  HOME CENTER: 6034    SORT TYPE CODE:     SUPERV:
                                        FULL / PART: P  UNION LOCAL: 0705   UNION SUB LOCAL: 0         U
              UPS EMPL TYPE: P            0   401K PRCNT:  0
          STOCK UNITS PURCHASED:    0          TOTAL GRS:    909.82    FWT GRS:       909.82   FICA C/QPP GR:
CUR PAYMENT    NET PAY:    682.53
A   1583 1Y MEDICARE GRS:        909.82 ST/QWT GRS:   909.82    RTR GRS:       909.82   FUT GR:
01/23/04 TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                         SCHED: 004 END 01/17/04 W1

     NET PAY DISB TYPE: A   CHECK/ADVICE DISTR:        TRANSIT: 271071321  ACCOUNT: 8344126309        TYPE

        020  FICA              56.41        036  FICA MEDICARE       13.19      022   FEDE
        025  ST TAX-XX         27.29        251  UNIONDUE            10.75  0   069   DFSF
        067  FICA CONTRIB      56.41    C   068  MEDCARE CONTRI      13.19  C   031   ST U
        030  FED UNEMP CONT     7.28    C
                                            --------PAY----------------F-S FL  TIME      PERI
                                   0311     OTD-OVERTIME             22.94 1 1    1.33  01/17.
                                   0311     OTD-OVERTIME            223.38 1 1    8.76  01/17
                                   0311     REG-REGULAR              34.50 1 1    3.00  01/17.
                                   0311     REG-REGULAR             629.00 1 1   37.00  01/17.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                 PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                     PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE               * OPERATION TYPE: PKG      PACKAGE OPERATIONS
**************************************   ACTIVE        PART TIME      UNION-          BU-
                                        BUILDING: 6034  HOME CENTER: 6034    SORT TYPE CODE:     SUPERV
                                        FULL / PART: P  UNION LOCAL: 0705   UNION SUB LOCAL: 0         U
              UPS EMPL TYPE: P            0   401K PRCNT:  0
          STOCK UNITS PURCHASED:    0          TOTAL GRS:    698.62    FWT GRS:       698.62   FICA C/QPP GR:
CUR PAYMENT    NET PAY:    525.50
A   1572 1Y MEDICARE GRS:        698.62 ST/QWT GRS:   698.62    RTR GRS:       698.62   FUT GR:
01/16/04 TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                         SCHED: 003 END 01/10/04 W1

     NET PAY DISB TYPE: A   CHECK/ADVICE DISTR:        TRANSIT: 271071321  ACCOUNT: 8344126309        TYPE
```

**UPS 0690**

TEST

```
          020  FICA              43.31      036  FICA MEDICARE      10.13      022  FEDE
          025  ST TAX-XX         20.96      251  UNIONDUE           10.75  O   069  DESP
          067  FICA CONTRIB      43.31   C  068  MEDCARE CONTRI     10.13  C   031  ST UI
          030  FED UNEMP CONT     5.59   C
                                            ---------PAY----------------F-S FL  TIME      PERI(
                                    0311    OTD-OVERTIME              40.04  1 1    1.57  01/10
                                    0311    REG-REGULAR              658.58  1 1   38.74  01/10
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/04  -12/31/04                   PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG       PACKAGE OPERATIONS
*************************************          ACTIVE       PART-TIME   UNION-    BU-
                                        BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:        SUPERV.
               UPS EMPL TYPE: F     FULL / PART: P   UNION LOCAL: 0705   UNION SUB LOCAL: 0         UI
          STOCK UNITS PURCHASED:  0    401K PRCNT:   0
CUR PAYMENT    NET PAY:     301.30   TOTAL GRS:      399.08   FWT GRS:      399.08   FICA C/QPP GR:
A   1663 1Y MEDICARE GRS:   399.08  ST/QWT GRS:      399.08   RTR GRS:      399.08      FUT GR:
01/09/04 TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                        SCHED: 002 END 01/03/04 W1

     NET PAY DISB TYPE: A     CHECK/ADVICE DISTR:       TRANSIT: 271071321  ACCOUNT: 8344126309        TYPE

          020  FICA              24.75      036  FICA MEDICARE       5.79      022  FEDE
          025  ST TAX-XX         11.97      251  UNIONDUE           10.75  O   069  DESP
          067  FICA CONTRIB      24.75   C  068  MEDCARE CONTRI      5.79  C   031  ST UI
          030  FED UNEMP CONT     3.19   C
                                            ---------PAY----------------F-S FL  TIME      PERI(
                                    0311    HOL-HOLIDAY              136.00  1 1    8.00  01/03
                                    0311    OTD-OVERTIME             101.24  1 1    3.97  01/03.
                                    0311    REG-REGULAR               24.86  1 1    N/A   01/03.
                                    0311    REG-REGULAR               51.98  1 1    4.52  01/03.
                                    0311    REG-REGULAR               85.00  1 1    5.00  01/03.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:06:01    UNITED PARCEL SERVICE
```

**UPS 0691**

TEST

Sent using CRESTPOINT SERVICES RViewer    Report Viewing System (Ver 1.6.0.0)
Copyright 1998-2005, Crestpoint Services, Dallas, Texas
    PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06        UNITED PARCEL SERVICE
    0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
    REPORT PERIOD 01/01/05 -12/31/05                        PAYROLL HISTORY REPORT


    359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG    PACKAGE OPERATIONS
    *************************************      ACTIVE       FULL-TIME      UNION-        BU-
                                        BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
              UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0      U
         STOCK UNITS PURCHASED:   0   401K PRCNT:  0
    CUR PAYMENT     NET PAY:      0.00   TOTAL GRS:      0.00   FWT GRS:      0.00   FICA C/QPP GR:
         4Y MEDICARE GRS:       0.00   ST/QWT GRS:      0.00   RTR GRS:      0.00      FUT GR:
    11/10/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                        SCHED: 045 END                 W1

        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

                    251  UNIONDUE              0.00  0   251  UNIONDUE                   NO   069  DESP.
    PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06        UNITED PARCEL SERVICE
    0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
    REPORT PERIOD 01/01/05 -12/31/05                        PAYROLL HISTORY REPORT


    359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG    PACKAGE OPERATIONS
    *************************************      LV W/ PAY03/09/05 FULL-TIME   UNION-       BU-
                                        BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
              UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0      U
         STOCK UNITS PURCHASED:   0   401K PRCNT:  0
    CUR PAYMENT     NET PAY:      0.00   TOTAL GRS:      0.00   FWT GRS:      0.00   FICA C/QPP GR:
         4Y MEDICARE GRS:       0.00   ST/QWT GRS:      0.00   RTR GRS:      0.00      FUT GR:
    11/04/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                        SCHED: 044 END                 W1

        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

                    251  UNIONDUE              0.00  0   251  UNIONDUE             25.00 NO   069  DESP.
    PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06        UNITED PARCEL SERVICE
    0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
    REPORT PERIOD 01/01/05 -12/31/05                        PAYROLL HISTORY REPORT


    359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG    PACKAGE OPERATIONS
    *************************************      LV W/ PAY03/09/05 FULL-TIME   UNION-       BU-
                                        BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
              UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0      U
         STOCK UNITS PURCHASED:   0   401K PRCNT:  0
    CUR PAYMENT     NET PAY:      0.00   TOTAL GRS:      0.00   FWT GRS:      0.00   FICA C/QPP GR:
         4Y MEDICARE GRS:       0.00   ST/QWT GRS:      0.00   RTR GRS:      0.00      FUT GR:
    10/28/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                        SCHED: 043 END                 W1

        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

                    251  UNIONDUE              0.00  0   251  UNIONDUE             25.00 NO   069  DESP.
    PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06        UNITED PARCEL SERVICE
    0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
    REPORT PERIOD 01/01/05 -12/31/05                        PAYROLL HISTORY REPORT


    359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG    PACKAGE OPERATIONS
    *************************************      ACTIVE       FULL-TIME      UNION-        BU-
                                        BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
              UPS EMPL TYPE: F      FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0      U
         STOCK UNITS PURCHASED:   0   401K PRCNT:  0
    CUR PAYMENT     NET PAY:      0.00   TOTAL GRS:      0.00   FWT GRS:      0.00   FICA C/QPP GR:
         4Y MEDICARE GRS:       0.00   ST/QWT GRS:      0.00   RTR GRS:      0.00      FWT GR:
    10/21/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                        SCHED: 042 END 10        W1

        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

**UPS 0692**

TEST

