IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE ANDREU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 06132 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## AGREED MOTION TO SUPPLEMENT APPENDIX

Defendant United Parcel Service ("UPS") moves this Court for leave to supplement its Appendix Of Exhibits To Defendant United Parcel Service Inc.'s Reply To Plaintiff's Local Rule 56.1(b)(3) Response To Defendant's Rule 56.1 Statement Of Uncontested Material Facts (DE 44), and in support of this Motion states as follows:

1.  On Monday, February 11, 2008, UPS filed its (1) Reply In Support Of Its Motion for Summary Judgment (DE 42); (2) Reply To Plaintiff's Local Rule 56.1(b)(3) Response To Defendant's Rule 56.1 Statement Of Uncontested Material Facts And Response To Plaintiff's Statement Of Additional Facts (DE 43); and (3) Appendix of Exhibits (DE 44).

2.  In preparing the Court's courtesy copy of this filing, Defendant's counsel became aware of the fact that pages 2 and 3 of the Supplemental Declaration of Tom Haefke were inadvertently omitted from the Appendix of Exhibits. The complete Supplemental Declaration of Tom Haefke is attached as Exhibit A.

3.  Counsel for UPS has informed counsel for Plaintiff of this omission and counsel has indicated he has no objection to this Motion.

WHEREFORE, UPS moves this Court for leave to file the Supplemental Declaration of Tom Haefke in its entirety and for such other relief as this Court deems appropriate.

Dated: February 13, 2008                                  Respectfully submitted,

                                                                   UNITED PARCEL SERVICE, INC.

                                                                   By: /s/ *D. Scott Watson*
                                                                            One of Its Attorneys

John A. Klages (ARDC #06196781)
D. Scott Watson (ARDC # 06230488)
Ellen M. Girard (ARDC #06276507)
Quarles & Brady LLP
500 West Madison, Suite 3700
Chicago, IL 60661
312/715-5000
312/715-5155 (fax)
dsw@quarles.com

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on February 13, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Timothy J. Coffey
> The Coffey Law Office, P.C.
> 1403 East Forest Avenue
> Wheaton, Illinois  60187
> Email: tcofflaw@sbcglobal.net

                              /s/ *D. Scott Watson*