**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jose Andreu
                            Plaintiff,

v.                                            Case No.: 1:07−cv−06132
                                              Honorable Samuel Der−Yeghiayan

United Parcel Service, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Counsel for Plaintiff's request to continue status hearing is granted without objection. Status hearing reset to 04/17/08 at 9:00 a.m. by agreement of the parties. Status hearing set for 04/02/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.