# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6132 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Andreu vs. United Parcel Service, Inc | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 05/22/08 at 9:00 a.m. For the reasons stated in the Court's memorandum opinion dated 04/17/08, Plaintiff's motion for partial summary judgment [20] is granted and Defendant's motion for summary judgment [15] is denied.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|