IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE ANDREU,          )<br>                              )<br>    Plaintiff,         )<br>                              )<br>v.                            )<br>                              )<br>UNITED PARCEL SERVICE, INC., )<br>                              )<br>    Defendant.        ) | Case No. 07 C 06132<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Mason |

**AGREED MOTION TO REQUEST REFERRAL
TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Defendant United Parcel Service ("UPS"), with the agreement of Plaintiff Jose Andreu ("Andreu") (collectively "the parties"), requests this Court refer this case to Magistrate Judge Mason for the purpose of holding a settlement conference and in support of this Motion states as follows:

1.    On Thursday, May 22, 2008, the parties appeared before the Court for a status conference. During the conference the parties represented that they have been actively engaged in settlement discussions and requested a settlement conference with the magistrate judge assigned to the case. The Court instructed counsel to contact Magistrate Judge Mason's courtroom deputy and, if a mutually agreeable date for a settlement conference could be found, then to contact the Court for a referral.

2.    Counsel for the parties contacted Magistrate Judge Mason's courtroom deputy and it was determined that the Magistrate Judge and the parties were available on the afternoon of Wednesday, July 2, 2008.

WHEREFORE, the parties move this Court for a referral of this matter to the Magistrate Judge for the limited purpose of conducting a settlement conference.

Dated: May 29, 2008                                  Respectfully submitted,

                                                     UNITED PARCEL SERVICE, INC.

                                                     By: /s/ *D. Scott Watson*
                                                          One of Its Attorneys

John A. Klages (ARDC #06196781)
D. Scott Watson (ARDC # 06230488)
Ellen M. Girard (ARDC #06276507)
Quarles & Brady LLP
500 West Madison, Suite 3700
Chicago, IL 60661
312/715-5000
312/715-5155 (fax)
dsw@quarles.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on May 29, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Timothy J. Coffey
> The Coffey Law Office, P.C.
> 1403 East Forest Avenue
> Wheaton, Illinois  60187
> Email: tcofflaw@sbcglobal.net

/s/ *D. Scott Watson*