# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jose Andreu

                           Plaintiff,

v.                                          Case No.: 1:07−cv−06132
                                            Honorable Samuel Der−Yeghiayan

United Parcel Service, Inc.

                           Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of
Magistrate Judge Michael T. Mason for the purpose of holding proceedings related to:
Settlement Conference. (mw, )Mailed notice.

Dated: June 4, 2008

                                            /s/ Samuel Der−Yeghiayan
                           _____

                                            United States District Judge