UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jose Andreu
               Plaintiff,

v.                                Case No.: 1:07−cv−06132
                                      Honorable Samuel Der−Yeghiayan

United Parcel Service, Inc.
               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable Michael T. Mason:Settlement conference held on 7/2/2008. Parties have reached an agreement to settle the case. Parties are advised to file the appropriate dismissal paperwork with the District Judge. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Case no longer referred to Honorable Michael T. Mason.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.