IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE ANDREU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6132 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the entry of an order granting Plaintiff Jose Andreu a voluntary dismissal of this cause and all of his claims in this action with prejudice and without the assessment of costs or attorneys' fees against any and all parties.

DATED: July 21, 2008

_____
Attorneys for United Parcel Service, Inc.
John A. Klages
D. Scott Watson
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661-2511
(312) 715-5149

_____
Attorney for Plaintiff
Timothy Coffey
The Coffey Law Office, P.C.
1403 East Forest Avenue
Wheaton, IL 60187
(630) 534-6300