# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6132 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Jose Andreu vs. United Parcel Service, Inc | | |

**DOCKET ENTRY TEXT**

The parties having stipulated to voluntary dismissal by Plaintiff and all of his claims in this action, this action is hereby dismissed with prejudice, each party to bear its own costs and fees. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|