```
                    251  UNIONDUE          0.00  O   251  UNIONDUE         25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG      PACKAGE OPERATIONS
********************************       ACTIVE       FULL-TIME      UNION-       BU-
                                    BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
            UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
        STOCK UNITS PURCHASED:    0    401K PRCNT:   0
CUR PAYMENT      NET PAY:    649.10   TOTAL GNS:        850.00    FWT GRS:        850.00   FICA C/QPP GR:
A    789 4Y MEDICARE GRS:     850.00  ST/QWT GRS:      850.00    RTR GRS:        850.00   FUT GR:
  10/21/05  TAX CD: FED-M00 ST-M /00 ST/F TXD-0014
                                        SCHED: 042 END 10/15/05 W1
        SEPARATE CHECK #: 2   VOLUNTARY DEDUCTIONS: N   DEDUCTION SCHEDULE CODE: 5   SEPARATE CHECK

     NET PAY DISB TYPE: A   CHECK/ADVICE DISTR:        TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE

            020 FICA              52.70   036 FICA MEDICARE        12.32    022 FEDE:
            025 ST TAX-XX         25.50   069 DESPP REGULAR        20.00    067 FICA
            068 MEDCARE CONTRI    12.32 C 031 ST UNEMP CONTR       18.70  C
                                         ---------PAY----------F-S PL  TIME       PERI:
                               0300       VAC-VACATION                1 1     50.00 10/29
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG      PACKAGE OPERATIONS
********************************       ACTIVE       FULL-TIME      UNION-       BU-
                                    BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
            UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
        STOCK UNITS PURCHASED:    0    401K PRCNT:   0
CUR PAYMENT      NET PAY:    0.00   TOTAL GRS:          0.00    FWT GRS:          0.00   FICA C/QPP GR:
         4Y MEDICARE GRS:     0.00  ST/QWT GRS:        0.00    RTR GRS:          0.00   FUT GR:
  10/14/05  TAX CD: FED-M00 ST-M /00 ST/F TXD-0014
                                        SCHED: 041 END 10/08/05 W1

     NET PAY DISB TYPE: C   CHECK/ADVICE DISTR:

                    251  UNIONDUE          0.00  O   251  UNIONDUE         25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG      PACKAGE OPERATIONS
********************************       ACTIVE       FULL-TIME      UNION-       BU-
                                    BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
            UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
        STOCK UNITS PURCHASED:    0    401K PRCNT:   0
CUR PAYMENT      NET PAY:    0.00   TOTAL GRS:          0.00    FWT GRS:          0.00   FICA C/QPP GR:
         4Y MEDICARE GRS:     0.00  ST/QWT GRS:        0.00    RTR GRS:          0.00   FUT GR:
  10/07/05  TAX CD: FED-M00 ST-M /00 ST/F TXD-0014
                                        SCHED: 040 END 10/01/05 W1

     NET PAY DISB TYPE: C   CHECK/ADVICE DISTR:

                    251  UNIONDUE          0.00  O   251  UNIONDUE         25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG      PACKAGE OPERATIONS
********************************       LV W/ PAY03/09/05 FULL-TIME    UNION-       BU-
                                    BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
            UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
        STOCK UNITS PURCHASED:    0    401K PRCNT:   0
CUR PAYMENT      NET PAY:    0.00   TOTAL GRS:          0.00    FWT GRS:          0.00   FICA C/QPP GR:
         3Y MEDICARE GRS:     0.00  ST/QWT GRS:        0.00    RTR GRS:          0.00   FUT GR:
  09/30/05  TAX CD: FED-M00 ST-M /00 ST/F TXD-0014
                                        SCHED: 039 END 09/24/05 W1
```

**UPS 0693**

TEST                                                                    Page 3 of 14

```
      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            251  UNIONDUE              0.00  O  251  UNIONDUE           25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                     PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
*******************************************   ACTIVE      FULL-TIME      UNION-      BU-
                                      BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:     SUPERV:
              UPS EMPL TYPE: F   FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        UI
        STOCK UNITS PURCHASED:   0   401K PRCNT:   0
CUR PAYMENT    NET PAY:     0.00   TOTAL GRS:        0.00    FWT GRS:         0.00   FICA C/QPP GR:
        3Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00    RTR GRS:        0.00      FUT GR:
09/23/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                      SCHED: 038 END 09/17/05 W1


      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            251  UNIONDUE              0.00  O  251  UNIONDUE           25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                     PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
*******************************************   LV W/ PAY03/09/05 FULL-TIME   UNION-      BU-
                                      BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:     SUPERV:
              UPS EMPL TYPE: F   FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        UI
        STOCK UNITS PURCHASED:   0   401K PRCNT:   0
CUR PAYMENT    NET PAY:     0.00   TOTAL GRS:        0.00    FWT GRS:         0.00   FICA C/QPP GR:
        3Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00    RTR GRS:        0.00      FUT GR:
09/16/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                      SCHED: 037 END 09/10/05 W1


      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            251  UNIONDUE              0.00  O  251  UNIONDUE           25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                     PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
*******************************************   ACTIVE      FULL-TIME      UNION-      BU-
                                      BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:     SUPERV:
              UPS EMPL TYPE: F   FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        UI
        STOCK UNITS PURCHASED:   0   401K PRCNT:   0
CUR PAYMENT    NET PAY:     0.00   TOTAL GRS:        0.00    FWT GRS:         0.00   FICA C/QPP GR:
        3Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00    RTR GRS:        0.00      FUT GR:
09/09/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                      SCHED: 036 END 09/03/05 W1


      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            251  UNIONDUE              0.00  O  251  UNIONDUE           25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06      UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                     PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
*******************************************   ACTIVE      FULL-TIME      UNION-      BU-
                                      BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:     SUPERV:
              UPS EMPL TYPE: F   FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0        UI
        STOCK UNITS PURCHASED:   0   401K PRCNT:   0
CUR PAYMENT    NET PAY:   649.09   TOTAL GRS:      850.00    FWT GRS:       850.00   FICA C/QPP GR:
A   2015 3Y MEDICARE GRS:   850.00   ST/QWT GRS:     850.00    RTR GRS:      850.00      FUT GR:
09/09/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                      SCHED: 036 END 09/03/05 W1
        SEPARATE CHECK #: 2   VOLUNTARY DEDUCTIONS: N   DEDUCTION SCHEDULE CODE: 3   SEPARATE CHECK

      NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:      TRANSIT: 071000013  ACCOUNT: 1110022333988     TYPE
```

**UPS 0694**

TEST

```
        020  FICA              52.70    036  FICA MEDICARE      12.33      022  FEDE
        025  ST TAX-XX         25.50    069  DESPP REGULAR      20.00      067  FICA
        068  MEDCARE CONTRI    12.33  C 031  ST UNEMP CONTR     18.70    C
                                      --------PAY-----------------F-S FL  TIME    PERI
                        0300           OPW-OPTIONWEEK            850.00 1 1   50.00 09/17
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/05 -12/31/05                    PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE                  *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*************************************         ACTIVE      FULL-TIME      UNION-    BU-
                                          BUILDING: ILADD HOME CENTER: 6050    SORT TYPE CODE:      SUPERV
                 UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:    0    401K PRCNT:    0
CUR PAYMENT    NET PAY:        0.00   TOTAL GRS:       23.04   FWT GRS:       23.04   FICA C/QPP GR
A     162 3Y MEDICARE GRS:    23.04   ST/QWT GRS:      23.04   RTR GRS:        0.00            FUT GR
  08/30/2007  TAX CD: FED-M00 ST-M /00 ST/F TXD-0014
                                          SCHED: 929 END 08/31/05 XX

        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

        122  SALES LEAD NET    15.00  O 020  FICA               1.43      036  FICA
        022  FEDERAL TAX        5.76    025  ST TAX-XX          0.52      067  FICA
        068  MEDCARE CONTRI     0.33  C 031  ST UNEMP CONTR     0.51    C 025  ST T
                                      --------PAY-----------------F-S FL  TIME    PERI
        7091860246PKG6050  0              0300        SLI-SALESLEAD          23.04 2 2     N/A   08/31
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/05 -12/31/05                    PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE                  *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*************************************         LV W/ PAY03/09/05 FULL-TIME      UNION-    BU-
                                          BUILDING: ILADD HOME CENTER: 6050    SORT TYPE CODE:      SUPERV
                 UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:    0    401K PRCNT:    0
CUR PAYMENT    NET PAY:        0.00   TOTAL GRS:        0.00   FWT GRS:        0.00   FICA C/QPP GR
          3Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00   RTR GRS:        0.00            FUT GR
  09/02/05  TAX CD: FED-M00 ST-M /00 ST/F TXD-0014
                                          SCHED: 035 END 08/27/05 W1

        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

        251  UNIONDUE           0.00  O 251  UNIONDUE          25.00 NO  069  DESP
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/05 -12/31/05                    PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE                  *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*************************************         ACTIVE      FULL-TIME      UNION-    BU-
                                          BUILDING: ILADD HOME CENTER: 6050    SORT TYPE CODE:      SUPERV
                 UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:    0    401K PRCNT:    0
CUR PAYMENT    NET PAY:        0.00   TOTAL GRS:        0.00   FWT GRS:        0.00   FICA C/QPP GR
          3Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00   RTR GRS:        0.00            FUT GR
  08/26/05  TAX CD: FED-M00 ST-M /00 ST/F TXD-0014
                                          SCHED: 034 END 08/20/05 W1

        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

        251  UNIONDUE           0.00  O 251  UNIONDUE          25.00 NO  069  DESP
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                            PAYROLL PROCESSING
REPORT PERIOD 01/01/05 -12/31/05                    PAYROLL HISTORY REPORT
```

```
359801956  ANDREU, JOSE                  *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
*************************************         LV W/ PAY03/09/05 FULL-TIME      UNION-    BU-
                                          BUILDING: ILADD HOME CENTER: 6050    SORT TYPE CODE:      SUPERV
                 UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U
        STOCK UNITS PURCHASED:    0    401K PRCNT:    0
CUR PAYMENT    NET PAY:        0.00   TOTAL GRS:        0.00   FWT GRS:        0.00   FICA C/QPP GR
```

**UPS 0695**

TEST

Page 5 of 14

```
      3Y MEDICARE GRS:        0.00  ST/QWT GRS:         0.00      RTR GRS:          0.00         FUT GR:
08/19/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                            SCHED: 033 END 08/13/05 W1

     NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

             251  UNIONDUE              0.00  O   251  UNIONDUE            25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                  PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG      PACKAGE OPERATIONS
************************************   LV W/ PAY03/09/05 FULL-TIME     UNION-        BU-
                                      BUILDING: 1LADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
           UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
      STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT     NET PAY:     649.09   TOTAL GRS:       850.00    FWT GRS:        850.00   FICA C/QPP GR:
A  2018 3Y MEDICARE GRS:     850.00  ST/QWT GRS:       850.00    RTR GRS:        850.00       FUT GR:
08/19/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                            SCHED: 033 END 08/13/05 W1
          SEPARATE CHECK #: 2   VOLUNTARY DEDUCTIONS: N   DEDUCTION SCHEDULE CODE: 4   SEPARATE CHECK

     NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE

             020  FICA          52.70   036  FICA MEDICARE      12.33    022  FEDE
             025  ST TAX-XX     25.50   069  DESPP REGULAR      20.00    067  FICA
             068  MEDCARE CONTRI 12.33  C 031  ST UNEMP CONTR    18.70   C
                                        ----------PAY------------------F-S FL   TIME       PERI:
                              0300       VAC-VACATION          850.00 1 1     50.00  08/27:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                  PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG      PACKAGE OPERATIONS
************************************      ACTIVE       FULL-TIME     UNION-       BU-
                                      BUILDING: 1LADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
           UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
      STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT     NET PAY:     0.00   TOTAL GRS:        0.00    FWT GRS:         0.00   FICA C/QPP GR:
      3Y MEDICARE GRS:       0.00  ST/QWT GRS:        0.00    RTR GRS:         0.00       FUT GR:
08/12/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                            SCHED: 032 END 08/06/05 W1

     NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

             251  UNIONDUE              0.00  O   251  UNIONDUE            25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                  PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG      PACKAGE OPERATIONS
************************************   LV W/ PAY03/09/05 FULL-TIME     UNION-       BU-
                                      BUILDING: 1LADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
           UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
      STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT     NET PAY:     0.00   TOTAL GRS:        0.00    FWT GRS:         0.00   FICA C/QPP GR:
      3Y MEDICARE GRS:       0.00  ST/QWT GRS:        0.00    RTR GRS:         0.00       FUT GR:
08/05/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                            SCHED: 031 END 07/30/05 W1

     NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

             251  UNIONDUE              0.00  O   251  UNIONDUE            25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06   UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                  PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG      PACKAGE OPERATIONS
************************************      ACTIVE       FULL-TIME     UNION-       BU-
                                      BUILDING: 1LADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
           UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
```

**UPS 0696**

TEST                                                                                    Page 6 of 14

```
                    STOCK UNITS PURCHASED:     0   401K PRCNT:    0
CUR PAYMENT      NET PAY:        0.00   TOTAL GRS:            0.00   FWT GRS:         0.00   FICA C/QPP GR:
                 3Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00   RTR GRS:        0.00         FUT GR:
 07/29/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                            SCHED: 030 END 07/23/05 W1

        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

               251  UNIONDUE              0.00  0  251  UNIONDUE              25.00 NO  069  DESP:
 PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06      UNITED PARCEL SERVICE
 0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
 REPORT PERIOD 01/01/05 -12/31/05                      PAYROLL HISTORY REPORT


 359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
 *******************************************  LV W/ PAY03/09/05 FULL-TIME    UNION-      BU-
                                 BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U:
             STOCK UNITS PURCHASED:     0   401K PRCNT:    0
CUR PAYMENT      NET PAY:        0.00   TOTAL GRS:            0.00   FWT GRS:         0.00   FICA C/QPP GR:
                 3Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00   RTR GRS:        0.00         FUT GR:
 07/22/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                            SCHED: 029 END 07/16/05 W1

        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

               251  UNIONDUE              0.00  0  251  UNIONDUE              25.00 NO  069  DESP:
 PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06      UNITED PARCEL SERVICE
 0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
 REPORT PERIOD 01/01/05 -12/31/05                      PAYROLL HISTORY REPORT


 359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
 *******************************************  ACTIVE        FULL-TIME    UNION-      BU-
                                 BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U:
             STOCK UNITS PURCHASED:     0   401K PRCNT:    0
CUR PAYMENT      NET PAY:        0.00   TOTAL GRS:            0.00   FWT GRS:         0.00   FICA C/QPP GR:
                 3Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00   RTR GRS:        0.00         FUT GR:
 07/15/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                            SCHED: 028 END 07/09/05 W1

        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

               251  UNIONDUE              0.00  0  251  UNIONDUE              25.00 NO  069  DESP:
 PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06      UNITED PARCEL SERVICE
 0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
 REPORT PERIOD 01/01/05 -12/31/05                      PAYROLL HISTORY REPORT


 359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
 *******************************************  ACTIVE        FULL-TIME    UNION-      BU-
                                 BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U:
             STOCK UNITS PURCHASED:     0   401K PRCNT:    0
CUR PAYMENT      NET PAY:        0.00   TOTAL GRS:            0.00   FWT GRS:         0.00   FICA C/QPP GR:
                 3Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00   RTR GRS:        0.00         FUT GR:
 07/08/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                            SCHED: 027 END 07/02/05 W1

        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

               251  UNIONDUE              0.00  0  251  UNIONDUE              25.00 NO  069  DESP:
 PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06      UNITED PARCEL SERVICE
 0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
 REPORT PERIOD 01/01/05 -12/31/05                      PAYROLL HISTORY REPORT


 359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
 *******************************************  ACTIVE        FULL-TIME    UNION-      BU-
                                 BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U:
             STOCK UNITS PURCHASED:     0   401K PRCNT:    0
CUR PAYMENT      NET PAY:        0.00   TOTAL GRS:            0.00   FWT GRS:         0.00   FICA C/QPP GR:
                 3Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00   RTR GRS:        0.00         FUT GR:
```

**UPS 0697**

TEST

```
07/01/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 026 END 06/25/05 W1

      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            251  UNIONDUE              0.00  O   251  UNIONDUE           25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06       UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                       PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG    PACKAGE OPERATIONS
**********************************      ACTIVE       FULL-TIME      UNION-       BU-
                                     BUILDING: 1LADD HOME CENTER: 6050    SORT TYPE CODE:       SUPERV:
           UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U:
     STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:     0.00   TOTAL GRS:          0.00    FWT GRS:      0.00   FICA C/QPP GR:
     2Y MEDICARE GRS:      0.00   ST/QWT GRS:         0.00    RTR GRS:      0.00           FUT GR:
06/24/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 025 END 06/18/05 W1

      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            251  UNIONDUE              0.00  O   251  UNIONDUE           25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06       UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                       PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG    PACKAGE OPERATIONS
**********************************      ACTIVE       FULL-TIME      UNION-       BU-
                                     BUILDING: 1LADD HOME CENTER: 6050    SORT TYPE CODE:       SUPERV:
           UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U:
     STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:     0.00   TOTAL GRS:          0.00    FWT GRS:      0.00   FICA C/QPP GR:
     2Y MEDICARE GRS:      0.00   ST/QWT GRS:         0.00    RTR GRS:      0.00           FUT GR:
06/17/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 024 END 06/11/05 W1

    NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            069  DESPP REGULAR        20.00 NO
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06       UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                       PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG    PACKAGE OPERATIONS
**********************************      ACTIVE       FULL-TIME      UNION-       BU-
                                     BUILDING: 1LADD HOME CENTER: 6050    SORT TYPE CODE:       SUPERV:
           UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U:
     STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:     0.00   TOTAL GRS:          0.00    FWT GRS:      0.00   FICA C/QPP GR:
     2Y MEDICARE GRS:      0.00   ST/QWT GRS:         0.00    RTR GRS:      0.00           FUT GR:
06/10/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 023 END 06/04/05 W1

      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            251  UNIONDUE              0.00  O   251  UNIONDUE           25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06       UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                                PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                       PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG    PACKAGE OPERATIONS
**********************************      ACTIVE       FULL-TIME      UNION-       BU-
                                     BUILDING: 1LADD HOME CENTER: 6050    SORT TYPE CODE:       SUPERV:
           UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        U:
     STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT    NET PAY:     0.00   TOTAL GRS:          0.00    FWT GRS:      0.00   FICA C/QPP GR:
     2Y MEDICARE GRS:      0.00   ST/QWT GRS:         0.00    RTR GRS:      0.00           FUT GR:
06/03/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 022 END 05/28/05 W1
```

**UPS 0698**

TEST

```
        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            251  UNIONDUE              0.00  O  251  UNIONDUE        25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE                * OPERATION TYPE: PKG     PACKAGE OPERATIONS
*******************************************  ACTIVE      FULL-TIME    UNION-      BU-
                            BUILDING: ILADD HOME CENTER: 6050    SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705  UNION SUB LOCAL: 0      U
        STOCK UNITS PURCHASED:   0    401K PRCNT:  0
CUR PAYMENT      NET PAY:    0.00   TOTAL GRS:       0.00   FWT GRS:      0.00  FICA C/QPP GR:
       2Y MEDICARE GRS:      0.00   ST/QWT GRS:      0.00   RTR GRS:      0.00      FUT GR:
   05/27/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                  SCHED: 021 END 05/21/05 W1


        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            251  UNIONDUE              0.00  O  251  UNIONDUE        25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE                * OPERATION TYPE: PKG     PACKAGE OPERATIONS
*******************************************  ACTIVE      FULL-TIME    UNION-      BU-
                            BUILDING: ILADD HOME CENTER: 6050    SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705  UNION SUB LOCAL: 0      U
        STOCK UNITS PURCHASED:   0    401K PRCNT:  0
CUR PAYMENT      NET PAY:    0.00   TOTAL GRS:       0.00   FWT GRS:      0.00  FICA C/QPP GR:
       2Y MEDICARE GRS:      0.00   ST/QWT GRS:      0.00   RTR GRS:      0.00      FUT GR:
   05/20/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                  SCHED: 020 END 05/14/05 W1


        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            251  UNIONDUE              0.00  O  251  UNIONDUE        25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE                * OPERATION TYPE: PKG     PACKAGE OPERATIONS
*******************************************  LV W/ PAY03/09/05 FULL-TIME    UNION-      BU-
                            BUILDING: 6050 HOME CENTER: 6050    SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705  UNION SUB LOCAL: 0      U
        STOCK UNITS PURCHASED:   0    401K PRCNT:  0
CUR PAYMENT      NET PAY:    0.00   TOTAL GRS:       0.00   FWT GRS:      0.00  FICA C/QPP GR:
       2Y MEDICARE GRS:      0.00   ST/QWT GRS:      0.00   RTR GRS:      0.00      FUT GR:
   05/13/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                  SCHED: 019 END 05/07/05 W1


        NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

            251  UNIONDUE              0.00  O  251  UNIONDUE        25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE                * OPERATION TYPE: PKG     PACKAGE OPERATIONS
*******************************************  LV W/ PAY03/09/05 FULL-TIME    UNION-      BU-
                            BUILDING: 6050 HOME CENTER: 6050    SORT TYPE CODE:      SUPERV:
             UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705  UNION SUB LOCAL: 0      U
        STOCK UNITS PURCHASED:   0    401K PRCNT:  0
CUR PAYMENT      NET PAY:  649.10   TOTAL GRS:     850.00   FWT GRS:    850.00  FICA C/QPP GR:
A   1893 2Y MEDICARE GRS: 850.00   ST/QWT GRS:    850.00   RTR GRS:    850.00      FUT GR:
   05/13/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                  SCHED: 019 END 05/07/05 W1
        SEPARATE CHECK #: 2   VOLUNTARY DEDUCTIONS: N   DEDUCTION SCHEDULE CODE: 3   SEPARATE CHECK

     NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:       TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE
```

**UPS 0699**

TEST
Page 9 of 14

```
        020  FICA            52.70    036  FICA MEDICARE      12.32      022  FEDE
        025  ST TAX-XX       25.50    069  DESPP REGULAR      20.00      067  FICA
        068  MEDCARE CONTRI  12.32  C 031  ST UNEMP CONTR     18.70    C 030  FED
                                     ---------PAY------------------F-S FL  TIME      PERIO
                                0300     VAC-VACATION          850.00  1 1   50.00  05/21.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05 -12/31/05                     PAYROLL HISTORY REPORT
```

```
359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
********************************            ACTIVE       FULL-TIME      UNION-       BU-
                                     BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
              UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0         U
        STOCK UNITS PURCHASED:    0    401K PRCNT:    0
CUR PAYMENT     NET PAY:       0.00   TOTAL GRS:        0.00   FWT GRS:       0.00   FICA C/QPP GR:
          2Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00   RTR GRS:       0.00        FUT GR:
05/06/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                          SCHED: 018 END 04/30/05 W1

      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:
```

```
              251  UNIONDUE            0.00  O  251  UNIONDUE          25.00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05 -12/31/05                     PAYROLL HISTORY REPORT
```

```
359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
********************************            ACTIVE       FULL-TIME      UNION-       BU-
                                     BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
              UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0         U
        STOCK UNITS PURCHASED:    0    401K PRCNT:    0
CUR PAYMENT     NET PAY:       0.00   TOTAL GRS:        0.00   FWT GRS:       0.00   FICA C/QPP GR:
          2Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00   RTR GRS:       0.00        FUT GR:
04/29/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                          SCHED: 017 END 04/23/05 W1

      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:
```

```
              251  UNIONDUE            0.00  O  251  UNIONDUE          12.90 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05 -12/31/05                     PAYROLL HISTORY REPORT
```

```
359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
********************************            ACTIVE       FULL-TIME      UNION-       BU-
                                     BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
              UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0         U
        STOCK UNITS PURCHASED:    0    401K PRCNT:    0
CUR PAYMENT     NET PAY:       0.00   TOTAL GRS:        0.00   FWT GRS:       0.00   FICA C/QPP GR:
          2Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00   RTR GRS:       0.00        FUT GR:
04/22/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                          SCHED: 016 END 04/16/05 W1

      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:
```

```
              251  UNIONDUE            0.00  O  251  UNIONDUE          12.90 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05 -12/31/05                     PAYROLL HISTORY REPORT
```

```
359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
********************************            ACTIVE       FULL-TIME      UNION-       BU-
                                     BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
              UPS EMPL TYPE: F      FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0         U
        STOCK UNITS PURCHASED:    0    401K PRCNT:    0
CUR PAYMENT     NET PAY:       0.00   TOTAL GRS:        0.00   FWT GRS:       0.00   FICA C/QPP GR:
          2Y MEDICARE GRS:     0.00   ST/QWT GRS:       0.00   RTR GRS:       0.00        FUT GR:
04/15/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                          SCHED: 015 END 04/09/05 W1

      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:
```

**UPS 0700**

TEST

```
                       251  UNIONDUE              0.00  O   251  UNIONDUE          12.90 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                     PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
********************************************  LV W/ PAY03/09/05 FULL-TIME     UNION-        BU-
                                       BUILDING: 1LADD HOME CENTER: 6050    SORT TYPE CODE:       SUPERV:
              UPS EMPL TYPE: F    FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        UN
        STOCK UNITS PURCHASED:    0   401K PRCNT:    0
CUR PAYMENT     NET PAY:      0.00    TOTAL GRS:           0.00    FWT GRS:          0.00  FICA C/QPP GR:
        2Y MEDICARE GRS:      0.00    ST/QWT GRS:          0.00    RTR GRS:          0.00        FUT GR:
04/08/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                     SCHED: 014 END 0        W1

      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

                       251  UNIONDUE              0.00  O   251  UNIONDUE              00 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                     PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
********************************************   ACTIVE        FULL-TIME     UNION-        BU-
                                       BUILDING: 1LADD HOME CENTER: 6050    SORT TYPE CODE:       SUPERV:
              UPS EMPL TYPE: F    FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        UN
        STOCK UNITS PURCHASED:    0   401K PRCNT:    0
CUR PAYMENT     NET PAY:      0.00    TOTAL GRS:           0.00    FWT GRS:          0.00  FICA C/QPP GR:
        2Y MEDICARE GRS:      0.00    ST/QWT GRS:          0.00    RTR GRS:          0.00        FUT GR:
04/01/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                     SCHED: 013 END 03/26/05 W1

      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

                       251  UNIONDUE              0.00  O   251  UNIONDUE          12.90 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                     PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
********************************************   ACTIVE        FULL-TIME     UNION-        BU-
                                       BUILDING: 1LADD HOME CENTER: 6050    SORT TYPE CODE:       SUPERV:
              UPS EMPL TYPE: F    FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        UN
        STOCK UNITS PURCHASED:    0   401K PRCNT:    0
CUR PAYMENT     NET PAY:      0.00    TOTAL GRS:           0.00    FWT GRS:          0.00  FICA C/QPP GR:
        1Y MEDICARE GRS:      0.00    ST/QWT GRS:          0.00    RTR GRS:          0.00        FUT GR:
03/25/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                     SCHED: 012 END        05 W1

      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

                       251  UNIONDUE              0.00  O   251  UNIONDUE            75 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                              PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                     PAYROLL HISTORY REPORT


359801956  ANDREU, JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
********************************************   ACTIVE        FULL-TIME     UNION-        BU-
                                       BUILDING: 1LADD HOME CENTER: 6050    SORT TYPE CODE:       SUPERV:
              UPS EMPL TYPE: F    FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0        UN
        STOCK UNITS PURCHASED:    0   401K PRCNT:    0
CUR PAYMENT     NET PAY:      0.00    TOTAL GRS:           0.00    FWT GRS:          0.00  FICA C/QPP GR:
        1Y MEDICARE GRS:      0.00    ST/QWT GRS:          0.00    RTR GRS:          0.00        FUT GR:
03/18/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                     SCHED: 011 END        05 W1

      NET PAY DISB TYPE: C    CHECK/ADVICE DISTR:

                       251  UNIONDUE              0.00  O   251  UNIONDUE          10.75 NO   069  DESP:
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
```

**UPS 0701**

TEST                                                                    Page 11 of 14

```
0246 NORTH ILLINOIS 0246                    PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05           PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG    PACKAGE OPERATIONS
*****************************************  ACTIVE     FULL-TIME    UNION-      BU-
                                    BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:      SUPERV
           UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
   STOCK UNITS PURCHASED:   0      401K PRCNT:   0
CUR PAYMENT   NET PAY:     511.95   TOTAL GRS:        680.00    FWT GRS:      680.00    FICA C/QPP GR
A  1946 1Y MEDICARE GRS:   680.00   ST/QWT GRS:       680.00    RTR GRS:      680.00         FUT GR
 03/11/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                         SCHED: 010 END 0        /05 W1

     NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:      TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE

              020    FICA              42.16       036   FICA MEDICARE      9.86       022   FEDE
              025    ST TAX-XX         20.40       251   UNIONDUE          10.75  0    069   DESP
              067    FICA CONTRIB      42.16    C  068   MEDCARE CONTRI     9.86   C   031   ST U
              030    FED UNEMP CONT     5.44       C
                                             --------PAY----------------F-S PL  TIME      PERI
              0300                                ATE-UPS-TOTAL           34.00  1 1           03/05
              0300                                REG-REGULAR            646.00  1 1          03/05.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG    PACKAGE OPERATIONS
*****************************************  ACTIVE     FULL-TIME    UNION-      BU-
                                    BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:      SUPERV
           UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
   STOCK UNITS PURCHASED:   0      401K PRCNT:   0
HANDDRAWN CK    NET PAY:     0.00   TOTAL GRS:        187.00    FWT GRS:      187.00    FICA C/QPP GR
C  999907 1Y MEDICARE GRS:  187.00   ST/QWT GRS:      187.00    RTR GRS:      187.00         FUT GR
 03/04/05  ST TXD-0014
                                         SCHED: 009 END 02/    /05 W1

              020    FICA              11.59       036   FICA MEDICARE      2.71       161   A/R
              022    FEDERAL TAX        3.96       025   ST TAX-XX          3.74       067   FICA
              068    MEDCARE CONTRI     2.71    C
         7001010246PKG6050  @         0300       GRV-GRIEVANCE                 2 2    N/A       02/26.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG    PACKAGE OPERATIONS
*****************************************  ACTIVE     FULL-TIME    UNION-      BU-
                                    BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:      SUPERV
           UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
   STOCK UNITS PURCHASED:   0      401K PRCNT:   0
CUR PAYMENT   NET PAY:     486.67   TOTAL GRS:        646.00    FWT GRS:      646.00    FICA C/QPP GR
A  1882 1Y MEDICARE GRS:   646.00   ST/QWT GRS:       646.00    RTR GRS:      646.00         FUT GR
 03/04/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                         SCHED: 009 END 02/28/05 W1

     NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:      TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE

              020    FICA              40.05       036   FICA MEDICARE      9.37       022   FEDE
              025    ST TAX-XX         19.38       251   UNIONDUE          10.75  0    069   DESP
              067    FICA CONTRIB      40.05    C  068   MEDCARE CONTRI     9.37   C   031   ST U
              030    FED UNEMP CONT     5.17       C
                                             --------PAY----------------F-S PL  TIME      PERI
              0300                                REG-REGULAR            646.00  1 1          02/26.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06     UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


359801956 ANDREU, JOSE              * OPERATION TYPE: PKG    PACKAGE OPERATIONS
*****************************************  ACTIVE     FULL-TIME    UNION-      BU-
                                    BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:      SUPERV
           UPS EMPL TYPE: F       FULL / PART: F    UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
```

**UPS 0702**

TEST                                                                    Page 12 of 14

```
              STOCK UNITS PURCHASED:    0    401K PRCNT:   0
CUR PAYMENT    NET PAY:      90.76   TOTAL GRS:      136.00    FWT GRS:      136.00   FICA C/QPP GR:
A   1856 1Y MEDICARE GRS:   136.00   ST/QWT GRS:     136.00    RTR GRS:      136.00   FUT GR:
02/25/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 008 END 02/19/05 W1

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR;        TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE

              020   FICA           8.44    036  FICA MEDICARE        1.97      025  ST T:
              251   UNIONDUE      10.75  0  069  DESPP REGULAR       20.00     067  FICA
              068   MEDCARE CONTRI 1.97  C  031  ST UNEMP CONTB       3.13  C  030  FED  t
                                         --------PAY-----------------F-S FL  TIME   PERI
                                0300     REG-REGULAR            136.00 1 1    8.00  02/19.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06  UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                  PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
*********************************         ACTIVE      FULL-TIME     UNION-      BU-
                             BUILDING: ILADD HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
              UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0      U:
         STOCK UNITS PURCHASED:    0    401K PRCNT:   0
CUR PAYMENT    NET PAY:     531.61   TOTAL GRS:      706.44    FWT GRS:      706.44   FICA C/QPP GR:
A   1856 1Y MEDICARE GRS:   706.44   ST/QWT GRS:     706.44    RTR GRS:      706.44   FUT GR:
02/18/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                                    SCHED: 007 END 02/12/05 W1

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE

              020   FICA          43.80    036  FICA MEDICARE       10.24      022  FEDE!
              025   ST TAX-XX     21.19    251  UNIONDUE            10.75  0   069  DESP:
              067   FICA CONTRIB  43.80  C 068  MEDCARE CONTRI      10.24  C   031  ST U!
              030   FED UNEMP CONT 5.65  C
                                         --------PAY-----------------F-S FL  TIME   PERI
                                0300     OTD-OVERTIME           142.55 1 1    5.59  02/12
                                0300     PIB-PROD BONUS          19.89 1 1    0.78  02/12
                                0300     REG-REGULAR            544.00 1 1   32.00  02/12.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06  UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                  PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
*********************************         ACTIVE      FULL-TIME     UNION-      BU-
                             BUILDING: 6050 HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
              UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0      U:
         STOCK UNITS PURCHASED:    0    401K PRCNT:   0
CUR PAYMENT    NET PAY:     616.41   TOTAL GRS:      820.51    FWT GRS:      820.51   FICA C/QPP GR:
A   1873 1Y MEDICARE GRS:   820.51   ST/QWT GRS:     820.51    RTR GRS:      820.51   FUT GR:
02/11/05  TAX CD: FED-N00 ST-M /00 ST/P TXD-0014
                                    SCHED: 006 END 02/05/05 W1

    NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:        TRANSIT: 071000013  ACCOUNT: 1110022333988      TYPE

              020   FICA          50.87    036  FICA MEDICARE       11.90      022  FEDE!
              025   ST TAX-XX     24.62    251  UNIONDUE            10.75  0   069  DESP:
              067   FICA CONTRIB  50.87  C 068  MEDCARE CONTRI      11.90  C   031  ST U!
              030   FED UNEMP CONT 6.56  C
                                         --------PAY-----------------F-S FL  TIME   PERI
                                0300     OTD-OVERTIME           135.41 1 1    5.31  02/05
                                0300     PIB-PROD BONUS           5.10 1 1    0.20  02/05.
                                0300     REG-REGULAR            680.00 1 1   40.00  02/05
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06  UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                           PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                  PAYROLL HISTORY REPORT


359801956  ANDREU,  JOSE              *  OPERATION TYPE: PKG     PACKAGE OPERATIONS
*********************************         ACTIVE      FULL-TIME     UNION-      BU-
                             BUILDING: 6050 HOME CENTER: 6050   SORT TYPE CODE:      SUPERV:
              UPS EMPL TYPE: F    FULL / PART: F   UNION LOCAL: 0705  UNION SUB LOCAL: 0      U:
         STOCK UNITS PURCHASED:    0    401K PRCNT:   0
CUR PAYMENT    NET PAY:     293.42   TOTAL GRS:      389.13    FWT GRS:      389.13   FICA C/QPP GR:
A   1874 1Y MEDICARE GRS:   389.13   ST/QWT GRS:     389.13    RTR GRS:      389.13   FUT GR:
02/04/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
```

**UPS 0703**

TEST

Page 13 of 14

SCHED: 005 END 01/29/05 W1

NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:    TRANSIT: 071000013  ACCOUNT: 1110022333988    TYPE

```
        020  FICA              24.12      036  FICA MEDICARE        5.64       022  FEDE
        025  ST TAX-XX         11.67      251  UNIONDUE            10.75  0    069  DESP
        067  FICA CONTRIB      24.12  C   068  MEDCARE CONTRI       5.64  C   031  ST U
        030  FED UNEMP CONT     3.11  C
                                      -------PAY-----------------F-S FL  TIME       PERI
                              0300    ATS-UPS SCHOOL      21.25  1 1       1.25- 01/29.
                              0300    OTD-OVERTIME        95.88  1 1       3.76  01/29
                              0300    REG-REGULAR        272.00  1 1      16.00  01/29.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                 PAYROLL HISTORY REPORT
```

```
359801956 ANDREU, JOSE            * OPERATION TYPE: PKG      PACKAGE OPERATIONS
****************************************    ACTIVE        FULL-TIME    UNION--        BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV
          UPS EMPL TYPE: F     FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
     STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT     NET PAY:    673.02   TOTAL GRS:     896.67   FWT GRS:     896.67  FICA C/QPP GR
A   1825 LY MEDICARE GRS:   896.67  ST/QWT GRS:    896.67   RTR GRS:     896.67      FUT GR
01/28/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
```

SCHED: 004 END 01/22/05 W1

NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:    TRANSIT: 071000013  ACCOUNT: 1110022333988    TYPE

```
        020  FICA              55.60      036  FICA MEDICARE       13.01       022  FEDE
        025  ST TAX-XX         26.90      251  UNIONDUE            10.75  0    069  DESP
        067  FICA CONTRIB      55.60  C   068  MEDCARE CONTRI      13.01  C   031  ST U
        030  FED UNEMP CONT     7.17  C
                                      -------PAY-----------------F-S FL  TIME       PERI
                              0300    OTD-OVERTIME       219.05  1 1       8.59  01/22
                              0300    PIB-PROD BONUS      35.19  1 1       1.38  01/22
                              0300    REG-REGULAR        642.43  1 1      37.79  01/22.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                 PAYROLL HISTORY REPORT
```

```
359801956 ANDREU, JOSE            * OPERATION TYPE: PKG      PACKAGE OPERATIONS
****************************************    ACTIVE        FULL-TIME    UNION--        BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV
          UPS EMPL TYPE: F     FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
     STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT     NET PAY:    774.54   TOTAL GRS:   1,033.18   FWT GRS:   1,033.18  FICA C/QPP GR
A   1827 LY MEDICARE GRS: 1,033.18  ST/QWT GRS:  1,033.18   RTR GRS:   1,033.18      FUT GR
01/21/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
```

SCHED: 003 END 01/15/05 W1

NET PAY DISB TYPE: A    CHECK/ADVICE DISTR:    TRANSIT: 071000013  ACCOUNT: 1110022333988    TYPE

```
        020  FICA              64.05      036  FICA MEDICARE       14.98       022  FEDE
        025  ST TAX-XX         31.00      251  UNIONDUE            10.75  0    069  DESP
        067  FICA CONTRIB      64.05  C   068  MEDCARE CONTRI      14.98  C   031  ST U
        030  FED UNEMP CONT     8.27  C
                                      -------PAY-----------------F-S FL  TIME       PERI
                              0300    ATS-UPS SCHOOL      12.75  1 1       0.75  01/15.
                              0300    OTD-OVERTIME       243.27  1 1       9.54  01/15
                              0300    PIB-PROD BONUS     109.91  1 1       4.31  01/15
                              0300    REG-REGULAR        667.25  1 1      39.25  01/15.
PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06    UNITED PARCEL SERVICE
0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
REPORT PERIOD 01/01/05  -12/31/05                 PAYROLL HISTORY REPORT
```

```
359801956 ANDREU, JOSE            * OPERATION TYPE: PKG      PACKAGE OPERATIONS
****************************************    ACTIVE        FULL-TIME    UNION--        BU-
                                    BUILDING: 6050  HOME CENTER: 6050   SORT TYPE CODE:      SUPERV
          UPS EMPL TYPE: F     FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
     STOCK UNITS PURCHASED:    0   401K PRCNT:   0
CUR PAYMENT     NET PAY:    616.22   TOTAL GRS:     820.25   FWT GRS:     820.25  FICA C/QPP GR
A   1773 LY MEDICARE GRS:   820.25  ST/QWT GRS:    820.25   RTR GRS:     820.25      FUT GR
01/14/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
```

UPS 0704

TEST                                                                 Page 14 of 14

```
                              SCHED: 002 END 01/08/05 W1

     NET PAY DISB TYPE: A     CHECK/ADVICE DISTR:      TRANSIT: 071000013  ACCOUNT: 1110022333988     TYPE

                    020  FICA              50.86      036  FICA MEDICARE      11.89      022  FEDE
                    025  ST TAX-XX         24.61      251  UNIONDUE           10.75  O   069  DESP
                    067  FICA CONTRIB      50.86   C  068  MEDCARE CONTRI     11.89  C   031  ST U
                    030  FED UNEMP CONT     6.56   C
                                                   --------PAY----------------F-S FL  TIME      PERI
                                          0300      OTD-OVERTIME         196.35  1 1     7.70  01/08
                                          0300      REG-REGULAR          623.90  1 1    36.70  01/08.
     PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06    UNITED PARCEL SERVICE
     0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
     REPORT PERIOD 01/01/05  -12/31/05                    PAYROLL HISTORY REPORT


     359801956  ANDREU, JOSE            *  OPERATION TYPE: PKG      PACKAGE OPERATIONS
     *************************************      ACTIVE       FULL-TIME      UNION-      BU-
                                       BUILDING: 6050  HOME CENTER: 6050    SORT TYPE CODE:    SUPERV
                  UPS EMPL TYPE: F     FULL / PART: F   UNION LOCAL: 0705   UNION SUB LOCAL: 0       U
              STOCK UNITS PURCHASED:   0    401K PRCNT:   0
     CUR PAYMENT    NET PAY:      531.12   TOTAL GRS:     746.13    FWT GRS:     746.13  FICA C/QPP GR
     A   1815 1Y MEDICARE GRS:    746.13  ST/QWT GRS:     746.13    RTR GRS:     746.13      FUT GR
     01/07/05  TAX CD: FED-M00 ST-M /00 ST/P TXD-0014
                              SCHED: 001 END 01/01/05 W1

     NET PAY DISB TYPE: A     CHECK/ADVICE DISTR:      TRANSIT: 071000013  ACCOUNT: 1110022333988     TYPE

                    020  FICA              46.26      036  FICA MEDICARE      10.82      022  FEDE
                    025  ST TAX-XX         22.38      251  UNIONDUE           10.75  O   069  DESP
                    200  UNITED WAY'07     30.00      067  FICA CONTRIB       46.26  C   068  MEDC
                    031  ST UNEMP CONTR    17.16   C  030  FED UNEMP CONT      5.97  C
                                                   --------PAY----------------F-S FL  TIME      PERI
                                          0300      HOL-HOLIDAY          272.00  1 1    16.00  01/01.
                                          0300      OTD-OVERTIME         134.13  1 1     5.26  01/01
                                          0300      REG-REGULAR          340.00  1 1    20.00  01/01.
     PP4700XX RUN DATE: 05/30/2007 RUN TIME: 20:05:06    UNITED PARCEL SERVICE
     0246 NORTH ILLINOIS 0246                             PAYROLL PROCESSING
```

**UPS 0705**